```
ROSE RENTAL PROPERTIES, LLC    MS DEPT OF REVENUE
1920 BELLEWOOD RD              BANKRUPTCY SECTION
JACKSON, MS 39211              PO BOX 22808
                               JACKSON, MS 39225-2808



THOMAS C. ROLLINS, JR.         RAWLINGS & MACINNIS
THE ROLLINS LAW FIRM, PLLC     FOR CITIZENS NATIONAL
P.O. BOX 13767                 P.O. BOX 1789
JACKSON, MS 39236              MADISON, MS 39130



AMERICAN EXPRESS               US ATTORNEY GENERAL
P.O. BOX 981537                US DEPT OF JUSTICE
EL PASO, TX 79998              950 PENNSYLVANIA AVENW
                               WASHINGTON, DC 20530-0001



CITIZENS NATIONAL BANK
512 22ND AVE
MERIDIAN, MS 39301



COMMUNITY BANK
PO BOX 59
FOREST, MS 39074



HINDS CO TAX COLLECTOR
P.O. BOX 1727
JACKSON, MS 39215-1727



INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346



INTERNAL REVENUE SERVI
C/O US ATTORNEY
501 EAST COURT ST
STE 4.430
JACKSON, MS 39201

KING & SPENCER
FOR COMMUNITY BANK
1855 CRANE RIDGE DR
STE D
JACKSON, MS 39216-4944
```