MSSB-7007.1-BK (11/23)

# United States Bankruptcy Court
# Southern District of Mississippi

In re **Rose Rental Properties, LLC**
Debtor(s)

Case No.
Chapter **11**

## Corporate Ownership Statement

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules, **Rose Rental Properties, LLC**, a
[Name of Corporate Party]

**[Check One]**

- [ ] Party to a contested matter **Miss. Bankr. LR. 9014-1(c)**
- [✓] Corporate **Debtor FRBP 1007(a)(1)**
- [ ] Corporate Petitioner of an involuntary petition **FRBP 1010(b)**
- [ ] Alleged Corporate Debtor **FRBP 1011(f)**

make the following disclosure(s):

- [✓] The following entities owning, directly or indirectly, 10% or more of any class of the corporation's (s') equity interests, are listed below:

  **Jerrick W. Rose**

**OR**

- [✓] There are no entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interest.

Date: **December 3, 2025**

**/s/ Thomas C. Rollins, Jr.**
Attorney Signature

**Thomas C. Rollins, Jr.**    **103469 MS**
Attorney Name                  State Bar Number

**P.O. Box 13767**
**Jackson, MS 39236**
Address

**Jackson MS 39236-0000**
City, State, and Zip Code

**601-500-5533**    **trollins@therollinsfirm.com**
Telephone Number     Email Address

Pursuant to Miss. Bankr. LR. 7007.1-1 the requirements for filing a Corporate Ownership Statement, under Fed. R. Bankr. P. 7007.1 applies to general partnerships, limited partnerships, joint ventures, and limited liability companies.