**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:

ROSE RENTAL PROPERTIES, LLC          CASE NO. 25-03091-JAW

DEBTOR.          CHAPTER 11

### Notice of Deficiency

To the Debtor and its attorney, if any:

For this case to be administered, it is necessary that the items described below be filed **immediately**.[1]

- Balance Sheet
- Statement of Operations
- Cash-Flow Statement
- Federal Income Tax Return

    **or**

- A statement *(under penalty of perjury)* that no balance sheet, statement of operations, or cash-flow statement has been prepared and no Federal tax return has been filed.

In the event, the Debtor fails to comply with this notice on or before **December 11, 2025** the Court may dismiss this case without further notice or hearing.

Dated: December 4, 2025          Danny L. Miller, Clerk of Court

                                          By: /s/ Keisha Moore

                                          Thad Cochran U.S. Courthouse
                                          501 E. Court St., Ste 2.300
                                          Jackson, MS 39201
                                          601-608-4600

---

[1] *See* 11. U.S.C. §1116(1) and 11. U.S.C. §1187 if the Debtor elected to proceed under Subchapter V.