## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

**ROSE RENTAL PROPERTIES, LLC**                    **CASE NO. 25-03091-JAW**

**DEBTOR.**                                                                               **CHAPTER 11**

### Notice of Deficiency

To the Debtor and its attorney, if any:

For this case to be administered, it is necessary that the item(s) described below be filed **immediately**.

- **List of Equity Security Holders**
- **Schedules A/B, D, E/F, G, & H** *(Official Forms: 206 A/B, 206 D, 206 E/F, 206 G, & 206 H)*
- **Summary of Assets and Liabilities** *(Official Form 206Sum)*
- **Statement of Your Financial Affairs**: *(Official Form 207)*
- **Declaration Under Penalty of Perjury for Non-Individuals**: *(Official Form 202)*
- **Attorney Disclosure Statement**: *(Official Form 2030)*

In the event the above documents are not filed on or before **December 18, 2025** the Court may dismiss this case without further notice or hearing.

Dated: December 4, 2025                    Danny L. Miller, Clerk of Court

                                                            By: /s/ Keisha Moore

                                                            Thad Cochran U.S. Courthouse
                                                            501 E. Court St., Ste. 2.300
                                                            Jackson, MS 39201
                                                            601-608-4600