**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:  ROSE RENTAL PROPERTIES, LLC**
       **D/B/A ROSE RENTAL PROPERTIES, MS, LLC**      **NO. 25-03091-JAW**

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Jeff Rawlings enters his appearance as counsel for The Citizens National Bank of Meridian and requests that all notices and papers in this proceeding be sent to:

> Jeff D. Rawlings
> Rawlings & MacInnis, P.A.
> P.O. Box 1789
> Madison, MS 39130-1789
> 601-898-1180
> jeff@rawlingsmacinnis.net

DATED:  December 4, 2025.

**THE CITIZENS NATIONAL**
**BANK OF MERIDIAN**

By:   /s/ Jeff Rawlings
       Their Attorney

## CERTIFICATE OF SERVICE

I served a copy of the foregoing on December 4, 2025 via the ECF notification service to Thomas Carl Rollins, Jr. and the U. S. Trustee.

/s/ Jeff Rawlings
Jeff D. Rawlings

Jeff D. Rawlings
Rawlings & MacInnis, P.A.
P.O. Box 1789
Madison, MS 39130-1789
601-898-1180
jeff@rawlingsmacinnis.net
MSB # 4642