**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    Rose Rental Properties, LLC, Debtor          Case No. 25-03091-JAW
                                                                                      CHAPTER 11

**EXHIBIT A — OPERATING REPORT, INCOME ANALYSIS & 6-MONTH BUDGET**

Rose Rental Properties, LLC ("Debtor") operates a portfolio of short-term rentals (STRs) and long-term rentals (LTRs) throughout Hinds, Rankin, and Madison Counties. The Debtor seeks authority to use cash collateral to maintain operations, preserve property value, and stabilize rental income during reorganization.

To demonstrate feasibility, this Exhibit outlines:

- Actual 2025 income performance for all STR properties (annual income divided by 11 months).

- Current scheduled rents for operating LTR units.

- Projected lease-up income for vacant units expected to stabilize within 3–6 months.

- Itemized operating expenses for each property, matched to the applicable income stream (insurance, taxes, utilities, cleaning, management, maintenance, etc.).

- A consolidated cash-flow analysis reflecting net monthly operating cash flow.

- A six-month projected operating budget, assuming conservative STR performance and staggered lease-up of vacant units.

This information demonstrates that the Debtor's properties generate positive operating cash flow when fully rented, and that preserving the assets through continued use of cash collateral is essential to maximizing payments to creditors.

# SHORT-TERM RENTAL (STR) PROPERTY INCOME & EXPENSES

## 47A Northtown — Jackson

| Category | Amount |
| --- | --- |
| **Monthly Income (2025 avg.)** | $1,087.82 |
| Property Taxes | $166.27 |
| Insurance | $170.22 |
| Cleaning | $145.45 |
| Utilities | $300.00 |
| Internet | $55.58 |
| Landscaping | $45.45 |
| Maintenance | $68.18 |
| Property Management | $154.55 |
| Admin/Platform | $9.09 |
| **Total Monthly Expenses** | $1,114.79 |
| **Net Operating Cash Flow** | ($26.97) |

## 4257 Old Brandon — Pearl

| Category | Amount |
| --- | --- |
| **Monthly Income** | $3,002.05 |
| Taxes | $237.54 |
| Insurance | $59.67 |
| Cleaning | $145.45 |
| Utilities | $350.00 |
| Internet | $55.58 |
| Landscaping | $45.45 |
| Maintenance | $68.18 |
| Property Management | $154.55 |
| Admin/Platform | $9.09 |
| **Total Expenses** | $1,125.51 |
| **Net Cash Flow** | $1,876.54 |

## 118B Fairfax — Brandon

| Category | Amount |
| --- | --- |
| **Monthly Income** | $1,337.73 |
| Taxes | $124.89 |
| HOA | $20.83 |
| Insurance | $33.54 |
| Cleaning | $145.45 |
| Utilities | $300.00 |
| Internet | $55.58 |
| Landscaping | $45.45 |
| Maintenance | $68.18 |
| Property Management | $154.55 |
| Admin/Platform | $9.09 |
| **Total Expenses** | $957.56 |
| **Net Cash Flow** | $380.17 |

## 282 Marilyn — Pearl

| Category | Amount |
| --- | --- |
| **Monthly Income** | $2,507.68 |
| Taxes | $181.55 |
| Insurance | $63.00 |
| Cleaning | $145.45 |
| Utilities | $350.00 |
| Internet | $55.58 |
| Landscaping | $45.45 |
| Maintenance | $68.18 |
| Property Management | $154.55 |
| Admin/Platform | $9.09 |
| Total Expenses | $1,072.85 |
| **Net Cash Flow** | $1,434.83 |

## 128 N Brighton — Jackson

| Category | Amount |
|---|---|
| **Monthly Income** | $487.90 |
| Taxes | $183.32 |
| Insurance | $134.22 |
| Cleaning | $145.45 |
| Utilities | $300.00 |
| Internet | $55.58 |
| Landscaping | $45.45 |
| Maintenance | $68.18 |
| Property Management | $154.55 |
| Admin/Platform | $9.09 |
| Total Expenses | $1,095.84 |
| **Net Cash Flow** | ($607.94) |

## 118A Fairfax — Brandon

| Category | Amount |
|---|---|
| **Monthly Income** | $1,770.69 |
| Taxes | $123.78 |
| HOA | $20.83 |
| Insurance | $33.54 |
| Cleaning | $145.45 |
| Utilities | $300.00 |
| Internet | $55.58 |
| Landscaping | $45.45 |
| Maintenance | $68.18 |
| Property Management | $154.55 |
| Admin/Platform | $9.09 |
| **Total Expenses** | $956.45 |
| **Net Cash Flow** | $814.24 |

