**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**     **Rose Rental Properties, LLC, Debtor**          **Case No. 25-03091-JAW**
                                                                **CHAPTER 11**

**INTERIM ORDER AUTHORIZING USE OF CASH COLLATERAL AND GRANTING**
**ADEQUATE PROTECTION**

This matter came before the Court on the Debtor's Motion for Authority to Use Cash Collateral (Dk # _____). Based on the motion, the representations of counsel, and the record, the Court finds that entry of this Interim Order is necessary to prevent immediate and irreparable harm.

IT IS THEREFORE ORDERED:

1.  The Motion is granted on an interim basis. The Debtor is authorized to use cash collateral, including all post-petition rental proceeds, in accordance with the budget attached to the Motion as Exhibit A, subject to a permitted variance of up to ten percent.

2.  As adequate protection, Citizens National Bank and Community Bank are granted replacement liens on all post-petition rents and revenues to the same validity, priority, and extent as existed prepetition. The Debtor shall maintain insurance on all properties, preserve and maintain the real property, provide monthly financial reporting to secured creditors and the Subchapter V Trustee, and comply with the budget.

3.  The Debtor had no cash on hand as of the petition date; therefore, no turnover of prepetition cash collateral is required.

4.  This Interim Order shall remain in effect until the earlier of entry of a final order or further order of the Court.

5.  A final hearing on the Motion shall be held on the ___ day of _____, 2025, at _____ __.m. Any objections shall be filed no later than three days prior to the hearing.

#END OF ORDERED#

Prepared by:

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
The Rollins Law Firm, PLLC
PO Box 13767
Jackson, MS 39236
601-500-5533
trollins@therollinsfirm.com