**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    Rose Rental Properties, LLC, Debtor           Case No. 25-03091-JAW
                                                         CHAPTER 11

**ORDER GRANTING MOTION FOR EXPEDITED HEARING**

This matter came before the Court on the Debtor's Motion for Expedited Hearing (Dk# __) concerning the Debtor's Motion for Authority to Use Cash Collateral (Dk # ___). The Court, having considered the request and the need for prompt relief, finds that an expedited hearing is necessary to avoid immediate and irreparable harm to the estate.

IT IS THEREFORE ORDERED that the Motion for Expedited Hearing is granted. The Debtor's Motion for Authority to Use Cash Collateral shall be set for hearing on the ___ day of _____, 2025, at _____ __.m., or as soon thereafter as counsel may be heard.

IT IS FURTHER ORDERED that any objections to the Motion for Authority to Use Cash Collateral shall be filed no later than three days prior to the hearing unless otherwise ordered.

#END OF ORDER#

Prepared By:
Thomas C. Rollins, Jr. (MSBN 103469)
The Rollins Law Firm, PLLC
PO Box 13767
Jackson, MS 39236
601-500-5533
trollins@therollinsfirm.com