___



**SO ORDERED,**

**Judge Jamie A. Wilson**
United States Bankruptcy Judge
Date Signed: December 5, 2025

The Order of the Court is set forth below. The docket reflects the date entered.
___

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Rose Rental Properties, LLC, Debtor            Case No. 25-03091-JAW
                                                        CHAPTER 11

## ORDER GRANTING MOTION FOR EXPEDITED HEARING

This matter came before the Court on the Debtor's Motion for Expedited Hearing (Dk# 14) concerning the Debtor's Motion for Authority to Use Cash Collateral (Dk# 13). The Court, having considered the request and the need for prompt relief, finds that an expedited hearing is necessary to avoid immediate and irreparable harm to the estate.

IT IS THEREFORE ORDERED that the Motion for Expedited Hearing is granted. The Court will issue a separate notice setting the Debtor's Motion for Authority to Use Cash Collateral for hearing.

IT IS FURTHER ORDERED that any objections to the Motion for Authority to Use Cash Collateral shall be filed in accordance with the deadlines set forth in the Court's hearing notice or as otherwise ordered.

#END OF ORDER#

Prepared By:
Thomas C. Rollins, Jr. (MSBN 103469)
The Rollins Law Firm, PLLC
PO Box 13767
Jackson, MS 39236
601-500-5533
trollins@therollinsfirm.com