**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

| | |
|---|---|
| **ROSE RENTAL PROPERTIES, LLC,** | **CASE NO. 25-03091-JAW** |
| **DEBTOR.** | **CHAPTER 11** |

**NOTICE OF HEARINGS AND DEADLINES**

The Debtor, Rose Rental Properties, LLC, has filed a Motion for Authority to Use Cash Collateral, for Entry of Interim and Final Orders, and for Expedited Hearing (the "Motion") (Dkt. # 13) with the Court in the above−styled case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you might wish to consult one.)**

**A. Preliminary Hearing**

The Court will hold a preliminary hearing on December 11, 2025, at 9:00 AM in the Thad Cochran United States Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi, to consider and act upon the Motion on an interim basis pending a final hearing. If you do not want the Court to grant the Motion *on an interim basis*, or if you want the Court to consider your views on the Motion, you or your attorney must file a written response explaining your position so that the Court receives it on or before December 10, 2025, by 12:00 PM (noon).

**B. Final Hearing**

The Court will hold a final hearing January 7, 2026, at 10:00 AM, in the Thad Cochran United States Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi, to consider and act upon the Motion on a final basis. If you do not want the Court to grant the motion *on a final basis*, or if you want the Court to consider your views on the Motion, you or your attorney must file a written response explaining your position so that the Court receives it on or before December 31, 2025.

Attorneys and Registered Users of the Electronic Case Filing (ECF) system should file any response using ECF. Others should file any response at U.S. Bankruptcy Court, Thad Cochran U.S. Courthouse, 501 East Court Street, Suite 2.300, Jackson, MS 39201. If you file a response, you or your attorney are required to attend the hearing. The hearing will be electronically recorded by the Court.

      If you or your attorney do not take these steps, the Court may decide that you do not oppose the Motion. If no response is filed, the Court may consider the Motion and enter an order granting relief before the hearing date.

| | |
|---|---|
| Dated: 12/5/2025 | Danny L. Miller, Clerk of Court<br>U.S. Bankruptcy Court<br>501 East Court Street, Suite 2.300<br>Jackson, MS 39201<br>601−608−4600 |