___



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: December 9, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
___

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:

    ROSE RENTAL PROPERTIES, LLC,          CASE NO. 25-03091-JAW

    DEBTOR.                                                                                       CHAPTER 11

## ORDER RESETTING HEARING

This matter came on this date on the Motion to Prohibit Use of Cash Collateral filed by The Citizens National Bank of Meridian (the "Motion") (Dkt. #9) and the Debtor's Response and Objection (the "Response") (Dkt. #15). The Court, having considered the facts herein, finds that the hearing (the "Hearing") on December 22, 2025, should be continued and reset.

IT IS, THEREFORE, ORDERED that the Hearing on the Motion and Response hereby is continued and reset for December 11, 2025, at 9:00 AM, in the Thad Cochran U. S. Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi.

##END OF ORDER##

Courtroom Deputy
601-608-4642 (use to advise of settlement)
601-608-4693