# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | | | |
|---|---|---|---|
| IN RE: | ROSE RENTAL PROPERTIES, LLC | CASE NO. | 25-03091-JAW |
| | DEBTOR(S) | CHAPTER | 11 |

## NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

PURSUANT to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

**Craig M. Geno**
**Law Offices of Craig M. Geno, PLLC**
**601 Renaissance Way; Suite A**
**Ridgeland, MS  39157**
**Phone: (601) 427-0048**
**Fax: (601) 427-0050**
**Email: cmgeno@cmgenolaw.com**

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

DATED, this the 10th day of December 2025.

                                                    DAVID W. ASBACH
                                                    Acting United States Trustee
                                                    Region 5, Judicial Districts of
                                                    Louisiana and Mississippi

                                     By:     */s/Abigail M. Marbury*
                                                    ABIGAIL M. MARBURY

ABIGAIL M. MARBURY (MSB #99626)
ASSISTANT U.S. TRUSTEE
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
501 EAST COURT STREET, SUITE 6-430
JACKSON, MISSISSIPPI  39201
TEL: (601) 965-5245/ EMAIL: abigail.m.marbury@usdoj.gov

# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| IN RE: | ROSE RENTAL PROPERTIES, LLC | CHAPTER 11 |
| | Debtor | CASE NO. 25-03091-JAW |

## VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE

In connection with the United States Trustee's Notice of Appointment of me as Subchapter V trustee in this proceeding, I hereby verify that I am a "disinterested person" as defined by 11 U.S.C. § 101(14) in that I:

(a) am not a creditor, equity security holder or insider of the debtor;

(b) am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor; and

(c) do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor or for any other reason.

Subject to court approval pursuant to 11 U.S.C. § 330, I anticipate seeking compensation for my service in this case at an hourly rate of $250, in addition to seeking reimbursement for any actual and necessary expenses I incur.

I hereby accept my appointment as Subchapter V trustee in this case pursuant to FRBP 2008.

THIS, the 10th day of December, 2025.

Respectfully submitted,

_____
Craig M. Geno
LAW OFFICES OF GENO AND STEISKAL, PLLC
601 Renaissance Way
Suite A
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com

N:\Firm Data\Users\Bankrupt\Subchapter V Cases\Rose Rental Properties, LLC\Pleadings\Verified Statement of Subchapter V Trustee 10-16-25.wpd