## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

    ROSE RENTAL PROPERTIES, LLC,           CASE NO. 25-03091-JAW

**DEBTOR.**                                                   **CHAPTER 11**

### NOTICE OF 11 U.S.C. § 1188(a) STATUS CONFERENCE AND
### DUE DATE FOR DEBTOR'S REPORT UNDER 11 U.S.C. § 1188(c)

YOU ARE HEREBY NOTIFIED that the Status Conference required under 11 U.S.C. § 1188(a) to further the expeditious and economical resolution of this Subchapter V Reorganization case will be held on January 27, 2026, at 10:00 AM, in the Thad Cochran U. S. Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi.

ON OR BEFORE January 13, 2026, Debtor shall file with the court and serve on the trustee and all parties in interest the report required under 11 U.S.C. § 1188(c).

DATE:  December 10, 2025                        Danny L. Miller, Clerk of Court
                                                                        Thad Cochran U.S. Courthouse
                                                                           501 E. Court St., Ste. 2.300
                                                                            Jackson, MS 39201
                                                                            601-608-4600

Courtroom Deputy
601-608-4693