**SO ORDERED,**

**Judge Katharine Samson**
United States Bankruptcy Judge
Date Signed: December 10, 2025

The Order of the Court is set forth below. The docket reflects the date entered.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

ROSE RENTAL PROPERTIES, LLC                    CASE NO. 25-03091 KMS

**DEBTOR .**                                                    **CHAPTER 11**

### ORDER RESETTING HEARING TO A STATUS CONFERENCE

THIS Cause having come on this date on the Motion to Prohibit Use of Cash Collateral filed by Citizens National Bank of Meridian (Dkt. #9) and the Court having considered the facts herein, finds that the hearing on December 11, 2025, should be continued and reset to a status conference.

IT IS, THEREFORE, ORDERED that the status conference on the Motion to Prohibit Use of Cash Collateral hereby is set for December 11, 2025, at 9:00 a.m., in the Bankruptcy Courtroom, 7th Floor, Dan M. Russell, Jr. U. S. Courthouse, 2012 15th Street, Gulfport, Mississippi.  This hearing will be conducted by video conferencing.  Parties wishing to participate by video conference must appear in the Thad Cochran U. S. Courthouse, Bankruptcy Courtroom 4D, 501 East Court Street, Jackson, Mississippi.  Please see the Standing Order Regarding Video Conferencing in Proceedings Before Judge Katharine M. Samson at:  www.mssb.uscourts.gov under the Rules/Orders/Procedures tab.

##END OF ORDER##

Courtroom Deputy
228-563-1797 (use to advise of settlement)
228-563-1841