**SO ORDERED,**

*Katharine M. Samson*

**Judge Katharine Samson**
**United States Bankruptcy Judge**
**Date Signed: December 10, 2025**

**The Order of the Court is set forth below. The docket reflects the date entered.**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

**ROSE RENTAL PROPERTIES, LLC**                    **CASE NO. 25-03091 KMS**

**DEBTOR .**                                                      **CHAPTER 11**

### ORDER RESETTING HEARING TO A STATUS CONFERENCE

THIS Cause having come on this date on the Motion for Authority to Use Cash Collateral, for Entry of Interim and Final Orders, and for Expedited Hearing filed by the Debtor In Possession (Dkt. #13) and the Court having considered the facts herein, finds that the hearing on December 11, 2025, should be continued and reset to a status conference.

IT IS, THEREFORE, ORDERED that the status conference on the Motion for Authority to Use Cash Collateral, for Entry of Interim and Final Orders, and for Expedited Hearing hereby is set for December 11, 2025, at 9:00 a.m., in the Bankruptcy Courtroom, 7th Floor, Dan M. Russell, Jr. U. S. Courthouse, 2012 15th Street, Gulfport, Mississippi.  This hearing will be conducted by video conferencing.  Parties wishing to participate by video conference must appear in the Thad Cochran U. S. Courthouse, Bankruptcy Courtroom 4D, 501 East Court Street, Jackson, Mississippi.  Please see the Standing Order Regarding Video Conferencing in Proceedings Before Judge Katharine M. Samson at:  www.mssb.uscourts.gov under the Rules/Orders/Procedures tab.

##END OF ORDER##

Courtroom Deputy
228-563-1797 (use to advise of settlement), 228-563-1841