**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:
    ROSE RENTAL PROPERTIES. LLC            CASE NO. 25-03091-KMS

    DEBTOR .                                                   CHAPTER 11

**NOTICE OF 11 U.S.C. § 1188(a) STATUS CONFERENCE AND**
**DUE DATE FOR DEBTOR'S REPORT UNDER 11 U.S.C. § 1188(c)**

YOU ARE HEREBY NOTIFIED that the Status Conference required under 11 U.S.C. § 1188(a) to further the expeditious and economical resolution of this Subchapter V Reorganization case will be held on January 22, 2026, at 11:00 a.m., as a telephonic status conference. **The dial in number for the telephonic conference is 1-833-990-9400 or 571-353-2301; Access Code: 1059329**.

ON OR BEFORE January 8, 2026, Debtor shall file with the court and serve on the trustee and all parties in interest the report required under 11 U.S.C. § 1188(c).

DATE:  December 10, 2025                        Danny L. Miller, Clerk of Court
                                                          Dan M. Russell, Jr. U. S. Courthouse
                                                          2012 15th Street, Suite 244
                                                          Gulfport, MS 39501
                                                          228-563-1790

Courtroom Deputy
228-563-1841