## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| IN RE: | ROSE RENTAL PROPERTIES, LLC | CASE NO.  25-03091-KMS |
| | DEBTOR(S) | CHAPTER  11 |

### UST'S LIMITED RESPONSE TO DEBTOR'S MOTION FOR AUTHORITY TO USE CASH COLLATERAL, FOR ENTRY OF INTERIM AND FINAL ORDERS, AND FOR EXPEDITED HEARING
### [DKT. #13]

**COMES NOW**, David W. Asbach, Acting United States Trustee for Region 5 "UST," by and through undersigned counsel, and files this Limited Response to Debtor's Motion for Authority to Use Cash Collateral, For Entry of Interim and Final Orders, and for Expedited Hearing [DKT. #13] and in support thereof will show unto the court as follows, to-wit:

I.

The Debtor filed its voluntary Chapter 11, Subchapter-V, petition on December 4, 2025. The subject motion was filed on December 5, 2025. Any order for relief shall be interim at this point, consistent with Rule 4001(b)(2) and (3) of the Federal Rules of Bankruptcy Procedure in order to allow sufficient notice to creditors who may not have been noticed of this proceeding.

II.

The Debtor has not yet filed its Schedules or Statement of Financial Affairs, neither of which are due until December 18, 2025.

III.

The subchapter-V Trustee, Craig Geno, was appointed on December 10, 2025, and the § 341 meeting of creditors has not yet been scheduled in this case. As such, neither the UST, the Subchapter-V Trustee, nor the creditors in this case have had the opportunity to examine the debtor's representative regarding the debtor's filed schedules and Statement of Financial Affairs.

IV.

Furthermore, the debtor, who rents and manages various properties in three (3) counties, has tenants who have likely not been advised of this bankruptcy proceeding.

V.

The UST will reserve all other responses/objections to the hearing on this matter.

WHEREFORE, PREMISES CONSIDERED, the United States Trustee submits this Limited Response to Debtor's Motion for Authority to Use Cash Collateral, For Entry of Interim and Final Orders, and for Expedited Hearing [DKT. #13]and prays that the court will consider the UST's response before entering any order. The United States Trustee prays for general relief to which entitled in these premises.

RESPECTFULLY SUBMITTED, this the 10th day of December 2025

> DAVID W. ASBACH
> Acting United States Trustee
> Region 5, Judicial Districts of
> Louisiana and Mississippi

By: */s/Abigail M. Marbury*
ABIGAIL M. MARBURY

ABIGAIL M. MARBURY (MSB #99626)
ASSISTANT U.S. TRUSTEE
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
501 EAST COURT STREET, SUITE 6-430
JACKSON, MISSISSIPPI  39201
TEL: (601) 965-5245/ EMAIL: abigail.m.marbury@usdoj.gov

## CERTIFICATE OF SERVICE

I, do hereby certify that a true and exact copy of the foregoing response has been tendered to the individual(s) listed below by U. S. Mail, postage prepaid, and/or CM/ECF.

T.C. Rollins
*Debtor's Counsel*

Craig M. Geno
*Subchapter-V Trustee*

THIS, the 10th day of December 2025.

*/s/ Abigail M. Marbury*
Abigail M. Marbury