# Proceeding Minutes / Proceeding Memo

**Case #:** 25-03091  **Case Name:** Rose Rental Properties, LLC

**Set:** 12/11/2025 09:00 am  **Chapter:** 11  **Type:** bk  **Judge** Katharine M. Samson

**matter** Motion to Prohibit Use of Cash Collateral Filed by Creditor The Citizens National Bank of Meridian  (Dkt. #9)

Response filed by the Debtor In Possession (Dkt. #15)

---

Minute Entry Re: (related document(s): [9] Motion to Prohibit Cash Collateral filed by The Citizens National Bank of Meridian) Appearances: Craig M. Geno, Abigail M. Marbury, Jeff D. Rawlings, Thomas Carl Rollins, Sarah Beth Wilson. Status conference was held. Rawlings will submit agreed interim order. Final hearing will be set for 1-21-26 at 9:30. (cwe)