# Proceeding Minutes / Proceeding Memo

**Case #:** 25-03091  **Case Name:** Rose Rental Properties, LLC

**Set:** 12/11/2025 09:00 am  **Chapter:** 11  **Type:** bk  **Judge:** Katharine M. Samson

**matter** Motion to Use Cash Collateral Filed by Debtor In Possession Rose Rental Properties, LLC (Attachments: # 1 Exhibit A # 2 Proposed Order)  (Dkt. #13)

Objection filed by The Citizens National Bank of Meridian (Dkt. #28)

Objection filed by Community Bank (Dkt. #33)

Limited Response filed by the U.S. Trustee (Dkt. #34)

---

Minute Entry Re: (related document(s): [13] Motion to Use Cash Collateral filed by Rose Rental Properties, LLC) Appearances: Craig M. Geno, Abigail M. Marbury, Jeff D. Rawlings, Thomas Carl Rollins, Sarah Beth Wilson. Status conference was held. Rawlings will submit agreed interim order. Final hearing will be set for 1-21-26 at 9:30. (cwe)