**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:

    Rose Rental Properties, LLC,                            CASE NO. 25-03091 KMS

          **DEBTORS.**

                                                                                    **CHAPTER 11**

**NOTICE OF HEARING**

       The Citizens National Bank of Meridian has filed a Motion to Prohibit Use of Cash Collateral (the "Motion") (Dkt. #9) with the Court in the above styled case.

       **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you might wish to consult one.)**

       The Court will hold a combined and final hearing on January 21, 2026 at 9:30 a.m. in the Thad Cochran U. S. Courthouse, Bankruptcy Courtroom 4D, 501 East Court Street, Jackson, Mississippi, to consider and act upon the Motion.

       If you do not want the Court to grant the Motion, or if you want the Court to consider your views on the Motion, you or your attorney must file a written response explaining your position so that the Court receives it on or before January 14, 2026. Attorneys and Registered Users of the Electronic Case Filing (ECF) system should file any response using ECF. Others should file any response at U.S. Bankruptcy Court, Dan M. Russell, Jr. U.S. Courthouse, 2012 15th Street, Suite 244, Gulfport, MS 39501. If you file a response, you or your attorney are required to attend the hearing. The hearing will be electronically recorded by the Court.

       If you or your attorney do not take these steps, the Court may decide that you do not oppose the Motion. If no response is filed, the Court may consider the Motion and enter an order granting relief before the hearing date.

Dated: December 11, 2025                                  Danny L. Miller, Clerk of Court
                                                                       U.S. Bankruptcy Court
                                                                       Dan M. Russell Jr. US Courthouse
                                                                       2012 15th Street, Ste. 244
                                                                       Gulfport, MS 39501
                                                                       228-563-1790

Courtroom Deputy
228-563-1797 (use to advise of settlement)
228-563-1841

**Parties Noticed**:

Rose Rental Properties, LLC, Debtor In Possession

Thomas Carl Rollins, Jr., Esq.

Craig M. Geno, Esq.

Office of the US Trustee

Abigail M. Marbury, Esq.

Jeff D. Rawlings, Esq.

Sarah Beth Wilson, Esq.