# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Rose Rental Properties, LLC, Debtor         Case No. 25-03091-JAW
                                                     CHAPTER 11

## APPLICATION TO EMPLOY

COMES NOW, Rose Rental Properties, LLC (the "Debtor"), by and through proposed counsel, and respectfully moves this Court for entry of an order authorizing the employment of The Rollins Law Firm, PLLC ("RLF" or "the Firm") as counsel for the Debtor-in-Possession pursuant to 11 U.S.C. §§ 327 and 328 and Federal Rule of Bankruptcy Procedure 2014. In support of this Application, the Debtor states as follows:

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper under 28 U.S.C. §§ 1408 and 1409, and this is a core proceeding under 28 U.S.C. § 157(b)(2).

2. The Debtor commenced this case under Chapter 11, Subchapter V, on December 4, 2025, and continues to operate its business and manage its financial affairs as a debtor-in-possession pursuant to 11 U.S.C. §§ 1107 and 1108. The Debtor owns and manages rental real estate properties in the Jackson, Mississippi metropolitan area and requires experienced bankruptcy counsel to assist with compliance under the Bankruptcy Code, preparation and filing of schedules and statements, creditor communications, Subchapter V administration, preparation and confirmation of a plan, and representation before this Court.

3. The Debtor seeks to employ The Rollins Law Firm because the Firm possesses significant experience representing Chapter 11 and Subchapter V debtors within this District. The Debtor requires counsel to advise on rights and obligations under the Bankruptcy Code; prepare all schedules, statements, and monthly operating reports; communicate with the Subchapter V Trustee and creditors; respond to motions and objections; prepare and negotiate a

Chapter 11 plan; and appear at hearings and other proceedings necessary to the successful administration of this case.

4. The Debtor believes that the services of RLF are necessary and beneficial to the estate. The Firm has already invested time evaluating the Debtor's financial situation and is well-situated to provide prompt and efficient legal representation. The Debtor submits that the continued assistance of RLF is essential to fulfilling its duties as a debtor-in-possession and to achieving a successful reorganization.

5. As set forth in the Verified Statement of Thomas C. Rollins, filed contemporaneously herewith, neither RLF nor any attorney in the Firm holds or represents an interest adverse to the Debtor or the estate. The Firm does not represent any creditors, equity holders, guarantors, insiders, or other adverse parties in matters related to this case. RLF maintains malpractice insurance and is a "disinterested person" within the meaning of 11 U.S.C. § 101(14).

6. Prior to the petition date, Jerrick W. Rose paid the Firm a $20,000 advance-payment retainer.  Jerrick W. Rose was expressly advised that The Rollins Law Firm, PLLC is being employed to represent Rose Rental Properties, LLC in this Chapter 11 Subchapter V case, and that the Firm does not represent him personally in connection with this matter. Mr. Rose acknowledged and understood that the Firm's duty of loyalty and professional obligations run solely to the Debtor, and not to him individually.

7. The Firm's hourly rates for services in this case are $400 per hour for attorney Thomas C. Rollins, $360 per hour for attorney Jennifer Calvillo, $155 per hour for paralegals, and $100 per hour for legal assistants, subject to reasonable annual adjustments. These rates are

commensurate with those charged by other bankruptcy practitioners of similar experience in this jurisdiction.

WHEREFORE PREMISES CONSIDERED, the Debtor submits that the employment of RLF is necessary and appropriate and that the Firm is well-qualified to represent the Debtor in this Subchapter V case. Accordingly, the Debtor respectfully requests that the Court authorize the employment of The Rollins Law Firm, PLLC, effective as of the petition date, approve the advance-payment retainer arrangement described above, and grant such further relief as the Court deems just and proper.

Respectfully submitted,

Rose Rental Properties, LLC,

BY:

<u>/s/ Thomas C. Rollins, Jr.</u>
Proposed Counsel for the Debtor
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533
trollins@therollinsfirm.com

**CERTIFICATE OF SERVICE**

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Application were forwarded on December 11, 2025, to:

By USPS First Class Mail:

    Rose Rental Properties, LLC
    1920 Bellewood Rd
    Jackson, MS 39211

By Electronic CM/ECF Notice:

    Case Trustee

    U.S. Trustee

    /s/ Thomas C. Rollins, Jr.
    Thomas C. Rollins, Jr.