IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: Rose Rental Properties, LLC, Debtor     Case No. 25-03091-JAW
CHAPTER 13

### AFFIDAVIT OF ATTORNEY

STATE OF MISSISSIPPI
COUNTY OF HINDS

Thomas C. Rollins of The Rollins Law Firm, PLLC, being first duly sworn in connection with the application of the Debtor that I be employed as Special Counsel for the above referenced Debtor to perform services in the aforesaid styled and numbered matter, do herby state:

1. I am an attorney with The Rollins Law Firm, PLLC, proposed counsel for the Debtor. I make this Verified Statement pursuant to Fed. R. Bankr. P. 2014(a).

2. Neither I nor the Firm holds or represents any interest adverse to the Debtor or the estate, nor do we represent any creditors, insiders, guarantors, equity holders, or any party whose interests are adverse to the Debtor in connection with this case. The Firm maintains malpractice insurance.

3. Prior to the petition date, the Jerrick W. Rose, an insider, paid the Firm a $20,000 advance-payment retainer, funded by the Debtor's managing member, Jerrick Rose. Jerrick W. Rose was expressly advised that The Rollins Law Firm, PLLC is being employed to represent Rose Rental Properties, LLC in this Chapter 11 Subchapter V case, and that the Firm does not represent him personally in connection with this matter. Mr. Rose acknowledged and understood that the Firm's duty of loyalty and professional obligations run solely to the Debtor, and not to him individually.

4. The Firm's hourly billing rates for this matter are as follows: $400 per hour for Thomas Rollins, $360 per hour for attorney Jennifer Calvillo, $155 per hour for paralegals, and $100 per hour for legal assistants, subject to reasonable annual adjustments.

5. To the best of my knowledge, information, and belief, the Firm is a "disinterested person" as defined in 11 U.S.C. § 101(14)

6. I and the Firm maintain routine banking relationships with Citizens National Bank. I personally hold a home-equity line of credit ("HELOC") with Citizens National Bank, which is current and not in dispute. In addition, I maintain personal deposit accounts and the Firm maintains its operating and trust accounts at Citizens National Bank. These accounts and the HELOC are standard banking relationships, are unrelated to the Debtor or this case, and do not create or represent any interest adverse to the Debtor or the estate. Neither I nor the Firm believes that these connections will in any way affect our ability to represent the Debtor impartially and in accordance with the requirements of 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014.

FURTHER, AFFIANT SAITH NOT.

Dated this the 10th day of December, 2025.

X _TR_

By: _Thomas Rollins_

SWORN TO AND SUBSCRIBED BEFORE ME, this the ___ day of _____, 20____.

_____
NOTARY PUBLIC