# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Rose Rental Properties, LLC, Debtor          Case No. 25-03091-JAW
                                                                            CHAPTER 11

## NOTICE

    Debtor has filed papers with the court to be Employ Counsel.
    **Your rights may be affected.**  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

    If you do not want the court to grant the Motion, or if you want the court to consider your views on the Motion, then on or before 21 days, you or your attorney must:

    File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201$

    If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

    You must also mail a copy to Debtor's attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

    If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Application.

Date: December 10, 2025.         Signature:    /s/ Thomas C. Rollins, Jr.
                                                                     Thomas C. Rollins, Jr. (MSBN 103469)
                                                                     Jennifer A Curry Calvillo (MSBN 104367)
                                                                     The Rollins Law Firm, PLLC
                                                                     P.O. Box 13767
                                                                     Jackson, MS 39236
                                                                     601-500-5533
                                                                     trollins@therollinsfirm.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Rose Rental Properties, LLC, Debtor            Case No. 25-03091-JAW
                                                        CHAPTER 11

### APPLICATION TO EMPLOY

COMES NOW, Rose Rental Properties, LLC (the "Debtor"), by and through proposed counsel, and respectfully moves this Court for entry of an order authorizing the employment of The Rollins Law Firm, PLLC ("RLF" or "the Firm") as counsel for the Debtor-in-Possession pursuant to 11 U.S.C. §§ 327 and 328 and Federal Rule of Bankruptcy Procedure 2014. In support of this Application, the Debtor states as follows:

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper under 28 U.S.C. §§ 1408 and 1409, and this is a core proceeding under 28 U.S.C. § 157(b)(2).

2. The Debtor commenced this case under Chapter 11, Subchapter V, on December 4, 2025, and continues to operate its business and manage its financial affairs as a debtor-in-possession pursuant to 11 U.S.C. §§ 1107 and 1108. The Debtor owns and manages rental real estate properties in the Jackson, Mississippi metropolitan area and requires experienced bankruptcy counsel to assist with compliance under the Bankruptcy Code, preparation and filing of schedules and statements, creditor communications, Subchapter V administration, preparation and confirmation of a plan, and representation before this Court.

3. The Debtor seeks to employ The Rollins Law Firm because the Firm possesses significant experience representing Chapter 11 and Subchapter V debtors within this District. The Debtor requires counsel to advise on rights and obligations under the Bankruptcy Code; prepare all schedules, statements, and monthly operating reports; communicate with the Subchapter V Trustee and creditors; respond to motions and objections; prepare and negotiate a

Chapter 11 plan; and appear at hearings and other proceedings necessary to the successful administration of this case.

4.  The Debtor believes that the services of RLF are necessary and beneficial to the estate. The Firm has already invested time evaluating the Debtor's financial situation and is well-situated to provide prompt and efficient legal representation. The Debtor submits that the continued assistance of RLF is essential to fulfilling its duties as a debtor-in-possession and to achieving a successful reorganization.

5.  As set forth in the Verified Statement of Thomas C. Rollins, filed contemporaneously herewith, neither RLF nor any attorney in the Firm holds or represents an interest adverse to the Debtor or the estate. The Firm does not represent any creditors, equity holders, guarantors, insiders, or other adverse parties in matters related to this case. RLF maintains malpractice insurance and is a "disinterested person" within the meaning of 11 U.S.C. § 101(14).

6.  Prior to the petition date, Jerrick W. Rose paid the Firm a $20,000 advance-payment retainer.  Jerrick W. Rose was expressly advised that The Rollins Law Firm, PLLC is being employed to represent Rose Rental Properties, LLC in this Chapter 11 Subchapter V case, and that the Firm does not represent him personally in connection with this matter. Mr. Rose acknowledged and understood that the Firm's duty of loyalty and professional obligations run solely to the Debtor, and not to him individually.

7.  The Firm's hourly rates for services in this case are $400 per hour for attorney Thomas C. Rollins, $360 per hour for attorney Jennifer Calvillo, $155 per hour for paralegals, and $100 per hour for legal assistants, subject to reasonable annual adjustments. These rates are

commensurate with those charged by other bankruptcy practitioners of similar experience in this jurisdiction.

WHEREFORE PREMISES CONSIDERED, the Debtor submits that the employment of RLF is necessary and appropriate and that the Firm is well-qualified to represent the Debtor in this Subchapter V case. Accordingly, the Debtor respectfully requests that the Court authorize the employment of The Rollins Law Firm, PLLC, effective as of the petition date, approve the advance-payment retainer arrangement described above, and grant such further relief as the Court deems just and proper.

