United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                          Case No. 25-03091-JAW

Rose Rental Properties, LLC                                                      Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3                          User: mssbad                                      Page 1 of 1

Date Rcvd: Dec 09, 2025                  Form ID: pdf012                              Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol     Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
           regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2025:**

**Recip ID     Recipient Name and Address**
dbpos     + Rose Rental Properties, LLC, 1920 Bellewood Rd, Jackson, MS 39211-5705

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2025                     Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2025 at the address(es) listed below:**

**Name     Email Address**

Jeff D. Rawlings
     on behalf of Creditor The Citizens National Bank of Meridian Notices@rawlingsmacinnis.net  Judy@rawlingsmacinnis.net

Thomas Carl Rollins, Jr
     on behalf of Debtor In Possession Rose Rental Properties  LLC trollins@therollinsfirm.com,
     jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
     USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 3

_____

**SO ORDERED,**

*Jamie a. Wilson*

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: December 9, 2025**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

**ROSE RENTAL PROPERTIES, LLC,**          **CASE NO. 25-03091-JAW**

**DEBTOR.**                                      **CHAPTER 11**

### ORDER RESETTING HEARING

This matter came on this date on the Motion to Prohibit Use of Cash Collateral filed by The Citizens National Bank of Meridian (the "Motion") (Dkt. #9) and the Debtor's Response and Objection (the "Response") (Dkt. #15).  The Court, having considered the facts herein, finds that the hearing (the "Hearing") on December 22, 2025, should be continued and reset.

IT IS, THEREFORE, ORDERED that the Hearing on the Motion and Response hereby is continued and reset for December 11, 2025, at 9:00 AM, in the Thad Cochran U. S. Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi.

##END OF ORDER##

Courtroom Deputy
601-608-4642 (use to advise of settlement)
601-608-4693