

**SO ORDERED,**

*/s/ Katharine M. Samson*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: December 12, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

**ROSE RENTAL PROPERTIES, LLC,**　　　　　　**CASE NO. 25-03091 KMS**

**DEBTOR(S).**

**CHAPTER 11**

To:   Thomas Carl Rollins, Jr., Esq.
　　　Rose Rental Properties, LLC, Debtor In Possession

### ORDER TO SHOW CAUSE

YOU ARE HEREBY ORDERED to appear on January 21, 2026, at 9:30 a.m., in the Thad Cochran U.S. Courthouse, Bankruptcy Courtroom 4D, 501 East Court Street, Jackson, Mississippi, to show cause why the above-styled case should not be dismissed for failure to comply with the Notice of Deficiency (Dkt. #5) issued on December 4, 2025.

##END OF ORDER##