IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  Rose Rental Properties, LLC, Debtor        Case No. 25-03091-KMS
                                                    **CHAPTER 11**

**MOTION TO EXTEND DEADLINE
TO FILE CHAPTER 13 SCHEDULES**

COMES NOW the debtor by and through their attorney, and files this Motion to Extend Time to File Chapter 11 Schedules and would respectfully show the following:

That the debtor filed their Chapter 11 Petition on 12/04/2025.

That the schedules are due December 18, 2025.

That the debtor needs additional time to complete their schedules.

That the debtor requests until January 2, 2026 to file their schedules.

Respectfully Submitted,

By: /s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500- 5533

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that I have this day electronically filed with the Court, a true and correct copy of the above and foregoing Motion on this date, December 18, 2025.  All interested parties will receive CM/ECF from the Court.

/s/ Thomas C Rollins, Jr.
Thomas C. Rollins, Jr.