# Balance Sheet

## Rose Rental Properties MS, LLC
### As of December 16, 2025

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---:|
| Assets | |
|   Current Assets | |
|     Bank Accounts | |
|       Carpet Installation | 525.00 |
|       Rose Rental Properties Business Operating Account | 3,114.67 |
|       SMALLBUS 0002 - 1 | 271,010.94 |
|       Trash Dump | 2,756.58 |
|       Water & sewerer | 567.13 |
|     **Total for Bank Accounts** | **$277,974.32** |
|     Other Current Assets | |
|       Payments to deposit | 1,950.00 |
|     **Total for Other Current Assets** | **$1,950.00** |
|   **Total for Current Assets** | **$279,924.32** |
|   Fixed Assets | |
|     Appliances | 21,917.03 |
|     Electronics | 7,365.08 |
|     Long-term office equipment | |
|       Furniture | 4,178.58 |
|       Phones | 558.26 |
|     **Total for Long-term office equipment** | **$4,736.84** |
|     Tools, machinery, and equipment | 558.25 |
|   **Total for Fixed Assets** | **$34,577.20** |
| **Total for Assets** | **$314,501.52** |
| Liabilities and Equity | |
|   Liabilities | |
|     Current Liabilities | |
|       Credit Cards | |
|         Business Gold Card (1000) - 2 | -$261,208.04 |
|           Additional Business Gold Card - Supplementary account (1026) - 2 | 173,280.58 |
|         **Total for Business Gold Card (1000) - 2** | **-$87,927.46** |
|       **Total for Credit Cards** | **-$87,927.46** |
|       Other Current Liabilities | |
|         Short-term business loans | -707.36 |
|       **Total for Other Current Liabilities** | **-$707.36** |
|     **Total for Current Liabilities** | **-$88,634.82** |

## Balance Sheet

### Rose Rental Properties MS, LLC
As of December 16, 2025

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---:|
| Long-term Liabilities | |
|  Mortgages | -82,616.07 |
|  Notes Payable (Mortgage Payemnts) | 1,117,652.09 |
| **Total for Long-term Liabilities** | **$1,035,036.02** |
| **Total for Liabilities** | **$946,401.20** |
| Equity | |
|  Opening balance equity | -1,139,691.36 |
|  Owner draws | -50,000.00 |
|  Owner investments | 447,145.00 |
|  Owner's Contribution | 479,373.47 |
|  Personal expenses | |
|   State taxes | -2,540.20 |
| **Total for Personal expenses** | **-$2,540.20** |
|  Retained Earnings | -409,178.07 |
|  Net Income | 42,991.48 |
| **Total for Equity** | **-$631,899.68** |
| **Total for Liabilities and Equity** | **$314,501.52** |

**Accrual Basis  Tuesday, December 16, 2025 08:00 PM GMTZ**