# Profit and Loss

## Rose Rental Properties MS, LLC

### January 1-December 16, 2025

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---:|
| Income | |
|   Airbnb | 77,309.88 |
|   Rental | 38,477.00 |
| **Total for Income** | **$115,786.88** |
| **Gross Profit** | **$115,786.88** |
| Expenses | |
|   Contract labor | 16,165.69 |
|   General business expenses | |
|     Bank fees & service charges | 18,328.55 |
|     Memberships & subscriptions | 325.36 |
|   **Total for General business expenses** | **$18,653.91** |
|   Insurance | $3,821.54 |
|     Property insurance | 3,449.50 |
|   **Total for Insurance** | **$7,271.04** |
|   Legal & accounting services | 460.00 |
|   Repairs & maintenance | $14,820.04 |
|     Cleaning | 1,621.25 |
|     Tree Removal | 705.00 |
|   **Total for Repairs & maintenance** | **$17,146.29** |
|   Utilities | $1,772.74 |
|     Electricity | 7,179.55 |
|     Internet & TV services | 3,151.91 |
|     Water & sewer | 994.27 |
|   **Total for Utilities** | **$13,098.47** |
| **Total for Expenses** | **$72,795.40** |
| **Net Operating Income** | **$42,991.48** |
| **Net Other Income** | |
| **Net Income** | **$42,991.48** |