## Statement of Cash Flows

### Rose Rental Properties MS, LLC
January 1-December 19, 2025

| FULL NAME | TOTAL |
|---|---:|
| OPERATING ACTIVITIES | |
|   Net Income | 42,991.48 |
|   Adjustments to reconcile Net Income to Net Cash provided by operations: | |
|    Business Gold Card (1000) - 2 | -14,139.93 |
|   **Total for Adjustments to reconcile Net Income to Net Cash provided by operations:** | **-$14,139.93** |
| **Net cash provided by operating activities** | **$28,851.55** |
| INVESTING ACTIVITIES | |
| FINANCING ACTIVITIES | |
|   Notes Payable (Mortgage Payemnts) | -29,007.09 |
|   Opening balance equity | 3,270.21 |
| **Net cash provided by financing activities** | **-$25,736.88** |
| **NET CASH INCREASE FOR PERIOD** | **$3,114.67** |
| **Cash at beginning of period** | **$276,809.65** |
| **CASH AT END OF PERIOD** | **$279,924.32** |

Note: This Statement of Cash Flows is generated from QuickBooks Online based on currently available records spanning from January 01, 2025 through present day. Certain transactions are undergoing routine refinement and categorization. An updated statement will be provided as completion occurs.

*Jerrick W. Rose*