# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Rose Rental Properties, LLC, Debtor          Case No. 25-03091-JAW
                                                     CHAPTER 11

## DEBTOR'S MOTION TO EMPLOY REALTOR

Rose Rental Properties, LLC (the "Debtor"), as debtor-in-possession, pursuant to 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014, moves the Court for entry of an order approving the employment of Victoria Prowant, Broker/Owner of Southern Homes Real Estate, as real estate broker, and in support states as follows:

1. The Debtor owns approximately twenty-one (21) residential rental properties located in Hinds County, Rankin County, and Madison County, Mississippi.

2. The Debtor may determine, in its business judgment, that one or more properties should be marketed and sold during the pendency of this Chapter 11 case.

3. The Debtor seeks authority to employ Victoria Prowant as real estate broker on a contingent, as-needed basis, such that no listing obligation arises unless and until a property is affirmatively listed.

4. Ms. Prowant is a highly experienced Mississippi real estate broker, has closed over 100 transactions annually for more than a decade, and consistently ranks among the top producing agents in the Central Mississippi MLS. Her résumé is attached as Exhibit A.

5. Ms. Prowant, through Southern Homes Real Estate, previously assisted the Debtor's principal in acquiring several of the subject properties and has an established working relationship with the Debtor.

6. The proposed form of listing agreement is the Mississippi Association of REALTORS® F4B Exclusive Authorization and Right to Sell Listing Agreement, a copy of which is attached as Exhibit B.

7. No listing agreement shall become effective unless approved by the Debtor post-petition for a specific property.

8. Compensation shall be commission-based only (2.5%), payable solely from sale proceeds upon a Court-approved sale, and no retainer or advance payment is requested.

9. Ms. Prowant does not hold or represent an interest adverse to the Debtor or the estate and is a disinterested person within the meaning of 11 U.S.C. § 101(14), as set forth in her accompanying affidavit.

WHEREFORE, the Debtor requests entry of an order approving the employment of Victoria Prowant as real estate broker, effective upon entry of the order, on the terms stated herein.

Respectfully submitted,

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A. Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
PO Box 13767
Jackson, MS 39236
601-500-5533
trollins@therollinsfirm.com

**CERTIFICATE OF SERVICE**

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion were forwarded on December 23, 2025, to:

By USPS First Class Mail:

    Rose Rental Properties, LLC
    1920 Bellewood Rd
    Jackson, MS 39211

By Electronic CM/ECF Notice:

    Case Trustee

    U.S. Trustee

    /s/ Thomas C. Rollins, Jr.
    Thomas C. Rollins, Jr.