# Victoria Prowant

115 Laurel Park Cv Ste 210 Flowood MS 39232
Flowood, MS 39232
601-750-7151
victoriaprowant@yahoo.com

### Education

- Mississippi College, Clinton, Ms
- Master in Business Administration, December 2015
- Bachelor of Science in Business Administration, December 2013
- Graduate of the Realtor Institute (GRI) 2012
- Academy of Economic Studies of Moldova, Chisinau, Republic of Moldova

Bachelor in Finance and Stock Exchange, May 2007

### Experience

**Broker/Owner**, Southern Homes Real Estate January 2019- present

- Manage a team of over 25 agents
- Serving buyers and sellers in the Tri-County area achieve their real estate goals
- Training and mentoring new agents, onboarding, interviewing potential agents.
- Top producing agent in the local MLS for several consecutive years

**Managing Broker, Three Rivers Real Estate January 2017-2019**

- Manage a team of over 45 agents
- Training and mentoring all motivating agents

**e,** Keller Williams Realty 2012- December 2016

### Real Estate Experience/Involvement/Volunteering

- MAR's Professional Standards Committee 2023
- MAR's LeadershipMAR Trustees 2023
- CMR's Grievance Committee 2022
- CMR's Professional Standards Committee 2022
- NAR's Insurance Committee 2022
- MAR's Professional Standards Committee 2022
- MAR's LeadershipMAR Trustees 2022
- Ombudsman Training with Dianne Disbrow 2021
- NAR's Leading Edge Advisory Board 2021
- MAR's Diversity Task Force 2021
- CMR's Grievance Committee Chair 2021
- MAR's Leadership Graduate 2019
- CMR's Grievance Committee Chair 2019
- NAR's Single Family Investment 2018
- NAR's Management Committee 2018
- Ombudsman Training with Bruce Aydt 2018

**Assistant General Manager,** IHOP, Jackson, MS May 2009- March 2011

- Responsible for the business performance of the restaurant
- Maintaining high standards of quality control, hygiene, and health and safety

- Preparing reports at the end of the shift/week, including staff control, food control and sales
- Coordinating the entire operation of the restaurant during scheduled shifts
- Managing staff and providing them with feedback
- Ensuring that all employees adhere to the company's uniform standards
- Responding to customer complaints

**Activities**

- Volunteering work at Pinelake Church, Flowood MS 2014- 2019
- Volunteering work at St Jude Ticket Office 2017-present
- Member of Young Professionals Network of Central MS Reators 2017- 2020
- „*Career Planning*" and „*Business Venture*" courses organized by "Youth Employment Centre – STAR"NGO, Chisinau, Moldova, Trainer 2008

**Achievements**

- Top of the Community business by Flowood Chamber of Commerce in 2022
- USA Powerfully Empowered Women's Leadership Summit (speaker and panelist)  in 2022
- HBAJ People Magazine, Power Couple 2022
- 50 Leading Business Women Finalist 2021
- Jackson Free Press, Power Couple 2020
- 50 Leading Business Women 2020
- MAR's Under 40 Award 2019
- Top Agent Magazine-recognition May 2017

**Languages**

- Romanian – native language
- English, French, Russian,Ukrainian-fluent

**Key qualifications**

- Management
- Financial Management
- Leadership experience
- Real Estate

**Other Skills**

- excellent communication abilities
- aptitude to make prompt decisions
- good organizational skills
- able to work in a changing and/or  fast-paced environment.

*"I live by the principles of honesty, professionalism, integrity, and commitment.  These are the building blocks that deepen my relationships with my clients, my reputation in our community and respect from my colleagues."*
*– Victoria Prowant*