IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Rose Rental Properties, LLC, Debtor          Case No. 25-03091-JAW
                                                      CHAPTER 13

## AFFIDAVIT OF DISINTERESTEDNESS

STATE OF MISSISSIPPI
COUNTY OF Hinds

I, Victoria Prowant, being first duly sworn, state as follows:

1. I am the Broker/Owner of Southern Homes Real Estate, licensed in the State of Mississippi
2. I have reviewed the Debtor's Motion to Employ and consent to the terms of employment described therein.
3. Neither I nor Southern Homes Real Estate holds or represents any interest adverse to the Debtor or the bankruptcy estate.
4. I am not a creditor of the Debtor, nor do I represent any creditor in this case.
5. Any prior professional relationship with the Debtor or its principal consisted solely of arms-length real estate brokerage services and does not create a conflict of interest.
6. Compensation, if any, shall be earned only upon a successful closing of a Court-approved sale.

FURTHER, AFFIANT SAITH NOT.

Dated this the 18th day of December, 2025.

        x Victoria Prowant
By:       Victoria Prowant

SWORN TO AND SUBSCRIBED BEFORE ME, this the 18th day of December, 2025.

_____
NOTARY PUBLIC

[Notary Seal: STATE OF MISSISSIPPI, NOTARY PUBLIC, ID # 112464, DEEANNA MULLINS, Commission Expires Feb. 26, 2028, RANKIN COUNTY]