# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Rose Rental Properties, LLC, Debtor          Case No. 25-03091-JAW
                                                      CHAPTER 11

## NOTICE

 Debtor has filed papers with the court to Employ Realtor.

 **Your rights may be affected.**  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

 If you do not want the court to grant the Motion, or if you want the court to consider your views on the Motion, then on or before 21 days, you or your attorney must:

 File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201$

 If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

 You must also mail a copy to Debtor's attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

 If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Application.

Date: December 23, 2025.     Signature:   /s/ Thomas C. Rollins, Jr.
               Thomas C. Rollins, Jr. (MSBN 103469)
               Jennifer A Curry Calvillo (MSBN 104367)
               The Rollins Law Firm, PLLC
               P.O. Box 13767
               Jackson, MS 39236
               601-500-5533
               trollins@therollinsfirm.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     Rose Rental Properties, LLC, Debtor          Case No. 25-03091-JAW
                                                          CHAPTER 11

### DEBTOR'S MOTION TO EMPLOY REALTOR

Rose Rental Properties, LLC (the "Debtor"), as debtor-in-possession, pursuant to 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014, moves the Court for entry of an order approving the employment of Victoria Prowant, Broker/Owner of Southern Homes Real Estate, as real estate broker, and in support states as follows:

1. The Debtor owns approximately twenty-one (21) residential rental properties located in Hinds County, Rankin County, and Madison County, Mississippi.

2. The Debtor may determine, in its business judgment, that one or more properties should be marketed and sold during the pendency of this Chapter 11 case.

3. The Debtor seeks authority to employ Victoria Prowant as real estate broker on a contingent, as-needed basis, such that no listing obligation arises unless and until a property is affirmatively listed.

4. Ms. Prowant is a highly experienced Mississippi real estate broker, has closed over 100 transactions annually for more than a decade, and consistently ranks among the top producing agents in the Central Mississippi MLS. Her résumé is attached as Exhibit A.

5. Ms. Prowant, through Southern Homes Real Estate, previously assisted the Debtor's principal in acquiring several of the subject properties and has an established working relationship with the Debtor.

6. The proposed form of listing agreement is the Mississippi Association of REALTORS® F4B Exclusive Authorization and Right to Sell Listing Agreement, a copy of which is attached as Exhibit B.

7. No listing agreement shall become effective unless approved by the Debtor post-petition for a specific property.

8. Compensation shall be commission-based only (2.5%), payable solely from sale proceeds upon a Court-approved sale, and no retainer or advance payment is requested.

9. Ms. Prowant does not hold or represent an interest adverse to the Debtor or the estate and is a disinterested person within the meaning of 11 U.S.C. § 101(14), as set forth in her accompanying affidavit.

WHEREFORE, the Debtor requests entry of an order approving the employment of Victoria Prowant as real estate broker, effective upon entry of the order, on the terms stated herein.

Respectfully submitted,

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A. Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
PO Box 13767
Jackson, MS 39236
601-500-5533
trollins@therollinsfirm.com

## **CERTIFICATE OF SERVICE**

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion were forwarded on December 23, 2025, to:

By USPS First Class Mail:

Rose Rental Properties, LLC
1920 Bellewood Rd
Jackson, MS 39211

By Electronic CM/ECF Notice:

Case Trustee

U.S. Trustee

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 25-03091 |
|---|---|
| ROSE RENTAL PROPERTIES, LLC | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 11 |

On 12/23/2025, I did cause a copy of the following documents, described below,

Notice and Motion to Employ

Exhibit A

Exhibit B

Exhibit C

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/23/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>ROSE RENTAL PROPERTIES, LLC | CASE NO: 25-03091<br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br>Chapter: 11 |

