United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 25-03091-KMS
Rose Rental Properties, LLC  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3     User: mssbad     Page 1 of 2
Date Rcvd: Dec 22, 2025     Form ID: pdf012     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| dbpos | + Rose Rental Properties, LLC, 1920 Bellewood Rd, Jackson, MS 39211-5705 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 24, 2025     Signature: /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2025 at the address(es) listed below:

**Name**     **Email Address**

Abigail M. Marbury
    on behalf of U.S. Trustee United States Trustee abigail.m.marbury@usdoj.gov

Craig M. Geno
    cmgeno@cmgenolaw.com kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com

Jeff D. Rawlings
    on behalf of Creditor The Citizens National Bank of Meridian Notices@rawlingsmacinnis.net Judy@rawlingsmacinnis.net

Sarah Beth Wilson
    on behalf of Creditor Community Bank sarah.beth.wilson@phelps.com 1069885420@filings.docketbird.com;robin.goodman@phelps.com;Danielle.Mashburn-Myrick@phelps.com,1069885420@filings.docketbird.com

Thomas Carl Rollins, Jr
    on behalf of Debtor In Possession Rose Rental Properties  LLC trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea

District/off: 0538-3                       User: mssbad                              Page 2 of 2
Date Rcvd: Dec 22, 2025                    Form ID: pdf012                           Total Noticed: 1

                nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
                USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

    ROSE RENTAL PROPERTIES, LLC      CASE NO. 25-03091-KMS

    DEBTOR .      CHAPTER 11

RESET NOTICE OF 11 U.S.C. § 1188(a) STATUS CONFERENCE AND
DUE DATE FOR DEBTOR'S REPORT UNDER 11 U.S.C. § 1188(c)

YOU ARE HEREBY NOTIFIED that the Status Conference required under 11 U.S.C. § 1188(a) to further the expeditious and economical resolution of this Subchapter V Reorganization case will be held on January 21, 2026, at 9:30 a.m., in the Thad Cochran U. S. Courthouse, Bankruptcy Courtroom 4D, 501 East Court Street, Jackson, Mississippi.

ON OR BEFORE January 7, 2026, Debtor shall file with the court and serve on the trustee and all parties in interest the report required under 11 U.S.C. § 1188(c).

DATE:   December 22, 2025      Danny L. Miller, Clerk of Court
     Dan M. Russell, Jr. U. S. Courthouse
     2012 15th Street, Suite 244
     Gulfport, MS 39501
     228-563-1790

Courtroom Deputy
228-563-1841