# United States Bankruptcy Court
## Southern District of Mississippi

In re  **Rose Rental Properties, LLC**　　　　　　　　　　Case No. **25-03091**
　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Jerrick W. Rose** | | **100%** | **Member** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

　　　I, the **Member-Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **December 29, 2025**　　　　　　　　　Signature  **/s/ Jerrick W Rose**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Jerrick W Rose**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders