## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Rose Rental Properties, LLC, Debtor          Case No. 25-03091-KMS
                                                      CHAPTER 11

### PRE-STATUS CONFERENCE REPORT

Rose Rental Properties, LLC (the "Debtor"), by and through undersigned counsel, submits this Pre-Status Conference Report pursuant to the Court's Order setting the status conference for January 21, 2026, and states as follows:

1. The Debtor filed this Chapter 11 case under Subchapter V on December 4, 2025. The Debtor is a Mississippi limited liability company engaged in the ownership and operation of approximately twenty one (21) short-term and long-term rental properties located in Hinds, Rankin, and Madison Counties, Mississippi. The Debtor continues to operate its business in the ordinary course. Rental operations remain stable, and there has been no interruption in business operations since the petition date.

2. The Debtor has disclosed its bank accounts and has opened debtor-in-possession accounts. The Debtor has participated in the cash collateral hearing and continues to work with its secured creditors and the Subchapter V Trustee regarding cash management issues.

3. Proof of insurance has been provided to the secured creditors and the United States Trustee. The Debtor is current with its insurance obligations. Monthly operating reports are not yet due.

4. The Debtor's primary secured creditors are:

    a) Citizens National Bank, which hold first-priority liens on approximately twenty (20) rental properties; and

    b) Community Bank of Mississippi, which hold second-priority liens on those same properties and a first-priority lien on one additional rental property.

The aggregate secured debt is approximately $2 million. The Debtor is not making post-petition payments at this time. Available appraisals support a rough valuation of approximately $3 million for the portfolio.

5. The Debtor has outstanding property tax obligations for 2024 and 2025 in the approximate amount of $38,000 per year. The Debtor is evaluating the most efficient method of addressing these obligations as part of its reorganization. The Debtor's 2024 federal tax return has been filed and is currently being processed by the IRS.

6. The Debtor is actively working toward formulation of a Subchapter V plan. The contemplated reorganization strategy includes.

    a) Continue operation of the rental portfolio;
    b) Evaluation and potential sale of certain properties to reduce secured debt and improve cash flow;
    c) Cash-flow and feasibility review; and
    d) Continued discussions with secured creditors, the Subchapter V Trustee, and the United States Trustee.

The Debtor anticipates seeking and extension of the plan-filing deadline to allow sufficient time to evaluate and market asset sales and propose a feasible plan that maximizes value for creditors.

7. The Subchapter V Trustee, Craig Geno, has been involved in the case and has expressed general support for the Debtor's reorganization efforts, while identifying areas requiring

further development. The Debtor has cooperated fully with the Trustee and the United States Trustee, including participation in the initial debtor interview.

8. At the status conference, the Debtor expects to address:

   a) Case progress and operational stability;

   b) The secured debt structure and valuation;

   c) The projected timeline toward confirmation.

>Respectfully submitted,
>
>/s/ Thomas C. Rollins, Jr.
>Thomas C. Rollins, Jr. (MSBN 103469)
>Jennifer A. Curry Calvillo (MSBN 104367)
>The Rollins Law Firm, PLLC
>PO Box 13767
>Jackson, MS 39236
>601-500-5533
>trollins@therollinsfirm.com

## **CERTIFICATE OF SERVICE**

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the foregoing Pre-Status Conference Report was forwarded on January 5, 2026, to:

By Electronic CM/ECF Notice:

    Craig M. Geno, Chapter 11 Trustee

    U.S. Trustee

    Abigail M. Marbury, on behalf of the U.S. Trustee United States Trustee

    Jeff D. Rawlings, on behalf of Creditor The Citizens National Bank of Meridian

    Sarah Beth Wilson, on behalf of Creditor Community Bank