_____



**SO ORDERED,**

*/s/ Katharine M. Samson*

**Judge Katharine M. Samson**
United States Bankruptcy Judge
Date Signed: January 6, 2026

The Order of the Court is set forth below. The docket reflects the date entered.
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Rose Rental Properties, LLC, Debtor         Case No. 25-03091-KMS
                                                      CHAPTER 11

## ORDER AUTHORIZING EMPLOYMENT OF COUNSEL
(Dkt. #40)

THIS CAUSE came before the Court on the Debtor's Application to Employ The Rollins Law Firm, PLLC as counsel for the Debtor-in-Possession. Having reviewed the Application and the accompanying Verified Statement, and being otherwise fully advised in the premises, the Court finds that The Rollins Law Firm, PLLC does not hold or represent an interest adverse to the estate, is a disinterested person within the meaning of 11 U.S.C. § 101(14), and that its employment is necessary and in the best interests of the Debtor and the estate. The Court further finds that the terms of employment, including the advance-payment retainer, are reasonable.

IT IS THEREFORE ORDERED AND ADJUDGED that the Application is hereby GRANTED, and the Debtor is authorized to employ The Rollins Law Firm, PLLC as counsel effective as of the petition date. The Firm shall be compensated upon application and approval in accordance with 11 U.S.C. §§ 330 and 331, and the $20,000 advance-payment retainer described in the Application is hereby approved.

#END OF ORDER#

Submitted by:
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533
trollins@therollinsfirm.com