IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     ROSE RENTAL PROPERTIES, LLC            CHAPTER 11
              Debtor                                                    CASE NO. 25-03091-JAW

### CERTIFICATE OF SERVICE

I, Craig M. Geno, do hereby certify that I have caused to be served this date, via email transmission and/or U.S. Mail, postage prepaid, a true and correct copy of the *Motion to Require Escrowed Subchapter V Trustee Payments* and the *Notice* in connection with same (copies of which are attached hereto as collective Exhibit "A") to all creditors and parties-in-interest as listed on the matrix on file with the Clerk of the Court (a copy of which is attached hereto as Exhibit "B").

THIS, the 6th day of January, 2026.

/s/ Craig M. Geno
Craig M. Geno

OF COUNSEL:

Craig M. Geno; MSB No. 4793
LAW OFFICES OF GENO AND STEISKAL, PLLC
601 Renaissance Way
Suite A
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com

N:\Firm Data\Users\Bankrupt\Subchapter V Cases\Rose Rental Properties, LLC\Pleadings\COS - Mot to Require Escrowed SubV Trustee Payments 10-16-25.wpd

# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  ROSE RENTAL PROPERTIES, LLC                          CHAPTER 11
        Debtor                                                     CASE NO. 25-03091-JAW

## NOTICE

NOTICE IS HEREBY GIVEN that Craig M. Geno, the Subchapter V Trustee herein has filed his *Motion to Require Escrowed Subchapter V Trustee Payments* (the "Motion"), a copy of which is attached hereto as Exhibit "A."

PLEASE TAKE FURTHER NOTICE that all creditors and parties-in-interest wishing to object to the Motion must file a written objection or other responsive pleading within **twenty-one (21) days** from and after the date of this Notice, with the Clerk of the Court, Mr. Danny L. Miller, the Clerk of the U. S. Bankruptcy Court, Southern District of Mississippi, Thad Cochran U.S. Courthouse, 501 E. Court Street, Suite 2.300, Jackson, MS 39201, and a copy of any objection must be served upon Craig M. Geno, Esq., Subchapter V Trustee, Law Offices of Geno and Steiskal, PLLC, at 601 Renaissance Way, Suite A, Ridgeland, MS 39157. Attorneys and other registered users of the Case Management/Electronic Case Filing (CM/ECF) system shall file any such objection electronically. In the event an objection to this Motion is filed, it will be scheduled for hearing in due course.

DATED, this the 6th day of January, 2026.

Respectfully submitted,

CRAIG M. GENO, SUBCHAPTER V TRUSTEE

By His Attorneys,

LAW OFFICES OF GENO AND STEISKAL, PLLC

By: /s/ Craig M. Geno
     Craig M. Geno

OF COUNSEL:

Craig M. Geno; MSB No. 4793
LAW OFFICES OF GENO AND STEISKAL, PLLC
601 Renaissance Way
Suite A
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com

N:\Firm Data\Users\Bankrupt\Subchapter V Cases\Rose Rental Properties, LLC\Pleadings\Notice - Mot to Require Escrowed SubV Trustee Payments 10-16-25.wpd

# EXHIBIT "A"

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     ROSE RENTAL PROPERTIES, LLC     CHAPTER 11
             Debtor     CASE NO. 25-03091-JAW

## MOTION TO REQUIRE ESCROWED SUBCHAPTER V TRUSTEE PAYMENTS

COMES NOW Craig M. Geno, the Subchapter V Trustee in the above styled and numbered case (the "Trustee"), and files this his *Motion to Require Escrowed Subchapter V Trustee Payments* (the "Motion"), and in support thereof, would respectfully show unto this Honorable Court as follows, to-wit:

1. The Trustee has been appointed as the Subchapter V Trustee in this Chapter 11 case.

2. There is no statutory requirement for the debtor-in-possession in a Subchapter V case to pay, or even escrow, fees and expenses of the trustee (or any trustee for that matter) while the case is pending and before entry of an order on confirmation of a plan.

