IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   **ROSE RENTAL PROPERTIES, LLC**                **CHAPTER 11**
         **Debtor**                                     **CASE NO. 25-03091-JAW**

### ANSWER AND RESPONSE IN SUPPORT OF TO MOTION FOR AUTHORITY TO USE CASH COLLATERAL, FOR ENTRY OF INTERIM AND FINAL ORDERS, AND FOR EXPEDITED HEARING

COMES NOW Craig M. Geno, the appointed Subchapter V Trustee in the above styled and numbered case (the "Trustee"), and files this his Answer and Response in Support of the *Motion for Authority to Use Cash Collateral, for Entry of Interim and Final Orders, and for Expedited Hearing* (the "Motion") **[DK #13]**, filed herein by Rose Rental Properties, LLC (the "Debtor") and would respectfully show as follows, to-wit:

1. At this early stage in this Subchapter V reorganization case, the Trustee does not have a reason to oppose the use of cash collateral as requested by the Debtor, so long as there are controls in place with respect to the budget submitted by the Debtor and the Debtor strictly complies with reporting requirements and deadlines.

2. Denying the use of cash collateral would create confusion with respect to the rented properties and, to the extent any properties are already "contracted" for Airbnb rentals, it would be unfair to the prospective renters for their rental unit they have contracted for to become unavailable, through no fault of their own.

3. However, any order granting the use of cash collateral should contain strict compliance requirements with respect to any reporting requirements of the secured creditors, the U.S. Trustee and the Bankruptcy Code, with appropriate sanctions for failure to comply.

4. Other grounds to be assigned upon a hearing hereof.

WHEREFORE, PREMISES CONSIDERED, the Trustee respectfully prays that upon a hearing hereof, this Honorable Court will enter its order granting the Motion consistent with this response. The Trustee prays for general relief.

THIS, the 14TH day of January, 2026.

Respectfully submitted,

CRAIG M. GENO, SUBCHAPTER V TRUSTEE

By His Attorneys,

LAW OFFICES OF GENO AND STEISKAL, PLLC

By: _____
Craig M. Geno

OF COUNSEL:

Craig M. Geno; MSB No. 4793
LAW OFFICES OF GENO AND STEISKAL, PLLC
601 Renaissance Way
Suite A
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com

N:\Firm Data\Users\Bankrupt\Subchapter V Cases\Rose Rental Properties, LLC\Pleadings\Ans,Resp re Debtor's Mot to Use CC 1-14-26.wpd

## CERTIFICATE OF SERVICE

I, Craig M. Geno, do hereby certify that I have caused to be served this date, via electronic filing transmission, a true and correct copy of the above and foregoing to the following:

Abigail M. Marbury, Esq.
Assistant United States Trustee
abigail.m.marbury@usdoj.gov

Thomas C. Rollins, Jr., Esq.
trollins@therollinsfirm.com

THIS, the 14TH day of January, 2026.

_____
Craig M. Geno