# Proceeding Minutes / Proceeding Memo

**Case #:** 25-03091　**Case Name:** Rose Rental Properties, LLC

**Set:** 01/21/2026 09:30 am　**Chapter:** 11　**Type:** bk　**Judge** Katharine M. Samson

**matter** Motion to Use Cash Collateral Filed by Debtor In Possession Rose Rental Properties, LLC (Attachments: # 1 Exhibit A # 2 Proposed Order)  (Dkt. #13)

Objection filed by The Citizens National Bank of Meridian (Dkt. #28)

Objection filed by Community Bank (Dkt. #33)

Limited Response filed by the U.S. Trustee (Dkt. #34)

Answer and Response in Support of Motion filed by Subchapter V Trustee (Dkt. #80)

---

Minute Entry Re: (related document(s): [13] Motion to Use Cash Collateral filed by Rose Rental Properties, LLC) Parties to submit an Interim Order. Order due by 02/04/2026. A final hearing date will be set during a telephonic call. (mcc)