# Proceeding Minutes / Proceeding Memo

**Case #:** 25-03091  **Case Name:** Rose Rental Properties, LLC

**Set:** 01/21/2026 09:30 am  **Chapter:** 11  **Type:** bk  **Judge** Katharine M. Samson

**matter** Motion to Prohibit Use of Cash Collateral Filed by Creditor The Citizens National Bank of Meridian  (Dkt. #9)

Response filed by the Debtor In Possession (Dkt. #15)

---

Minute Entry Re: (related document(s): [9] Motion to Prohibit Cash Collateral filed by The Citizens National Bank of Meridian) Parties to submit an Interim Order. Order due by 02/04/2026. A final hearing date will be set during a telephonic call. (mcc)