(Rev. 11/19/24)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

ROSE RENTAL PROPERTIES, LLC            CASE NO. 25-03091 KMS

**DEBTOR .**            **CHAPTER 11**

## NOTICE CONVERTING STATUS CONFERENCE TO TELEPHONIC

    The Chapter 11 Subchapter V Status Conference scheduled January 21, 2026 will be held telephonically at the time provided on the hearing notice.   <u>All</u> participants must dial into the conference line at least **10 minutes** before the scheduled hearing time.

    Conference line number and access code:   833-990-9400 or 571-353-2301
Access Code 1059329

Dated: January 20, 2026            Danny L. Miller
                                                   Clerk of Court