_____



SO ORDERED,

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: January 20, 2026

The Order of the Court is set forth below. The docket reflects the date entered.
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Rose Rental Properties, LLC, Debtor         Case No. 25-03091-JAW
                                                      CHAPTER 11

### ORDER APPROVING EMPLOYMENT OF REALTOR

This matter came before the Court on the Debtor's Motion to Employ Victoria Prowant as real estate broker, and finding such employment is in the best interests of the estate, hereby orders (Dk # __64__).

IT IS THEREFORE ORDERED:

1. The Debtor is authorized to employ Victoria Prowant, Broker/Owner of Southern Homes Real Estate, pursuant to 11 U.S.C. § 327(a).
2. Employment is approved on a contingent, non-exclusive basis, and no listing obligation arises unless the Debtor affirmatively elects to list a specific property.
3. Compensation shall be commission-based only (2.5%) and payable solely from sale proceeds pursuant to further order of this Court.
4. This Order does not authorize the sale of any property, which shall require separate Court approval.

#END OF ORDER#

Prepared by:

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
The Rollins Law Firm, PLLC
PO Box 13767
Jackson, MS 39236
601-500-5533
trollins@therollinsfirm.com