**Fill in this information to identify the case:**

Debtor Name  Rose Rental Properties LLC

United States Bankruptcy Court for the: Southern District of Mississippi

Case number:  25-03091

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11    12/17

Month:            December

Date report filed: 01/20/2026
MM / DD / YYYY

Line of business:  Lessors of Residential and

NAISC code:       531110

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:            Jerrick W Rose

Original signature of responsible party    *Jerrick W. Rose*

Printed name of responsible party         Jerrick W Rose

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.***

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☑ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☑ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☑ | | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Rose Rental Properties LLC                                    Case number  25-03091

17.  Have you paid any bills you owed before you filed bankruptcy?                ☐  ☑  ☐

18.  Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ☐  ☑  ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ -364.92

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ 18,620.69

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

− $ 10,659.32

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ 7,961.37

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

= $ 7,596.45

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**                                                           $ 0.00

*(Exhibit E)*

Debtor Name  Rose Rental Properties LLC                              Case number 25-03091

---

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                        $ ____0____

   *(Exhibit F)*

---

## 5. Employees

26. What was the number of employees when the case was filed?                                    ____0____

27. What is the number of employees as of the date of this monthly report?                       ____0____

---

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?      $ ___0.00___

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ ___0.00___

30. How much have you paid this month in other professional fees?                                $ __3,461.58__

31. How much have you paid in total other professional fees since filing the case?               $ __3,461.58__

---

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | *Column A*<br>**Projected**<br><br>Copy lines 35-37 from the previous month's report. |  | *Column B*<br>**Actual**<br><br>Copy lines 20-22 of this report. |  | *Column C*<br>**Difference**<br><br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ ____NA____ | − | $ __18,620.69__ | = | $ ____NA____ |
| 33. **Cash disbursements** | $ ____NA____ | − | $ __10,659.32__ | = | $ ____NA____ |
| 34. **Net cash flow** | $ ____NA____ | − | $ __7,961.37__ | = | $ ____NA____ |

35. Total projected cash receipts for the next month:                                           $28,500

36. Total projected cash disbursements for the next month:                                       − $13,265

37. Total projected net cash flow for the next month:                                            = $15,235

---

Debtor Name  Rose Rental Properties LLC

Case number  25-03091

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [✔] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

- [ ] 39. Bank reconciliation reports for each account.

- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

- [ ] 41. Budget, projection, or forecast reports.

- [ ] 42. Project, job costing, or work-in-progress reports.

**Exhibit A.**

5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts?
   **Answer:** No
   **Explanation:**
   Operations are temporarily being conducted through the Community Bank business operating account ending in 1834. A DIP account is in process and will be opened with Regions Bank promptly once proof of filing is provided to the bank.

6. Have you timely filed your tax returns and paid all of your taxes?
   **Answer:** No
   **Explanation:**
   The 2024 tax return was filed late with an extension and is currently processing. All prior years' tax returns have been filed. The 2025 return will be filed in a timely manner.

**Exhibit B.**

10. Do you have any bank accounts open other than the DIP accounts?
    **Answer:** Yes
    **Explanation:**
    The debtor is operating through a Community Bank business operating account ending in 1834 pending the opening of a DIP account.

15. Have you borrowed money from anyone or have anyone made any payments on your behalf?
    **Answer:** Yes
    **Explanation:**
    Owner ,Jerrick W Rose, loaned $5,000.00 to Rose Rental Properties LLC to ensure payroll/labor/property management expenses could be covered without financial strain. This loan, along with a $20,000.00 loan, for legal expenses, is expected to be reimbursed to the owner as soon as it is financially feasible.

