# United States Bankruptcy Court
## Southern District of Mississippi

In re   **Rose Rental Properties, LLC**                                      Case No.   **25-03091**
　　　　　　　　　　　　　　　Debtor(s)                                     Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX - AMENDED

I, the Member-Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **January 15, 2026**　　　　　　　　　　**/s/ Jerrick W Rose**
　　　　　　　　　　　　　　　　　　　　　　　**Jerrick W Rose**/**Member-Manager**
　　　　　　　　　　　　　　　　　　　　　　　Signer/Title

| | | |
|---|---|---|
| ROSE RENTAL PROPERTIES, LLC<br>1920 BELLEWOOD RD<br>JACKSON, MS 39211 | EMILY HARDEN<br>801 PLANTERS POINT<br>CANTON, MS 39046 | PEDIATRIC DENTAL STUDI<br>201 RIVERWIND DR<br>PEARL, MS 39208 |
| THOMAS C. ROLLINS, JR.<br>THE ROLLINS LAW FIRM, PLLC<br>P.O. BOX 13767<br>JACKSON, MS 39236 | HINDS CO TAX COLLECTOR<br>P.O. BOX 1727<br>JACKSON, MS 39215-1727 | RANKIN CO TAX COLLE<br>211 E GOVERNMENT ST<br>BRANDON, MS 39042 |
| ADRIANNE NEWSOME<br>251 MAXINE DR<br>PEARL, MS 39208 | INTERNAL REVENUE SERVI<br>CENTRALIZED INSOLVENCY<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | RAWLINGS & MACINNIS<br>FOR CITIZENS NATIONAL<br>P.O. BOX 1789<br>MADISON, MS 39130 |
| AMERICAN EXPRESS<br>P.O. BOX 981537<br>EL PASO, TX 79998 | INTERNAL REVENUE SERVI<br>C/O US ATTORNEY<br>501 EAST COURT ST<br>STE 4.430<br>JACKSON, MS 39201 | US ATTORNEY GENERAL<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVENW<br>WASHINGTON, DC 20530-0001 |
| ASIA BASS<br>832 SUSSEX PLACE<br>RIDGELAND, MS 39157 | JERRICK W. ROSE<br>1920 BELLEWOOD DR<br>JACKSON, MS 39211 | |
| CHANNING JONES<br>689 WEST DR<br>RIDGELAND, MS 39157 | KING & SPENCER<br>FOR COMMUNITY BANK<br>1855 CRANE RIDGE DR<br>STE D<br>JACKSON, MS 39216-4944 | |
| CHRISTY MUNRO<br>632 RALDE CIR<br>RIDGELAND, MS 39157 | KRISTIE RANCE<br>928 GARVIN ST<br>JACKSON, MS 39206 | |
| CITIZENS NATIONAL BANK<br>512 22ND AVE<br>MERIDIAN, MS 39301 | MADISON CO TAX COLL<br>P.O. BOX 113<br>CANTON, MS 39046 | |
| COMMUNITY BANK<br>PO BOX 59<br>FOREST, MS 39074 | MS DEPT OF REVENUE<br>BANKRUPTCY SECTION<br>PO BOX 22808<br>JACKSON, MS 39225-2808 | |