## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    **Rose Rental Properties, LLC**    **Case No. 25-03091-KMS**
    **, Debtor**    **CHAPTER 11**

TO:    **AFFECTED CREDITORS**:
    Pediatric Dental Studio, 201 Riverwind Dr, Pearl, MS 39208
    Jerrick W. Rose, 1920 Bellewood Dr, Jackson, MS 39211
    **TRUSTEE**:    Craig M. Geno
    **U. S. TRUSTEE**: USTPRegion05.JA.ECF@usdoj.gov

## NOTICE OF AMENDMENT OF SCHEDULES

YOU ARE HEREBY NOTIFIED that the above named debtor(s) has filed with the Bankruptcy Court an Amendment of Schedules (see attached copy of Notice of Meeting of Creditors and amended schedules).

YOU ARE FURTHER NOTIFIED that if you wish to examine the debtor(s) under oath, you must request of the U.S. Trustee an adjourned Meeting of Creditors. Said request must be made within 21 days of the date of this notice. (*Address of U.S. Trustee: United States Courthouse, 501 East Court St., Ste. 6-430, Jackson, MS 39201*)

YOU ARE FURTHER NOTIFIED that the affected creditor(s) has 60 days from the date of this notice to file, with the U.S. Bankruptcy Court, a complaint to determine the dischargeability of a debt under § 523(c), a motion objecting to discharge under § 1328(f) of the Bankruptcy Code or a motion to seek an extension of time for filing a complaint or a motion objecting to discharge.

YOU ARE FURTHER NOTIFIED that should you desire to file an objection to the Plan, you should do so, with the U.S. Bankruptcy Court, within 30 days of the date of this notice in the form of a written pleading.

YOU ARE FURTHER NOTIFIED that any added creditor is given 30 days from the conclusion of the meeting of creditors or 30 days from date of this notice, whichever is later, to file with the U.S. Bankruptcy Court an objection to the debtor(s) list of property claimed as exempt

YOU ARE FURTHER NOTIFIED that any added creditor is given 70 days from the date of this notice to file a proof of claim with the U.S. Bankruptcy Court. A proof of claim may be obtained at www.mssb.uscourts.gov or any bankruptcy clerk's office.
Address of the U.S. Bankruptcy Court may be found on the attached Notice of Chapter 13 Bankruptcy Case.

Date: Thursday, January 15, 2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

# Notice of Chapter 11 Bankruptcy Case
## United States Bankruptcy Court Southern District of Mississippi

---

### *Information to identify the case:*

| | | |
|---|---|---|
| Debtor | **Rose Rental Properties, LLC** | EIN **88–3185788** |
| | Name | |

United States Bankruptcy Court of the Southern District of Mississippi

Case number: **25–03091–KMS**

Date case filed for chapter **11**   **12/4/25**

---

For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 12 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.uscourts.gov).

---

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Cell Phones and other electronic devices are generally not allowed in the courthouses of this District. For more information visit www.mssb.uscourts.gov.**

---

Do not file this notice with any proof of claim or other filing in the case.

| | | |
|---|---|---|
| **1. Debtor's full name** | Rose Rental Properties, LLC | |
| **2. All other names used in the last 8 years** | dba Rose Rental Properties, MS, LLC | |
| **3. Address** | 1920 Bellewood Rd<br>Jackson, MS 39211 | |
| **4. Debtor's attorney**<br>Name and address | Thomas Carl Rollins Jr<br>The Rollins Law Firm, PLLC<br>PO BOX 13767<br>Jackson, MS 39236 | Contact phone 601–500–5533<br>Email trollins@therollinsfirm.com |
| **5. Bankruptcy trustee**<br>Name and address | Craig M. Geno<br>Law Offices of Craig M. Geno, PLLC<br>601 Renaissance Way<br>Suite A<br>Ridgeland, MS 39157 | Contact phone 601–427–0048<br>Email cmgeno@cmgenolaw.com |
| **6. Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.uscourts.gov. | Thad Cochran U.S. Courthouse<br>501 E. Court Street<br>Suite 2.300<br>Jackson, MS 39201 | **Office Hours:**<br>**Monday – Friday 8:00 AM – 5:00PM**<br><br>**Contact phone 601–608–4600**<br><br>**Date: 12/22/25** |

**For more information, see page 2 >**

Official Form 309F2 (Corporations or Partnerships under Subchapter V) (2/20)    **Notice of Chapter 11 Bankruptcy Case**    page 1

