# Proceeding Minutes / Proceeding Memo

**Case #:** 25-03091    **Case Name:** Rose Rental Properties, LLC

**Set:** 01/21/2026 09:30 am   **Chapter:** 11   **Type:** bk   **Judge:** Katharine M. Samson

**matter** Chapter 11 Subchapter V Status Conference

---

Minute Entry Re: (related document(s): [1] Subchapter V Status Conference - Voluntary Petition (Chapter 11) filed by Rose Rental Properties, LLC) Appearances: Craig M. Geno, Abigail M. Marbury, Jeff D. Rawlings, Thomas Carl Rollins. Status conference was held. Hearings will be reset to 2-25-26. (cwe)