

SO ORDERED,

**Judge Katharine Samson**
United States Bankruptcy Judge
Date Signed: January 21, 2026

The Order of the Court is set forth below. The docket reflects the date entered.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

ROSE RENTAL PROPERTIES, LLC     CASE NO. 25-03091 KMS

DEBTOR .                         CHAPTER 11

### ORDER RESETTING HEARING

This matter came on this date on the Motion to Prohibit Use of Cash Collateral filed by The Citizens National Bank of Meridian (the "Motion") (Dkt. #9) and the Court having considered the facts herein, finds that the hearing on January 21, 2026, should be continued and reset.

IT IS, THEREFORE, ORDERED that the hearing on the Motion hereby is continued and reset for February 25, 2026, at 9:00 a.m., in the Thad Cochran U. S. Courthouse, Bankruptcy Courtroom 4D, 501 East Court Street, Jackson, Mississippi.

##END OF ORDER##

Courtroom Deputy
228-563-1797 (use to advise of settlement)
228-563-1841