_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: January 22, 2026**

_____

The Order of the Court is set forth below. The docket reflects the date entered.

_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:        **ROSE RENTAL PROPERTIES, LLC**        CASE NO.    25-03091-KMS

              **DEBTOR(S)**                          CHAPTER     11

_____

### AGREED SCHEDULING ORDER
_____

**THIS MATTER** came before the Court on the joint *ore tenus* motion of the United States Trustee and Rose Rental Properties, LLC (the "Debtor") for approval of the parties' Agreed Scheduling Order.  Having duly considered the matter and the agreement of the parties as evidenced by their signatures below, the Court finds that the agreement should be approved, therefore,

**IT IS ORDERED** that the Debtor shall maintain insurance customary and appropriate to the Debtor's industry(ies) and/or as required by law.  The Debtor shall immediately provide proof that the U.S. Trustee has been made a notifying party to its insurance policies.

**IT IS FURTHER ORDERED** that the Debtor shall timely file all tax returns and other required government filings and timely pay all taxes entitled to administrative expense priority except those being diligently contested by appropriate proceedings.

**IT IS FURTHER ORDERED** that the Debtor shall file with the Court monthly operating reports ("MOR") in accordance with the United States Trustee's *Chapter 11 Operating Guidelines and Reporting Requirements* ("OGRR-11") until such time as the case is closed, or the case is converted or dismissed.

**IT IS FURTHER ORDERED** that the Debtor shall file a confirmable plan of reorganization pursuant to 11 U.S.C. §§ 1189, 1190 and 1191 on or before March 4, 2026, unless extended by further Order of the Court.

##END OF ORDER##

**APPROVED AND AGREED TO:**

*/s/ Thomas Carl Rollins, Jr. (with permission)*
Thomas Carl Rollins, Jr. (MSB #103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
Telephone: (601) 50-5533
Email: trollins@therollinsfirm.com
*Attorney for Debtor*


*/s/ Abigail M. Marbury*
Abigail M. Marbury (MSB #99626)
Assistant U.S. Trustee
United States Department of Justice
501 East Court Street, Suite 6-430
Jackson, MS 39201
Telephone: (601) 965-5245
Email: abigail.m.marbury@usdoj.gov