UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     ROSE RENTAL PROPERTIES, LLC     CASE NO.   25-03091-KMS

DEBTOR(S)                                  CHAPTER    11

CHAPTER 11 PROCEEDING MEMO
AND MINUTES OF §341 MEETING
DATE: January 23, 2026 @ 10:00 a.m.
Meeting Held Telephonically

1. Name of attorney(s) for debtor(s):   Thomas Carl Rollins, Jr., Esq.

2. Has attorney(s) for debtor(s) filed a fee disclosure statement pursuant to 11 U.S.C. §329 and Rule 2016, Federal Rules of Bankruptcy Procedure?  _X_ Yes _____ No.

3. Has a Chapter 11 Creditors' Committee or Equity Security Holders' Committee been appointed pursuant to 11 U.S.C. §1102? _____ Yes _____ No _X_ N/A (subchapter-V)

4. Appearances:     (X) Debtor(s):     Rose Rental Properties, LLC

    (X) Debtor(s) representative   Jerrick W. Rose

    (X) Attorney(s) for debtor(s)  Thomas Carl Rollins, Jr., Esq.

    (X) Subchapter-V Trustee     Craig M. Geno, Esq.

    (X) Creditor(s): See attached appearance sheet

5. Debtor(s) examined under oath or affirmation by:
    ( ) Attorney for debtor(s)     (X) Creditors
    (X) UST designee              ( ) Others (specify below)
    (X) Subchapter-V Trustee

6. **On or before February 20, 2026, the Debtor(s) shall:**

    (1.) File 2024 taxes with the court and provide a full, complete copy to the UST;
    (2.) Provide the UST with proof that it is listed on all insurance policies;
    (3.) Close the pre-petition account with Community Bank and move all money therein to the DIP account;
    (4.) Confirm whether 1046 Whitworth is owned by Debtor or by Luxury Flips MS, LLC

   and amend schedule A/B accordingly;
(5.) Amend Schedule D to show that another person(s) is liable for debts listed at 2.1, 2.2, 2.3, and 2.4;
(6.) Amend Schedule H to show that Pediatric Dental is only liable for the secured debts to Citizens National Bank;
(7.) Confirm liability of Jerrick W. Rose and Pediatric Dental for county taxes, IRS, MDOR and American Express and amend accordingly;
(8.) Amend the SOFA as follows:
 a. Line 3.1 – add Community Bank
 b. Line 3.1 – confirm whether Citizens National Bank should be listed
 c. Line 7,1 – change status of lawsuit from concluded to pending
 d. Line 28 – add Jerrick W. Rose

7. Do(es) the Debtor(s) pay a Domestic Support Obligation? ____Yes ____ No __X__ N/A

8. Fifth amendment invoked by Debtor(s)? ____Yes __X__ No

9. Meeting concluded (X) Yes ( ) No. If no, meeting is continued to __N/A__, at_____, in_____, Mississippi.

Additional notes and/or comments:

 Consider review and amendment of Balance Sheet (DKT. #53) for accuracy.

(Proceeding Recorded)          */s/ Abigail M. Marbury*
                     ABIGAIL M. MARBURY
                     Presiding Officer

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    ROSE RENTAL PROPERTIES, LLC    CASE NO.    25-03091-KMS

DEBTOR(S)    CHAPTER    11

## 341(a) APPEARANCE SHEET

341(a) Location: Telephonic
DATE: January 23, 2026
TIME: 10:00 a.m.
U.S. TRUSTEE REPRESENTATIVE: Abigail M. Marbury

| Name (Creditor) (Print Legibly) | Attorney or Representative (Print Legibly) | Signature |
|---|---|---|
| Subchapter-V Trustee | Craig M. Geno | |
| Citizens National Bank | Jeff Rawlings | |

EXHIBIT A