United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-03091-KMS
Rose Rental Properties, LLC  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3     User: mssbad     Page 1 of 2
Date Rcvd: Jan 22, 2026     Form ID: pdf012     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2026:**

**Recip ID     Recipient Name and Address**
dbpos     + Rose Rental Properties, LLC, 1920 Bellewood Rd, Jackson, MS 39211-5705

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2026     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2026 at the address(es) listed below:

**Name**     **Email Address**

Abigail M. Marbury
    on behalf of U.S. Trustee United States Trustee abigail.m.marbury@usdoj.gov

Craig M. Geno
    cmgeno@cmgenolaw.com kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com

Craig M. Geno
    on behalf of Trustee Craig M. Geno cmgeno@cmgenolaw.com kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com

Jeff D. Rawlings
    on behalf of Creditor The Citizens National Bank of Meridian Notices@rawlingsmacinnis.net Judy@rawlingsmacinnis.net

Sarah Beth Wilson
    on behalf of Creditor Community Bank sarah.beth.wilson@phelps.com 1069885420@filings.docketbird.com;robin.goodman@phelps.com;Danielle.Mashburn-Myrick@phelps.com,1069885420@filings.docketbird.com

District/off: 0538-3 User: mssbad Page 2 of 2
Date Rcvd: Jan 22, 2026 Form ID: pdf012 Total Noticed: 1

Thomas Carl Rollins, Jr
    on behalf of Debtor In Possession Rose Rental Properties  LLC trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 7

SO ORDERED,

*Katharine M. Samson*

**Judge Katharine M. Samson**
United States Bankruptcy Judge
Date Signed: January 22, 2026

The Order of the Court is set forth below. The docket reflects the date entered.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  ROSE RENTAL PROPERTIES, LLC  CASE NO.  25-03091-KMS

DEBTOR(S)  CHAPTER  11

### AGREED SCHEDULING ORDER

**THIS MATTER** came before the Court on the joint *ore tenus* motion of the United States Trustee and Rose Rental Properties, LLC (the "Debtor") for approval of the parties' Agreed Scheduling Order. Having duly considered the matter and the agreement of the parties as evidenced by their signatures below, the Court finds that the agreement should be approved, therefore,

**IT IS ORDERED** that the Debtor shall maintain insurance customary and appropriate to the Debtor's industry(ies) and/or as required by law. The Debtor shall immediately provide proof that the U.S. Trustee has been made a notifying party to its insurance policies.

**IT IS FURTHER ORDERED** that the Debtor shall timely file all tax returns and other required government filings and timely pay all taxes entitled to administrative expense priority except those being diligently contested by appropriate proceedings.

**IT IS FURTHER ORDERED** that the Debtor shall file with the Court monthly operating reports ("MOR") in accordance with the United States Trustee's *Chapter 11 Operating Guidelines and Reporting Requirements* ("OGRR-11") until such time as the case is closed, or the case is converted or dismissed.

**IT IS FURTHER ORDERED** that the Debtor shall file a confirmable plan of reorganization pursuant to 11 U.S.C. §§ 1189, 1190 and 1191 on or before March 4, 2026, unless extended by further Order of the Court.

##END OF ORDER##

**APPROVED AND AGREED TO:**


/s/ Thomas Carl Rollins, Jr. (with permission)
Thomas Carl Rollins, Jr. (MSB #103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
Telephone: (601) 50-5533
Email: trollins@therollinsfirm.com
*Attorney for Debtor*


/s/ Abigail M. Marbury
Abigail M. Marbury (MSB #99626)
Assistant U.S. Trustee
United States Department of Justice
501 East Court Street, Suite 6-430
Jackson, MS 39201
Telephone: (601) 965-5245
Email: abigail.m.marbury@usdoj.gov