

**SO ORDERED,**

*Katharine M. Samson*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: February 5, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE: ROSE RENTAL PROPERTIES, LLC, DEBTOR**          **CASE NO. 25-03091-KMS**

### AGREED ORDER EXTENDING INTERIM ORDER
### AUTHORIZING USE OF CASH COLLATERAL

This matter having come before the Court on the parties' agreement to extend the Interim Order Authorizing Use of Cash Collateral and Granting Adequate Protection entered on December 19, 2025 (Dkt 55), and the Court having considered the agreement of the parties, and for good cause shown;

IT IS THEREFORE ORDERED AND ADJUDGED AS FOLLOWS:

1.      The Interim Order Authorizing Use of Cash Collateral and Granting Adequate Protection entered on December 19, 2025 (Dkt 55) is hereby extended on the same terms and conditions set forth therein.

2.      The extended Interim Order shall remain in effect until the earlier of: (a) entry of a Final Order on the use of cash collateral; (b) conversion or dismissal of this case; (c) or as otherwise ordered by the Court.

3.      All other terms and conditions of the Interim Order entered on December 19, 2025 (Dkt 55) shall remain in full force and effect.

**##END OF ORDER##**

Approved:


/s/ Jeff Rawlings
Attorney for The Citizens
National Bank of Meridian


/s/ Sarah Beth Wilson
Attorney for Community Bank

/s/ Thomas C. Rollins, Jr.
Attorney for Debtor


/s/ Craig M. Geno
Subchapter V Trustee


Submitted by:
Jeff Rawlings
P.O. Box 1789
Madison, MS 39130-1789
601-898-1180
jeff@rawlingsmacinnis.net
MSB # 4642