**Fill in this information to identify the case:**

Debtor name: **Rose Rental Properties, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF MISSISSIPPI

Case number (if known): **25-03091**

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.**  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☑ Amended *Schedule* D,H
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **February 5, 2026**    X **/s/ Jerrick W Rose**
Signature of individual signing on behalf of debtor

**Jerrick W Rose**
Printed name

**Member-Manager**
Position or relationship to debtor

Official Form 202    Declaration Under Penalty of Perjury for Non-Individual Debtors

| Fill in this information to identify the case: |
|---|
| Debtor name  **Rose Rental Properties, LLC** |
| United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF MISSISSIPPI |
| Case number (if known)  **25-03091** |

■ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

### Part 1:  Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................................  $ **3,102,000.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................................  $ **77,100.00**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................................  $ **3,179,100.00**

### Part 2:  Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................  $ **2,149,549.19**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................  $ **40,000.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................  +$ **24,000.00**

4. **Total liabilities** ........................................................................................................................................
   Lines 2 + 3a + 3b     $ **2,213,549.19**

| **Fill in this information to identify the case:** | |
|---|---|
| Debtor name | **Rose Rental Properties, LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF MISSISSIPPI |
| Case number (if known) | **25-03091** |

■ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>*Amount of claim*<br>Do not deduct the value of collateral. | Column B<br>*Value of collateral that supports this claim* |
|---|---|---|---|
| **2.1** **Citizens National Bank**<br>Creditor's Name<br><br>**512 22nd Ave**<br>**Meridian, MS 39301**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br>**6052**<br><br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**20 Properties**<br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,746,474.19** | **$2,893,000.00** |
| **2.2** **Citizens National Bank**<br>Creditor's Name<br><br>**512 22nd Ave**<br>**Meridian, MS 39301**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br>**7063**<br><br>**Do multiple creditors have an interest in the same property?** | **Describe debtor's property that is subject to a lien**<br>**same collateral as Debt in 2.1**<br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply | **Unknown** | **$0.00** |

Debtor **Rose Rental Properties, LLC**
Name

Case number (if known) **25-03091**

☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Community Bank** | **Describe debtor's property that is subject to a lien** | $233,150.00 | $2,893,000.00 |

Creditor's Name
**20 properties**

**PO Box 59**
**Forest, MS 39074**
Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**oup1**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Community Bank** | **Describe debtor's property that is subject to a lien** | $169,925.00 | $209,000.00 |

Creditor's Name
**1046 Whitworth St, Jackson, MS 39202**
**Hinds County**

**PO Box 59**
**Forest, MS 39074**
Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**oup2**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$2,149,549.19** |

**Part 2: List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 2 of 3

Debtor **Rose Rental Properties, LLC**
Name

Case number (if known) **25-03091**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **King & Spencer**<br>**for Community Bank**<br>**1855 Crane Ridge Dr**<br>**Ste D**<br>**Jackson, MS 39216-4944** | Line **2.3** | |
| **King & Spencer**<br>**for Community Bank**<br>**1855 Crane Ridge Dr**<br>**Ste D**<br>**Jackson, MS 39216-4944** | Line **2.4** | |
| **Rawlings & MacInnis**<br>**for Citizens National**<br>**P.O. Box 1789**<br>**Madison, MS 39130** | Line **2.1** | |
| **Rawlings & MacInnis**<br>**for Citizens National**<br>**P.O. Box 1789**<br>**Madison, MS 39130** | Line **2.2** | |

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 3 of 3

**Fill in this information to identify the case:**

Debtor name: **Rose Rental Properties, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF MISSISSIPPI

Case number (if known): **25-03091**

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors 12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**  *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Jerrick W. Rose** | **1920 Bellewood Dr**<br>**Jackson, MS 39211** | **American Express** | ☐ D ____<br>☒ E/F **3.1**<br>☐ G ____ |
| 2.2 | **Jerrick W. Rose** | **1920 Bellewood Dr**<br>**Jackson, MS 39211** | **Citizens National Bank** | ☒ D **2.1**<br>☐ E/F ____<br>☐ G ____ |
| 2.3 | **Jerrick W. Rose** | **1920 Bellewood Dr**<br>**Jackson, MS 39211** | **Citizens National Bank** | ☒ D **2.2**<br>☐ E/F ____<br>☐ G ____ |
| 2.4 | **Jerrick W. Rose** | **1920 Bellewood Dr**<br>**Jackson, MS 39211** | **Community Bank** | ☒ D **2.3**<br>☐ E/F ____<br>☐ G ____ |
| 2.5 | **Jerrick W. Rose** | **1920 Bellewood Dr**<br>**Jackson, MS 39211** | **Community Bank** | ☒ D **2.4**<br>☐ E/F ____<br>☐ G ____ |

Debtor **Rose Rental Properties, LLC**      Case number *(if known)* **25-03091**

**Additional Page to List More Codebtors**
Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| 2.6 | **Pediatric Dental Studi** | **201 Riverwind Dr** <br> **Pearl, MS 39208** | **Citizens National Bank** | ■ D __2.2__ <br> ☐ E/F _____ <br> ☐ G _____ |