# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

    ROSE RENTAL PROPERTIES, LLC          CASE NO. 25-03091-KMS

**DEBTOR.**          **CHAPTER 11**

To:     THOMAS CARL ROLLINS, JR, ESQ.

## Notice of Deficiency

The Amendment to Schedules D and H ("Amended Schedules") (Dkt. #101) filed on behalf of Rose Rental Properties, LLC (the "Debtor(s)") on February 5, 2026 requires the following actions:

- Give notice of the amendment to the affected creditor(s), case trustee, and U.S. Trustee.
  ☒Schedules D - *See* Fed. R. Bankr. P. 1009(a). There is no local form notice when the amendment does not add a new creditor.
  ☒Schedule H - *See* Local Form MSSB-ASCH-H

- Serve and file the notice (see below) and a certificate of service with the court. The certificate of service must provide the name and address of the parties served.

  Docket event [Bankruptcy > Notices > Notice (generic)].

**Notice is hereby given** that the Debtor(s) must give proper notice and file the Notice of Amendment **on or before February 23, 2026**. Failure to comply with this notice may result in a Show Cause Hearing or an order striking the Amended Schedules without further notice.

Date: February 9, 2026          Danny L. Miller
                                                   *Clerk of Court*

                                                   By: /s/Alexis Bradley
                                                         Dan M. Russell, Jr. U. S. Courthouse
                                                         2012 15th Street, Suite 244
                                                         Gulfport, MS 39501
                                                         228-563-1790