## 111A Fairfax — Brandon

| Category | Amount |
|---|---|
| **Monthly Income** | $2,879.60 |
| Taxes | $130.35 |
| HOA | $20.83 |
| Insurance | $58.92 |
| Cleaning | $145.45 |
| Utilities | $300.00 |
| Internet | $55.58 |
| Landscaping | $45.45 |
| Maintenance | $68.18 |
| Property Management | $154.55 |
| Admin/Platform | $9.09 |
| **Total Expenses** | $988.40 |
| **Net Cash Flow** | $1,891.20 |

## 1046 Whitworth — Jackson

| Category | Amount |
|---|---|
| **Monthly Income** | $2,142.38 |
| Taxes | $190.59 |
| Insurance | $254.00 |
| Cleaning | $145.45 |
| Utilities | $350.00 |
| Internet | $55.58 |
| Landscaping | $45.45 |
| Maintenance | $68.18 |
| Property Management | $154.55 |
| Admin/Platform | $9.09 |
| Total Expenses | $1,272.89 |
| **Net Cash Flow** | $869.49 |

## 105 Northtown — Jackson

| Category | Amount |
| --- | --- |
| **Monthly Income** | $2,518.73 |
| Taxes | $171.81 |
| Insurance (Flood + Safeco) | $182.07 |
| Cleaning | $145.45 |
| Utilities | $300.00 |
| Internet | $55.58 |
| Landscaping | $45.45 |
| Maintenance | $68.18 |
| Property Management | $154.55 |
| Admin/Platform | $9.09 |
| Total Expenses | $1,132.18 |
| **Net Cash Flow** | $1,386.55 |

## 100 Vine — Brandon

| Category | Amount |
| --- | --- |
| **Monthly Income** | $2,755.30 |
| Taxes | $170.18 |
| Land Lease | $25.00 |
| Insurance | $58.50 |
| Cleaning | $145.45 |
| Utilities | $350.00 |
| Internet | $55.58 |
| Landscaping | $45.45 |
| Maintenance | $68.18 |
| Property Management | $154.55 |
| Admin/Platform | $9.09 |
| **Total Expenses** | $1,082.98 |
| **Net Cash Flow** | $1,672.32 |

## LONG-TERM RENTALS (LTRs)

| Property | Rent | Taxes (mo.) | Insurance (mo.) | Maint. | Mgmt. | Net Cash Flow |
|---|---|---|---|---|---|---|
| **632 Ralde** | $1,150 | $164.51 | $99.75 | $68.18 | $154.55 | $663.01 |
| **1069 Murray** | $1,250 | $170.78 | $68.08 | $68.18 | $154.55 | $788.41 |
| **801 Planters** | $1,150 | $167.61 | $61.83 | $68.18 | $154.55 | $697.83 |
| **832 Sussex** | $1,200 | $180.68 | $306.58 | $68.18 | $154.55 | $489 |
| **TOTAL** | $4,750 | | | | | $2,638.25 |

## VACANT PROPERTIES — LEASE-UP PROJECTIONS

| Property | Expected Rent | Taxes (mo.) | Insurance (mo.) | Maint. | Mgmt. | Projected Net |
|---|---|---|---|---|---|---|
| **Maxine** | $1,150 | $149.12 | $61.50 | $68.18 | $154.55 | $716 |
| **Reynolds** | $1,150 | $135.71 | $66.83 | $68.18 | $154.55 | $625 |
| **Tammy** | $1,150 | $141.85 | $51.16 | $68.18 | $154.55 | $734 |
| **689 West** | $1,250 | $175.41 | $85.56 | $68.18 | $154.55 | $766 |
| **Garvin** | $1,050 | $146.37 | $185.75 | $68.18 | $154.55 | $495 |
| **River Oaks** | $1,050 | $152.89 | $184.50 | $68.18 | $154.55 | $490 |

## CONSOLIDATED MONTHLY CASH-FLOW SUMMARY

| Category | Amount |
|---|---|
| **Total STR Net Cash Flow** | $7,950.43 |
| **Total LTR Net Cash Flow** | $2,638.25 |
| **Vacant Lease-Up Net (Month 6)** | $3,826 |
| **Projected Month-6 Cash Flow** | $14,414.68 |

**SIX-MONTH PROJECTED OPERATING BUDGET**

| Month | STR Net | LTR Net | Vacant Net | Total Net |
|---|---|---|---|---|
| Month 1 | $7,950 | $2,638 | $0 | $10,588 |
| Month 2 | $7,950 | $2,638 | $0 | $10,588 |
| Month 3 | $7,950 | $2,638 | $1,275 | $11,863 |
| Month 4 | $7,950 | $2,638 | $2,550 | $13,138 |
| Month 5 | $7,950 | $2,638 | $3,400 | $13,988 |
| Month 6 | $7,950 | $2,638 | $3,826 | $14,414 |