Respectfully submitted,

Rose Rental Properties, LLC,

BY:

 /s/ Thomas C. Rollins, Jr.
Proposed Counsel for the Debtor
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533
trollins@therollinsfirm.com

**CERTIFICATE OF SERVICE**

      I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Application were forwarded on December 11, 2025, to:

By USPS First Class Mail:

    Rose Rental Properties, LLC
    1920 Bellewood Rd
    Jackson, MS 39211

By Electronic CM/ECF Notice:

    Case Trustee

    U.S. Trustee

                                          /s/ Thomas C. Rollins, Jr.
                                          Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>ROSE RENTAL PROPERTIES, LLC | CASE NO: 25-03091<br><br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br><br>Chapter: 11 |

On 12/11/2025, I did cause a copy of the following documents, described below,

Notice and Application to Employ Counsel

Exhibit A

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/11/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 25-03091 |
|---|---|
| ROSE RENTAL PROPERTIES, LLC | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 11 |

On 12/11/2025, a copy of the following documents, described below,

Notice and Application to Employ Counsel

Exhibit A

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/11/2025

*/s/ Miles Wood*

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

| DEBTOR | CASE INFO | |
|---|---|---|
| ROSE RENTAL PROPERTIES LLC<br>1920 BELLEWOOD RD<br>JACKSON MS 39211 | LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 25-03091<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>WED DEC 10 13-48-45 PST 2025 | (P)CITIZENS NATIONAL BANK<br>P O BOX 911<br>MERIDIAN MS 39302-0911 |

COMMUNITY BANK
PO BOX 59
FOREST MS 39074-0059

ROSE RENTAL PROPERTIES LLC
1920 BELLEWOOD RD
JACKSON MS 39211-5705

~~EXCLUDE~~
~~(U)THE CITIZENS NATIONAL BANK OF MERIDIAN~~

~~EXCLUDE~~
~~US BANKRUPTCY COURT~~
~~THAD COCHRAN US COURTHOUSE~~
~~501 E COURT STREET~~
~~SUITE 2300~~
~~JACKSON MS 39201-5036~~

AMERICAN EXPRESS
PO BOX 981537
EL PASO TX 79998-1537

~~EXCLUDE~~
~~(D)(P)CITIZENS NATIONAL BANK~~
~~P O BOX 911~~
~~MERIDIAN MS 39302-0911~~

~~EXCLUDE~~
~~(D)COMMUNITY BANK~~
~~PO BOX 59~~
~~FOREST MS 39074-0059~~

HINDS CO TAX COLLECTOR
PO BOX 1727
JACKSON MS 39215-1727

INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
PO BOX 7346
PHILADELPHIA PA 19101-7346

INTERNAL REVENUE SERVI
CO US ATTORNEY
501 EAST COURT ST
STE 4430
JACKSON MS 39201-5025

(P)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

JEFF D RAWLINGS ESQ
RAWLINGS MACINNIS PA
COUNSEL FOR THE CITIZENS NATIONAL BANK
PO BOX 1789
MADISON MS 39130-1789

KING SPENCER
FOR COMMUNITY BANK
1855 CRANE RIDGE DR
STE D
JACKSON MS 39216-4944

MS DEPT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON MS 39225-2808

(P)MISSISSIPPI STATE TAX COMMISSION
P O BOX 22808
JACKSON MS 39225-2808

RAWLINGS MACINNIS
FOR CITIZENS NATIONAL
PO BOX 1789
MADISON MS 39130-1789

SARAH BETH WILSON ESQ
PHELPS DUNBAR LLP
COUNSEL FOR COMMUNITY BANK
1905 COMMUNITY BANK WAY SUITE 200
FLOWOOD MS 39232-1249

US ATTORNEY SD MISSISSIPPI
CO INTERNAL REVENUE SERVICE
501 E COURT STREET STE 4430
JACKSON MS 39201-5025

US ATTORNEY SD MISSISSIPPI
CO US SECURITIES AND EXCHANGE COMMISS
501 E COURT STREET STE 4430
JACKSON MS 39201-5025

US SECURITIES AND EXCHANGE COMMISSION
OFFICE OF REORGANIZATION
950 EAST PACES FERRY ROAD SUITE 900
ATLANTA GA 30326-1382

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON DC 20530-0001

~~EXCLUDE~~
~~UNITED STATES TRUSTEE~~
~~501 EAST COURT STREET~~
~~SUITE 6-430~~
~~JACKSON MS 39201-5022~~

~~EXCLUDE~~
~~CRAIG M GENO~~
~~LAW OFFICES OF CRAIG M GENO PLLC~~
~~601 RENAISSANCE WAY~~
~~SUITE A~~
~~RIDGELAND MS 39157-6038~~

~~EXCLUDE~~
~~THOMAS CARL ROLLINS JR~~
~~THE ROLLINS LAW FIRM PLLC~~
~~PO BOX 13767~~
~~JACKSON MS 39236-3767~~