On 12/23/2025, a copy of the following documents, described below,

Notice and Motion to Employ

Exhibit A

Exhibit B

Exhibit C

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/23/2025

*/s/ Miles Wood*

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

| DEBTOR | CASE INFO | |
|---|---|---|
| ROSE RENTAL PROPERTIES LLC<br>1920 BELLEWOOD RD<br>JACKSON MS 39211 | LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 25-03091<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>TUE DEC 23 8-25-7 PST 2025 | (P)CITIZENS NATIONAL BANK<br>P O BOX 911<br>MERIDIAN MS 39302-0911 |
| COMMUNITY BANK<br>PO BOX 59<br>FOREST  MS 39074-0059 | ROSE RENTAL PROPERTIES  LLC<br>1920 BELLEWOOD RD<br>JACKSON  MS 39211-5705 | ~~EXCLUDE~~<br>~~(U)THE CITIZENS NATIONAL BANK OF MERIDIAN~~ |
| ~~EXCLUDE~~<br>~~US BANKRUPTCY COURT~~<br>~~THAD COCHRAN US COURTHOUSE~~<br>~~501 E COURT STREET~~<br>~~SUITE 2300~~<br>~~JACKSON  MS 39201-5036~~ | AMERICAN EXPRESS<br>PO BOX 981537<br>EL PASO  TX 79998-1537 | ~~EXCLUDE~~<br>~~(D)(P)CITIZENS NATIONAL BANK~~<br>~~P O BOX 911~~<br>~~MERIDIAN MS 39302-0911~~ |
| ~~EXCLUDE~~<br>~~(D)COMMUNITY BANK~~<br>~~PO BOX 59~~<br>~~FOREST  MS 39074-0059~~ | HINDS CO TAX COLLECTOR<br>PO BOX 1727<br>JACKSON  MS 39215-1727 | HINDS COUNTY TAX COLLECTOR<br>316 SOUTH PRESIDENT STREET<br>JACKSON MS 39201-4801 |
| INTERNAL REVENUE SERVI<br>CENTRALIZED INSOLVENCY<br>PO BOX 7346<br>PHILADELPHIA  PA 19101-7346 | INTERNAL REVENUE SERVI<br>CO US ATTORNEY<br>501 EAST COURT ST<br>STE 4430<br>JACKSON  MS 39201-5025 | (P)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| JEFF D RAWLINGS  ESQ<br>RAWLINGS  MACINNIS  PA<br>COUNSEL FOR THE CITIZENS NATIONAL BANK<br>PO BOX 1789<br>MADISON  MS 39130-1789 | KING  SPENCER<br>FOR COMMUNITY BANK<br>1855 CRANE RIDGE DR<br>STE D<br>JACKSON  MS 39216-4944 | MS DEPT OF REVENUE<br>BANKRUPTCY SECTION<br>PO BOX 22808<br>JACKSON  MS 39225-2808 |
| (P)MISSISSIPPI STATE TAX COMMISSION<br>P O BOX 22808<br>JACKSON MS 39225-2808 | RAWLINGS  MACINNIS<br>FOR CITIZENS NATIONAL<br>PO BOX 1789<br>MADISON  MS 39130-1789 | SARAH BETH WILSON  ESQ<br>PHELPS DUNBAR  LLP<br>COUNSEL FOR COMMUNITY BANK<br>1905 COMMUNITY BANK WAY  SUITE 200<br>FLOWOOD  MS 39232-1249 |
| US ATTORNEY SD MISSISSIPPI<br>CO INTERNAL REVENUE SERVICE<br>501 E COURT STREET  STE 4430<br>JACKSON  MS 39201-5025 | US ATTORNEY SD MISSISSIPPI<br>CO US SECURITIES AND EXCHANGE COMMISS<br>501 E COURT STREET  STE 4430<br>JACKSON  MS 39201-5025 | US SECURITIES AND EXCHANGE COMMISSION<br>OFFICE OF REORGANIZATION<br>950 EAST PACES FERRY ROAD  SUITE 900<br>ATLANTA  GA 30326-1382 |
| US ATTORNEY GENERAL<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVENW<br>WASHINGTON  DC 20530-0001 | ~~EXCLUDE~~<br>~~UNITED STATES TRUSTEE~~<br>~~501 EAST COURT STREET~~<br>~~SUITE 6-430~~<br>~~JACKSON  MS 39201-5022~~ | ~~EXCLUDE~~<br>~~CRAIG M GENO~~<br>~~LAW OFFICES OF CRAIG M GENO  PLLC~~<br>~~601 RENAISSANCE WAY~~<br>~~SUITE A~~<br>~~RIDGELAND  MS 39157-6038~~ |

~~EXCLUDE~~

~~THOMAS CARL ROLLINS JR~~
~~THE ROLLINS LAW FIRM, PLLC~~
~~PO BOX 13767~~
~~JACKSON, MS 39236-3767~~