3. In many instances, Subchapter V cases end up being dismissed, or converted to a case under Chapter 7, with no funds being paid to the Subchapter V trustee.

4. In addition, a number of Subchapter V cases are filed that simply are not going to be able to submit a feasible Chapter 11 plan, and the earlier the parties in the case know that, the better off everyone will be.

5. Bearing all of these considerations in mind, the Trustee moves the Court for an order requiring the Debtor to begin, immediately, depositing the sum of $1,000 per month with the Trustee, to be held in escrow, pending an application for compensation and notice and a hearing in connection with such application. The escrowed funds will be used to defray the Trustee's compensation, if any. Payments should cease when the payments total $5,000, but may be resumed

**EXHIBIT "A"**

upon further order of the Court. In addition, these escrow payments should be shown and reported in the Debtor's monthly operating reports.

6. In the event the Debtor cannot afford to escrow $1,000 per month, or in the event the Debtor (or its equity security holders) are unwilling or unable to come up with $1,000 per month to fund an escrow, then the parties should know that sooner rather than later and take such action as necessary.

7. Other courts around the country have granted similar motions in Subchapter V cases (although at least one court has declined to do so) and some courts either have pending local rules or standing orders requiring such retainers to be paid, subject to the fee application, notice and a hearing process.

8. Other grounds to be assigned upon a hearing hereof.

WHEREFORE, PREMISES CONSIDERED, the Trustee respectfully prays that upon a hearing hereof, this Honorable Court will enter its order granting the Motion. The Trustee prays for general relief.

THIS, the ____ day of January, 2026.

Respectfully submitted,

CRAIG M. GENO, SUBCHAPTER V TRUSTEE

By His Attorneys,

LAW OFFICES OF GENO AND STEISKAL, PLLC

By: _____
Craig M. Geno

OF COUNSEL:

Craig M. Geno; MSB No. 4793
LAW OFFICES OF GENO AND STEISKAL, PLLC
601 Renaissance Way
Suite A
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com

N:\Firm Data\Users\Bankrupt\Subchapter V Cases\Rose Rental Properties, LLC\Pleadings\Mot to Require Escrowed SubV Trustee Payments 10-16-25.wpd

## CERTIFICATE OF SERVICE

I, Craig M. Geno, do hereby certify that I have caused to be served this date, via electronic filing transmission, a true and correct copy of the above and foregoing to the following:

Abigail M. Marbury, Esq.
Assistant United States Trustee
abigail.m.marbury@usdoj.gov

THIS, the 6th day of January, 2026.