| Transaction | Posting Date | Effective Date | Transaction | Amount | Description | Type |
|---|---|---|---|---|---|---|
| 20251231 | | 12/31/25 | Credit | $ 3,604.00 | AIRBNB 4977 AIRBNB | ACH |
| 20251230 | | 12/30/25 | Credit | $ 482.47 | AIRBNB 4977 AIRBNB | ACH |
| 20251229 | | 12/29/25 | Credit | $ 1,150.00 | 251 Maxine Deposit | ACH |
| 20251229 | | 12/29/25 | Credit | $ 0.01 | AIRBNB 4977 AIRBNB | ACH |
| 20251226 | | 12/26/25 | Credit | $ 1,914.05 | AIRBNB 4977 AIRBNB | ACH |
| 20251223 | | 12/23/25 | Credit | $ 451.05 | AIRBNB 4977 AIRBNB | ACH |
| 20251222 | | 12/22/25 | Credit | $ 269.11 | AIRBNB 4977 AIRBNB | ACH |
| 20251215 | | 12/15/25 | Credit | $ 1,150.00 | 2361B River Oaks Deposit | Credit/Deposit Transactions |
| 20251215 | | 12/15/25 | Credit | $ 1,150.00 | 928 Garvin Deposit | Credit/Deposit Transactions |
| **20251212** | | **12/12/25** | **Credit** | **$ 5,000.00** | **LOAN:TO BE PAID BACK(JERRICK W ROSE** | **Credit/Deposit Transactions** |
| 20251209 | | 12/9/25 | Credit | $ 1,200.00 | 832 Sussex Rent Payment | ACH |
| 20251205 | | 12/5/25 | Credit | $ 1,150.00 | 2069 Murray Dr. Rent | Credit/Deposit Transactions |
| 20251205 | | 12/5/25 | Credit | $ 1,100.00 | 801 Planters Rent | Credit/Deposit Transactions |

| Posting Date | Effective Date | Transaction | Amount | Check Num | Description | Type |
|---|---|---|---|---|---|---|
| 12/31/25 | 12/31/25 | Check | $ (764.35) | 1247 | Cleaner:Tawanna Womack | Check |
| 12/26/25 | 12/26/25 | Check | $ (931.28) | 1249 | Cleaner:Kristie Rance | Check |
| 12/26/25 | 12/26/25 | Debit | $ (81.96) | | ENTERGY MISSISSI | ACH |
| 12/24/25 | 12/24/25 | Check | $ (420.00) | 1250 | Inclearing Fed POD DDA Debit #1250 | Check |
| 12/24/25 | 12/24/25 | Debit | $ (288.57) | | AMERICAN EXPRESS PARTIAL PAYMENT | ACH |
| 12/23/25 | 12/23/25 | Check | $ (275.00) | 1246 | Landscaping:Antonio Anderson | Check |
| 12/23/25 | 12/23/25 | Debit | $ (30.00) | | PEARL RIVER VALLEY WATER AND SEWER | ACH |
| 12/22/25 | 12/22/25 | Debit | $ (45.23) | | COMCAST-XFINITY CABLE SVCS | ACH |
| 12/18/25 | 12/18/25 | Debit | $ (115.00) | | INTUIT *   QBooks | ACH |
| 12/17/25 | 12/17/25 | Debit | $ (43.26) | | CITY-PEARL   WATER BILL | ACH |
| 12/15/25 | 12/15/25 | Check | $ (3,461.58) | 1272 | Property Management: Suitable Living | Check |
| 12/15/25 | 12/15/25 | Check | $ (350.00) | 1271 | Maintenance:Christopher Davis | Check |
| 12/15/25 | 12/15/25 | Debit | $ (288.57) | | AMERICAN EXPRESS PARTIAL PAYMENT | ACH |
| 12/12/25 | 12/12/25 | Check | $ (294.00) | 1275 | Cleaner:Tawanna Womack | Check |
| 12/12/25 | 12/12/25 | Check | $ (1,216.11) | 1274 | Maintenance: Kristie Rance (Valyn Ellis) | Check |
| 12/12/25 | 12/12/25 | Debit | $ (55.58) | | COMCAST-XFINITY CABLE SVCS | ACH |
| 12/10/25 | 12/10/25 | Debit | $ (119.41) | | ENTERGY MISSISSI | ACH |
| 12/10/25 | 12/10/25 | Debit | $ (85.67) | | ENTERGY MISSISSI | ACH |
| 12/9/25 | 12/9/25 | Debit | $ (118.22) | | ENTERGY MISSISSI | ACH |
| 12/9/25 | 12/9/25 | Debit | $ (55.58) | | COMCAST-XFINITY CABLE SVCS | ACH |
| 12/9/25 | 12/9/25 | Debit | $ (55.58) | | COMCAST-XFINITY CABLE SVCS | ACH |
| 12/8/25 | 12/8/25 | Debit | $ (108.41) | | ENTERGY MISSISSI | ACH |
| 12/8/25 | 12/8/25 | Debit | $ (75.70) | | ENTERGY MISSISSI | ACH |
| 12/8/25 | 12/8/25 | Debit | $ (67.07) | | ENTERGY MISSISSI | ACH |
| 12/8/25 | 12/8/25 | Debit | $ (64.92) | | ENTERGY MISSISSI | ACH |
| 12/8/25 | 12/8/25 | Debit | $ (55.58) | | COMCAST-XFINITY CABLE SVCS | ACH |
| 12/8/25 | 12/8/25 | Debit | $ (55.58) | | COMCAST-XFINITY CABLE SVCS | ACH |
| 12/8/25 | 12/8/25 | Debit | $ (55.58) | | COMCAST-XFINITY CABLE SVCS | ACH |
| 12/8/25 | 12/8/25 | Debit | $ (55.58) | | COMCAST-XFINITY CABLE SVCS | ACH |
| 12/8/25 | 12/8/25 | Debit | $ (55.00) | | COMCAST-XFINITY CABLE SVCS | ACH |
| 12/8/25 | 12/8/25 | Debit | $ (51.05) | | COMCAST-XFINITY CABLE SVCS | ACH |
| 12/5/25 | 12/5/25 | Debit | $ (689.90) | | STATE FARM RO 27CPC-CLIENT | ACH |
| 12/5/25 | 12/5/25 | Debit | $ (43.51) | | CITY-FLOWOOD  UTILITY DD | ACH |
| 12/5/25 | 12/5/25 | Debit | $ (39.32) | | CITY-FLOWOOD  UTILITY DD | ACH |