Debtor   **Rose Rental Properties, LLC**                                      Case number   **25–03091–KMS**

| | | |
|---|---|---|
| **7.** | **Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath and provide original picture identification. Creditors may attend, but are not required to do so. | **January 23, 2026 at 10:00 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br> **Meeting will be held telephonically, Call in number: 1–888–330–1716, Passcode: 9133095#** |

| | | |
|---|---|
| **8.** | **Proof of claim deadline** | **Deadline for all creditors to file a proof of claim** (except governmental units): **2/12/26** <br> **Deadline for governmental units to file a proof of claim: 6/2/26** <br><br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. <br><br> Your claim will be allowed in the amount scheduled unless: <br> • your claim is designated as *disputed*, *contingent*, or *unliquidated*; <br> • you file a proof of claim in a different amount; or <br> • you receive another notice. <br><br> If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. <br><br> You may review the schedules at the bankruptcy clerk's office or online at www.pacer.uscourts.gov. <br><br> Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |

| | | |
|---|---|
| **9.** | **Exception to discharge deadline** <br> The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below. <br> **Deadline for filing the complaint: 3/24/26** |

| | | |
|---|---|
| **10.** | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |

| | | |
|---|---|
| **11.** | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. The debtor will generally remain in possession of the property and may continue to operate the debtor's business. |

| | | |
|---|---|
| **12.** | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |

**Fill in this information to identify the case:**

Debtor name    **Rose Rental Properties, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF MISSISSIPPI

Case number (if known)    **25-03091**

■ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2.    **Cash on hand** | $0.00

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.   **Community Bank of MS** | **Checking** | 1834 | $0.00 |
| 3.2.   **Venmo** | | | $0.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    | $0.00

### Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit
7.1.

Debtor  **Rose Rental Properties, LLC**                     Case number *(if known)* **25-03091**
Name

Description, including name of holder of deposit

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. _____    _____

9.      **Total of Part 2.**                                    _____
        Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

11a. 90 days old or less:        **4,600.00**    –        **0.00**  = ....        **$4,600.00**
                         face amount             doubtful or uncollectible accounts
                                **Accounts Receivable**

12.     **Total of Part 3.**                                 **$4,600.00**
        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14.     **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____    _____    _____

15.     **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                              % of ownership

15.1. _____    _____ %    _____    _____

16.     **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____    _____    _____

Debtor   **Rose Rental Properties, LLC**                          Case number *(If known)* **25-03091**
_____
Name

17.   **Total of Part 4.**
      Add lines 14 through 16.  Copy the total to line 83.                          [_____]

**Part 5:**   **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.  Go to Part 6.
☐ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.   **Raw materials** | | | | |
| 20.   **Work in progress** | | | | |
| 21.   **Finished goods, including goods held for resale** | | | | |
| 22.   **Other inventory or supplies** | | | | |

23.   **Total of Part 5.**
      Add lines 19 through 22.  Copy the total to line 84.                          [_____]

24.   **Is any of the property listed in Part 5 perishable?**
      ☐ No
      ☐ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
      ☐ No
      ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
      ☐ No
      ☐ Yes

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.  Go to Part 7.
☐ Yes Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 28.   **Crops-either planted or harvested** | | | | |

Debtor   **Rose Rental Properties, LLC**                    Case number *(If known)*  **25-03091**
_____
Name

29.   **Farm animals** *Examples: Livestock, poultry, farm-raised fish*

30.   **Farm machinery and equipment** *(Other than titled motor vehicles)*

31.   **Farm and fishing supplies, chemicals, and feed**

32.   **Other farming and fishing-related property not already listed in Part 6**

33.   **Total of Part 6.**
      Add lines 28 through 32.  Copy the total to line 85.

34.   **Is the debtor a member of an agricultural cooperative?**
      ☐ No
      ☐ Yes.  Is any of the debtor's property stored at the cooperative?
            ☐ No
            ☐ Yes

35.   **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
      ☐ No
      ☐ Yes. Book value _____ Valuation method _____ Current Value _____

36.   **Is a depreciation schedule available for any of the property listed in Part 6?**
      ☐ No
      ☐ Yes

37.   **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
      ☐ No
      ☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|-----------------------------------------------------------|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ■ No.  Go to Part 8.
   ☐ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|------------------------------------------|-------------------------------------|
| 39. **Office furniture** | | | |

40.   **Office fixtures**

Debtor   **Rose Rental Properties, LLC**                    Case number *(If known)*  **25-03091**
_____
Name

41.   **Office equipment, including all computer equipment and communication systems equipment and software**

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

       42.1. _____

43.   **Total of Part 7.**
      Add lines 39 through 42.  Copy the total to line 86.