_____
Craig M. Geno

-3-

```
Label Matrix for local noticing          ADRIANNE NEWSOME***               ASIA BASS***
0538-3                                    251 MAXINE DR                    832 SUSSEX PLACE
Case 25-03091-KMS                         PEARL, MS 39208-4912             RIDGELAND, MS 39157-1232
Southern District of Mississippi
Jackson-3 Divisional Office
Mon Jan  5 15:12:36 CST 2026

American Express                          CHANNING JONES***                CHRISTY MUNRO***
P.O. Box 981537                           689 WEST DR                      632 RALDE CIR
El Paso, TX 79998-1537                    RIDGELAND, MS 39157-4612         RIDGELAND, MS 39157-3921


(p)CITIZENS NATIONAL BANK                 Community Bank                   EMILY HARDEN***
P O BOX 911                               PO Box 59                        801 PLANTERS POINT
MERIDIAN MS 39302-0911                    Forest, MS 39074-0059            CANTON, MS 39046-9467


Craig M. Geno                             HINDS CO TAX COLLECTOR           Hinds County Tax Collector
Law Offices of Craig M. Geno, PLLC        P.O. BOX 1727                    316 South President Street
601 Renaissance Way                       JACKSON, MS 39215-1727           Jackson MS 39201-4801
Suite A
Ridgeland, MS 39157-6038


Internal Revenue Servi                    Internal Revenue Servi           (p)INTERNAL REVENUE SERVICE
Centralized Insolvency                    c/o US Attorney                  CENTRALIZED INSOLVENCY OPERATIONS
P.O. Box 7346                             501 East Court St                PO BOX 7346
Philadelphia, PA 19101-7346               Ste 4.430                        PHILADELPHIA PA 19101-7346
                                          Jackson, MS 39201-5025


Jeff D. Rawlings, Esq.                    KRISTIE RANCE***                 King & Spencer
Rawlings & MacInnis, P.A⟩                 928 GARVIN ST                    for Community Bank
Counsel for The Citizens National Bank    JACKSON, MS 39206-5090           1855 Crane Ridge Dr
P.O. Box 1789                                                              Ste D
Madison, MS 39130-1789                                                     Jackson, MS 39216-4944


MADISON CO TAX COLL***                    MS Dept of Revenue               (p)MISSISSIPPI STATE TAX COMMISSION
P.O. BOX 113                              Bankruptcy Section               P O BOX 22808
CANTON, MS 39046-0113                     PO Box 22808                     JACKSON MS 39225-2808
                                          Jackson, MS 39225-2808


Abigail M. Marbury                        RANKIN CO TAX COLLE***           Jeff D. Rawlings
Office of the U.S. Trustee                211 E GOVERNMENT ST              Rawlings & MacInnis, P.A.
501 E Court Street Suite 6-430            BRANDON, MS 39042-3269           P.O. Box 1789
Jackson, MS 39201-5022                                                     Madison, MS 39130-1789


Rawlings & MacInnis                       Thomas Carl Rollins Jr           Rose Rental Properties, LLC
for Citizens National                     The Rollins Law Firm, PLLC       1920 Bellewood Rd
P.O. Box 1789                             PO BOX 13767                     Jackson, MS 39211-5705
Madison, MS 39130-1789                    Jackson, MS 39236-3767


Sarah Beth Wilson, Esq.                   U.S. Attorney S.D. Mississippi   U.S. Attorney S.D. Mississippi
Phelps Dunbar, LLP                        c/o Internal Revenue Service     c/o U.S. Securities and Exchange Commiss
Counsel for Community Bank                501 E. Court Street, Ste. 4.430  501 E. Court Street, Ste. 4.430
1905 Community Bank Way, Suite 200        Jackson, MS 39201-5025           Jackson, MS 39201-5025
Flowood, MS 39232-1249
```

**EXHIBIT "B"**

| | | |
|---|---|---|
| U.S. Securities and Exchange Commission<br>Office of Reorganization<br>950 East Paces Ferry Road, Suite 900<br>Atlanta, GA 30326-1382 | US Attorney General<br>US Dept of Justice<br>950 Pennsylvania AveNW<br>Washington, DC 20530-0001 | United States Trustee<br>501 East Court Street<br>Suite 6-430<br>Jackson, MS 39201-5022 |
| Sarah Beth Wilson<br>Phelps Dunbar LLP<br>1905 Community Bank Way, Suite 200<br>P. O. Box 320159<br>Flowood, MS 39232-0159 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Citizens National Bank<br>512 22nd Ave<br>Meridian, MS 39301 | (d)Citizens National Bank<br>512 22nd Ave<br>Meridian, MS 39301 | Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 |
| MS State Tax Commission<br>Bankruptcy Section<br>P.O. Box 23338<br>Jackson, MS 39225 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Community Bank<br>PO Box 59<br>Forest, MS 39074-0059 | (d)Hinds Co Tax Collector<br>P.O. Box 1727<br>Jackson, MS 39215-1727 | (u)The Citizens National Bank of Meridian |

End of Label Matrix
Mailable recipients    33
Bypassed recipients     3
Total                  36