| | | | | | |
|---|---|---|---|---|---|
| 12/5/25 | 12/5/25 | Debit | $ (35.58) | CITY-FLOWOOD  UTILITY DD | ACH |
| 12/5/25 | 12/4/25 | Debit | $ (35.00) | Overdraft Returned Item Fee | Fees |
| 12/5/25 | 12/4/25 | Debit | $ (35.00) | Overdraft Returned Item Fee | Fees |
| 12/5/25 | 12/4/25 | Debit | $ (35.00) | Overdraft Returned Item Fee | Fees |



**COMMUNITY BANK**

PO BOX 2019 | BRANDON, MS 39043



Banking that means
**BUSINESS**

The tools and
expertise your
company needs
to grow

Learn how on
Community Bank can
help your business thrive
at communitybank.net

Rose Rental Properties LLC
Debtor in Possession Case 25-03091
872 Foley St
Jackson MS 39202-3404

## Activity Summary

XXXXXXX1834
Community Business
Checking

| | | | |
|---|---|---|---|
| Previous Balance | $29.34 | Number of Enclosures | 13 |
| Deposits/Credits (13) | $18,620.69 | Days in the Statement Period | 31 |
| Checks/Debits (39) | $10,659.32 | Average Ledger | $2,755.42 |
| Total Service Charges | $0.00 | Average Collected | $2,144.13 |
| Interest Paid | $0.00 | | |
| Current Balance | $7,990.71 | | |

Ending
Balance
$7,990.71

| | |
|---|---|
| ■ Debits | $10,659.32 |
| ■ Credits | $18,620.69 |

| | | Total For This Period | Total Year-To-Date |
|---|---|---|---|
| Total Overdraft Fees (Paid Item Fees) | | $0.00 | $234.89 |
| Total Overdraft Fees (Return Item Fees) | | $105.00 | $595.00 |

## Statement of Account
December 01 thru December 31, 2025

### Activity in Date Order

| Date | Description | Amount $ |
|---|---|---|
| 12/03 | Rocket Money   Premium *CCD* TR#█████5630 ST-█████Z7B4 25/12/03 CO ID:██████8598 | -6.59 |
| 12/05 | Regular Deposit ████████ | 1,100.00 CR |
| 12/05 | Regular Deposit | 1,150.00 CR |
| 12/05 | Overdraft Returned Item Fee | -35.00 |
| 12/05 | Overdraft Returned Item Fee | -35.00 |
| 12/05 | Overdraft Returned Item Fee | -35.00 |
| 12/05 | CITY-FLOWOOD   UTILITY DD *PPD* TR#████████8364 25/12/05 CO ID:██████9236 | -35.58 |
| 12/05 | CITY-FLOWOOD   UTILITY DD *PPD* TR#████████8365 25/12/05 CO ID:██████9236 | -39.32 |