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
      ☐ No
      ☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
      ☐ No
      ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---------|-------------------------------------|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ■ No.  Go to Part 9.
   ☐ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. _____ | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1. _____ | | | |
| 49. **Aircraft and accessories** | | | |
| 49.1.. _____ | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

Debtor   **Rose Rental Properties, LLC**                    Case number *(If known)*  **25-03091**
      Name

---

| 51. | **Total of Part 8.** | | | | |
| | Add lines 47 through 50.  Copy the total to line 87. | | | | |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐ No
☐ Yes

**Part 9:**  **Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **1046 Whitworth St, Jackson, MS 39202 Hinds County** | | $0.00 | | $209,000.00 |
| 55.2. **928 Garvin St, Jackson, MS Hinds County** | | $0.00 | | $129,800.00 |
| 55.3. **47 Northtown Cir, Apt A, Jackson, MS Hinds County** | | $0.00 | | $134,200.00 |
| 55.4. **2361 River Oaks Blvd, Apt B, Jackson, MS Hinds County** | | $0.00 | | $107,800.00 |
| 55.5. **105 Northtown Dr, Jackson, MS Hinds County** | | $0.00 | | $127,600.00 |
| 55.6. **128 N Brighton Dr, Jackson, MS Hinds County** | | $0.00 | | $151,800.00 |

| Debtor | **Rose Rental Properties, LLC** | | Case number *(If known)* **25-03091** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 55.7. | **749 Clearmont Dr,**<br>**Pearl, MS**<br>**Rankin County** | | $0.00 | $147,400.00 |
| 55.8. | **2069 Murray Dr,**<br>**Pearl, MS**<br>**Rankin County** | | $0.00 | $161,700.00 |
| 55.9. | **521 Tammy Dr, Pearl,**<br>**MS**<br>**Rankin County** | | $0.00 | $128,700.00 |
| 55.10. | **251 Maxine Dr, Pearl,**<br>**MS**<br>**Rankin County** | | $0.00 | $107,800.00 |
| 55.11. | **144 Reynolds St,**<br>**Pearl, MS**<br>**Rankin County** | | $0.00 | $113,300.00 |
| 55.12. | **282 Marilyn Dr, Pearl,**<br>**MS**<br>**Rankin County** | | $0.00 | $177,100.00 |
| 55.13. | **4257 Old Brandon**<br>**Rd, Pearl, MS**<br>**Rankin County** | | $0.00 | $172,700.00 |
| 55.14. | **111-A** Fairfax Cir,**<br>**Pearl, MS**<br>**Rankin County** | | $0.00 | $160,600.00 |
| 55.15. | **118 Fairfax Circle B,**<br>**Pearl, MS**<br>**Rankin County** | | $0.00 | $149,600.00 |
| 55.16. | **118 Fairfax Circle A,**<br>**Pearl, MS**<br>**Rankin County** | | $0.00 | $147,400.00 |
| 55.17. | **100 Vine Ln,**<br>**Brandon, MS**<br>**Rankin County** | | $0.00 | $217,800.00 |
| 55.18. | **632 Ralde Cir,**<br>**Ridgeland, MS**<br>**Madison County** | | $0.00 | $112,200.00 |
| 55.19. | **832 Sussex Pl,**<br>**Ridgeland, MS**<br>**Madison County** | | $0.00 | $173,800.00 |

Debtor   **Rose Rental Properties, LLC**                                    Case number *(If known)*   **25-03091**
         Name

| | | | | |
|---|---|---|---|---|
| 55.20. | **689 West St,**<br>**Ridgeland, MS**<br>**Madison County** | | $0.00 | $138,600.00 |
| 55.21. | **801 Planters Point,**<br>**Canton, MS**<br>**Madison County** | | $0.00 | $133,100.00 |

56.   **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| |
|---|
| $3,102,000.00 |

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.   **Internet domain names and websites** | | | |
| 62.   **Licenses, franchises, and royalties** | | | |
| 63.   **Customer lists, mailing lists, or other compilations** | | | |
| 64.   **Other intangibles, or intellectual property** | | | |
| 65.       **Goodwill** | | | |

Debtor   **Rose Rental Properties, LLC**                                    Case number *(If known)*  **25-03091**
             Name

66.    **Total of Part 10.**

       Add lines 60 through 65. Copy the total to line 89.                         | _____ |

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ☐ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ☐ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ☐ No
       ☐ Yes