MEMBER FDIC

| 12/05 | CITY-FLOWOOD     UTILITY DD *PPD* TR#█████████8366 25/12/05 CO ID:█████9236 | -43.51 |
| 12/05 | STATE FARM RO 27CPC-CLIENT *CCD* TR#█████0549 09 J ████8261 25/12/05 CO ID:█████3004 | -689.90 |
| 12/08 | COMCAST-XFINITY CABLE SVCS *PPD* TR#█████3108 25/12/08 CO ID:████3249 | -51.05 |
| 12/08 | COMCAST-XFINITY RETRY PYMT *PPD* TR#█████1924 25/12/08 CO ID:████3249 | -55.00 |
| 12/08 | COMCAST-XFINITY CABLE SVCS *PPD* TR#█████2697 25/12/08 CO ID:████3249 | -55.58 |
| 12/08 | COMCAST-XFINITY CABLE SVCS *PPD* TR#████2784 25/12/08 CO ID:████249 | -55.58 |
| 12/08 | COMCAST-XFINITY CABLE SVCS *PPD* TR#████2914 25/12/08 CO ID:████3249 | -55.58 |
| 12/08 | COMCAST-XFINITY CABLE SVCS *PPD* TR#████3103 25/12/08 CO ID:████3249 | -55.58 |
| 12/08 | ENTERGY MISSISSIBANK DRAFT *PPD* TR#████4312 25/12/08 CO ID:████5830 | -64.92 |
| 12/08 | ENTERGY MISSISSIBANK DRAFT *PPD* TR#████8041 25/12/08 CO ID:████5830 | -67.07 |
| 12/08 | ENTERGY MISSISSIBANK DRAFT *PPD* TR#████4293 25/12/08 CO ID:████5830 | -75.70 |
| 12/08 | ENTERGY MISSISSIBANK DRAFT *PPD* TR#████4291 25/12/08 CO ID:████5830 | -108.41 |
| 12/09 | VENMO            CASHOUT *PPD* TR#████████5174 25/12/09 CO ID:████1992 | 1,200.00 CR |
| 12/09 | COMCAST-XFINITY CABLE SVCS *PPD* TR#████0979 25/12/09 CO ID:████3249 | -55.58 |
| 12/09 | COMCAST-XFINITY CABLE SVCS *PPD* TR#████01058 25/12/09 CO ID:████3249 | -55.58 |
| 12/09 | ENTERGY MISSISSIBANK DRAFT *PPD* TR#████4569 25/12/09 CO ID:████5830 | -118.22 |
| 12/10 | ENTERGY MISSISSIRETRY PYMT *PPD* TR#████0699 25/12/10 CO ID:████5830 | -85.67 |
| 12/10 | ENTERGY MISSISSIRETRY PYMT *PPD* TR#████0697 25/12/10 CO ID:████5830 | -119.41 |
| 12/12 | Regular Deposit | 5,000.00 CR |
| 12/12 | COMCAST-XFINITY CABLE SVCS *PPD* TR#████37026 25/12/12 CO ID:████3249 | -55.58 |
| 12/15 | Regular Deposit | 1,150.00 CR |
| 12/15 | Regular Deposit | 1,150.00 CR |
| 12/15 | AMERICAN EXPRESSLOAN PMT *CCD* TR#████2945 ████2096 25/12/15 CO ID:████5526 | -288.57 |
| 12/17 | CITY-PEARL       WATER BILL *PPD* TR#████1551 25/12/17 CO ID:████3058 | -43.26 |
| 12/18 | INTUIT *         QBooks Onl *CCD* TR#████7880 ████9464 25/12/18 CO ID:████6346 | -115.00 |
| 12/22 | AIRBNB 4977      AIRBNB *PPD* TR#████1134 25/12/22 CO ID:████5559 TRN*█████BPG5\ | 269.11 CR |
| 12/22 | COMCAST-XFINITY CABLE SVCS *PPD* TR#████9317 25/12/22 CO ID:████3249 | -45.23 |
| 12/23 | AIRBNB 4977      AIRBNB *PPD* TR#████7366 25/12/23 CO ID:████5559 TRN*█████TOVU\ | 451.05 CR |
| 12/23 | PRVWSD           BANK DRAFT *PPD* TR#████60847 25/12/23 CO ID:████2235 | -30.00 |