## Part 11:   All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

71.    **Notes receivable**
       Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
       **Property inside 118A Fairfax Circle: 2 queen size beds, sofa, accent chair, coffee table, side tables, area rug, flat-screen tv, tv stand, lamps, basic decor, dining table & chairs, overhead light fixture, refrigerator, oven, microwave, dishawasher, coffee maker, small appliances, cookware, dishware, untensils, washer, dryer, bathroom fixtures, towels and accessories, shower curtain, wall decor, bed frames and mattresses, bedding and pillows, mirrors, window treatments,**                          $6,500.00

Debtor   **Rose Rental Properties, LLC**
_____
Name

Case number *(If known)*  **25-03091**

**Property inside 118B Fairfax Circle: 2 queen size beds, sofa, accent chair, coffee table, side tables, area rug, flat-screen tv, tv stand, lamps, basic decor, dining table & chairs, overhead light fixture, refrigerator, oven, microwave, dishawasher, coffee maker, small appliances, cookware, dishware, untensils, washer, dryer, bathroom fixtures, towels and accessories, shower curtain, wall decor, bed frames and mattresses, bedding and pillows, mirrors, window treatments,**

**$6,500.00**

**Property inside 111A Fairfax Circle: 3 queen size beds, sofa, accent chair, coffee table, side tables, area rug, flat-screen tv, tv stand, lamps, basic decor, dining table & chairs, overhead light fixture, refrigerator, oven, microwave, dishawasher, coffee maker, small appliances, cookware, dishware, untensils, washer, dryer, bathroom fixtures, towels and accessories, shower curtain, wall decor, bed frames and mattresses, bedding and pillows, mirrors, window treatments,**

**$7,500.00**

**Property inside 1046 Whitworth St: 3 queen size beds, sofa, accent chair, coffee table, side tables, area rug, flat-screen tv, tv stand, lamps, basic decor, dining table & chairs, overhead light fixture, refrigerator, oven, microwave, dishawasher, coffee maker, small appliances, cookware, dishware, untensils, washer, dryer, bathroom fixtures, towels and accessories, shower curtain, wall decor, bed frames and mattresses, bedding and pillows, mirrors, window treatments,**

**$8,500.00**

**Property inside 100 Vine Lane: 2 queen size beds, sofa, accent chair, coffee table, side tables, area rug, flat-screen tv, tv stand, lamps, basic decor, dining table & chairs, overhead light fixture, refrigerator, oven, microwave, dishawasher, coffee maker, small appliances, cookware, dishware, untensils, washer, dryer, bathroom fixtures, towels and accessories, shower curtain, wall decor, bed frames and mattresses, bedding and pillows, mirrors, window treatments,**

**$7,000.00**

**Property inside 4257 Old Brandon Road: 3 queen size beds, sofa, accent chair, coffee table, side tables, area rug, flat-screen tv, tv stand, lamps, basic decor, dining table & chairs, overhead light fixture, refrigerator, oven, microwave, dishawasher, coffee maker, small appliances, cookware, dishware, untensils, washer, dryer, bathroom fixtures, towels and accessories, shower curtain, wall decor, bed frames and mattresses, bedding and pillows, mirrors, window treatments,**

**$8,500.00**

Debtor   **Rose Rental Properties, LLC**                                    Case number *(If known)*  **25-03091**
Name

**Property inside 282 Marilyn Drive:3 queen size beds, sofa, accent chair, coffee table, side tables, area rug, flat-screen tv, tv stand, lamps, basic decor, dining table & chairs, overhead light fixture, refrigerator, oven, microwave, dishawasher, coffee maker, small appliances, cookware, dishware, untensils, washer, dryer, bathroom fixtures, towels and accessories, shower curtain, wall decor, bed frames and mattresses, bedding and pillows, mirrors, window treatments,**                                        **$7,500.00**

**Property inside 105 Northtown Drive: 2 queen size beds, sofa, accent chair, coffee table, side tables, area rug, flat-screen tv, tv stand, lamps, basic decor, dining table & chairs, overhead light fixture, refrigerator, oven, microwave, dishawasher, coffee maker, small appliances, cookware, dishware, untensils, washer, dryer, bathroom fixtures, towels and accessories, shower curtain, wall decor, bed frames and mattresses, bedding and pillows, mirrors, window treatments,**                                        **$6,500.00**

**Property inside 128 North Brighton Dr: 2 queen size beds, pull-out couch, sofa, accent chair, coffee table, side tables, area rug, flat-screen tv, tv stand, lamps, basic decor, dining table & chairs, overhead light fixture, refrigerator, oven, microwave, dishawasher, coffee maker, small appliances, cookware, dishware, untensils, washer, dryer, bathroom fixtures, towels and accessories, shower curtain, wall decor, bed frames and mattresses, bedding and pillows, mirrors, window treatments,**                                        **$7,500.00**