| | | | |
|---|---|---|---:|
| 12/24 | AMERICAN EXPRESS LOAN PMT *CCD* TR#091000016137467 ████9894 25/12/24 CO ID█████9526 | | -288.57 |
| 12/26 | AIRBNB 4977     AIRBNB *PPD* TR#████4313 25/12/26 CO ID:████5559 TRN*███████NAVC\ | | 1,914.05 CR |
| 12/26 | ENTERGY MISSISSIBANK DRAFT *PPD* TR#████8600 25/12/26 CO ID:████5830 | | -81.96 |
| 12/29 | AIRBNB 4977     AIRBNB *PPD* TR#████1532 25/12/29 CO ID:████5559 TRN*█████CNRE\ | | 0.01 CR |
| 12/29 | VENMO         CASHOUT *PPD* TR#████6644 25/12/29 CO ID#████1992 | | 1,150.00 CR |
| 12/30 | AIRBNB 4977     AIRBNB *PPD* TR#████6265 25/12/30 CO ID:████5559 TRN*████6364\ | | 482.47 CR |
| 12/31 | AIRBNB 4977     AIRBNB *PPD* TR#████6711 25/12/31 CO ID:████5559 TRN*████63KZ\ | | 3,604.00 CR |

## Checks In Check No. Order

| Date | Check No | Amount | Date | Check No | Amount |
|---|---|---:|---|---|---:|
| 12/23 | 1246 | 275.00 | 12/15 | 1271* | 350.00 |
| 12/31 | 1247 | 764.35 | 12/15 | 1272 | 3,461.58 |
| 12/26 | 1249* | 931.28 | 12/12 | 1274* | 1,216.11 |
| 12/24 | 1250 | 420.00 | 12/12 | 1275 | 294.00 |

* Denotes missing check numbers

## Daily Balance Information

| Date | Balance $ | Date | Balance $ | Date | Balance $ |
|---|---:|---|---:|---|---:|
| 12/01 | 29.34 | 12/12 | 4,914.82 | 12/24 | 2,617.77 |
| 12/03 | 22.75 | 12/15 | 3,114.67 | 12/26 | 3,518.58 |
| 12/05 | 1,359.44 | 12/17 | 3,071.41 | 12/29 | 4,668.59 |
| 12/08 | 714.97 | 12/18 | 2,956.41 | 12/30 | 5,151.06 |
| 12/09 | 1,685.59 | 12/22 | 3,180.29 | 12/31 | 7,990.71 |
| 12/10 | 1,480.51 | 12/23 | 3,326.34 | | |

IN CASE OF ERRORS OR QUESTIONS ABOUT ELECTRONIC TRANSFERS, PLEASE CALL TOLL FREE 1-866-217-3305. You may write to Electronic Banking, 325 Maxey Drive, Brandon, MS  39042.





| | | |
|---|---|---|
| CHECKING | | |

DEPOSITS MADE NOT SHOWN
ON THIS STATEMENT

YOUR "BANK BALANCE"
SHOWN ON THIS STATEMENT    $ _____

| | $ | |
|---|---|---|
| | | |
| | | |
| TOTAL | $ | |

ADD (+)    _____

CHECKS OUTSTANDING NOT SHOWN
ON THIS STATEMENT

TOTAL    $ _____

| CHECK NUMBER OR TO WHOM WRITTEN | | |
|---|---|---|
| | $ | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | $ | |

SUBTRACT (-)    _____

*ACTUAL BALANCE*    $ _____

BALANCE SHOWN ON YOUR CHECKBOOK STUB

$ _____

SUBTRACT ANY SERVICE CHARGES SHOWN ON THIS STATEMENT

(-) _____

CORRECTED CHECKBOOK STUB BALANCE
THIS SHOULD AGREE WITH YOUR ACTUAL BALANCE ABOVE

$ _____

IN THE CASE OF ERRORS OR QUESTIONS ABOUT PREAUTHORIZED OR TELEPHONE TRANSFERS:
If you think your statement or receipt is wrong or if you need more information about a preauthorized or telephone transfer on the statement, write to us or telephone us at the address and/or telephone number listed below as soon as possible.

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:
Only applies to consumer accounts used for personal, family, or household purposes.

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, write to us or telephone us at the address and/or telephone number listed below as soon as possible.

We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1) Tell us your name and account number (if any).
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

PLEASE EXAMINE THIS STATEMENT AT ONCE AND
DIRECT ERRORS, QUESTIONS, OR INQUIRIES TO:
1-866-217-3305
Community Bank of Mississippi
Attn: Electronic Banking
325 Maxey Drive
Brandon, MS 39042