**Property inside 47A Northtown Dr: 2 queen size beds, sofa, accent chair, coffee table, side tables, area rug, flat-screen tv, tv stand, lamps, basic decor, dining table & chairs, overhead light fixture, refrigerator, oven, microwave, dishawasher, coffee maker, small appliances, cookware, dishware, untensils, washer, dryer, bathroom fixtures, towels and accessories, shower curtain, wall decor, bed frames and mattresses, bedding and pillows, mirrors, window treatments,**                                        **$6,500.00**

78.     **Total of Part 11.**                                               **$72,500.00**
        Add lines 71 through 77. Copy the total to line 90.

79.     **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
        ☑ No
        ☐ Yes

Official Form 206A/B                 Schedule A/B Assets - Real and Personal Property                 page 11

Debtor   **Rose Rental Properties, LLC**
Name

Case number *(If known)*   **25-03091**

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $4,600.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ......................................................................> | | $3,102,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $72,500.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $77,100.00 | + 91b. $3,102,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $3,179,100.00 |

**Fill in this information to identify the case:**

Debtor name **Rose Rental Properties, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF MISSISSIPPI

Case number (if known) **25-03091**

☑ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Hinds Co Tax Collector**<br>**P.O. Box 1727**<br>**Jackson, MS 39215-1727** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $15,000.00 | $15,000.00 |
| Date or dates debt was incurred | Basis for the claim: |  |  |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |  |  |
| **2.2** Priority creditor's name and mailing address<br>**Internal Revenue Servi**<br>**Centralized Insolvency**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim: |  |  |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |  |  |

| Debtor | **Rose Rental Properties, LLC** | Case number (if known) | **25-03091** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,000.00 | $10,000.00 |
|---|---|---|---|---|

**Madison Co Tax Coll**
**P.O. Box 113**
**Canton, MS 39106**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**MS Dept of Revenue**
**Bankruptcy Section**
**PO Box 22808**
**Jackson, MS 39225-2808**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,000.00 | $15,000.00 |
|---|---|---|---|---|

**Rankin Co Tax Colle**
**211 E Government St**
**Brandon, MS 39042**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check that apply.* | $4,000.00 |
|---|---|---|---|

**American Express**
**P.O. Box 981537**
**El Paso, TX 79998**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit Card**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check that apply.* | $20,000.00 |
|---|---|---|---|

**Jerrick W. Rose**
**1920 Bellewood Dr**
**Jackson, MS 39211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Loan for bakruptcy filing fee**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor   **Rose Rental Properties, LLC**
　　　　　Name

Case number (if known)   **25-03091**

---

**Part 3:**　List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Internal Revenue Servi**<br>**c/o US Attorney**<br>**501 East Court St**<br>**Ste 4.430**<br>**Jackson, MS 39201** | Line **2.2**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **US Attorney General**<br>**US Dept of Justice**<br>**950 Pennsylvania AveNW**<br>**Washington, DC 20530-0001** | Line **2.2**<br>☐ Not listed. Explain ____ | _ |

---

**Part 4:**　Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $　　40,000.00 |
| **5b. Total claims from Part 2** | 5b. + | $　　24,000.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $　　64,000.00 |

---

## CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that I have this date transmitted via Electronic Case Filing, as it appears on this date in the Court registered e-filers of CM/ECF and/or via U. S. Mail, postage prepaid, a true and correct copy of the above Notice of Amendment to Schedules, Notice of Chapter 13 Bankruptcy Case, amended schedules, and plan (if applicable) to the affected creditor(s), Case Trustee and U.S. Trustee at the above listed address(es).

Date:   Thursday, January 15, 2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (Bar No. 103469)
Jennifer A Curry Calvillo (Bar No. 104367)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

Rose Rental Properties, LLC

CASE NO: 25-03091

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 11

On 1/15/2026, I did cause a copy of the following documents, described below,

Notice of Amendments

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/15/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

Rose Rental Properties, LLC

CASE NO: 25-03091

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 11

On 1/15/2026, a copy of the following documents, described below,

Notice of Amendments

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/15/2026

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

FIRST CLASS

PEDIATRIC DENTAL STUDIO
201 RIVERWIND DR
PEARL MS 39208

FIRST CLASS

JERRICK W. ROSE
1920 BELLEWOOD DR
JACKSON  MS 39211