## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  Rose Rental Properties, LLC, Debtor         CASE NO. 25-03091-KMS
                                                    CHAPTER 11

TO:    TRUSTEE:    Craig M. Geno
       U. S. TRUSTEE: USTPRegion05.JA.ECF@usdoj.gov

       CREDITORS: Citizens National Bank, Community Bank
       Co-Debtors: Jerrick W. Rose, Pediatric Dental Studio

### NOTICE OF AMENDMENT TO SCHEDULES

**YOU ARE HEREBY NOTIFIED** the above named debtor(s) has filed with the Bankruptcy Court an Amended Schedule D and Amended Schedule H: Your Codebtors (see copy of Amended Schedules D & H attached).

**YOU ARE FURTHER NOTIFIED** that the Debtor's bankruptcy case was filed on 12/4/2025. Documents filed in the case may be inspected at either location of the Clerk's office:

Clerk, U.S. Bankruptcy Court                Clerk, U.S. Bankruptcy Court
Dan M. Russell, Jr. United States           Thad Cochran United States Courthouse
Courthouse                                  501 East Court Street, Suite 2.300
2012 15th Street, Suite 244                 Jackson, MS 39201
Gulfport, MS 39501

Date: February 10, 2026              /s/ Thomas C. Rollins, Jr.
                                     *Thomas C. Rollins, Jr., Attorney for Debtor*

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Rose Rental Properties, LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF MISSISSIPPI |
| Case number (if known) | **25-03091** |

■ Check if this is an amended filing

Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1: List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Citizens National Bank**<br>Creditor's Name<br><br>**512 22nd Ave**<br>**Meridian, MS 39301**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account number **6052**<br><br>Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**20 Properties**<br><br>Describe the lien<br><br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,746,474.19** | **$2,893,000.00** |
| **2.2** **Citizens National Bank**<br>Creditor's Name<br><br>**512 22nd Ave**<br>**Meridian, MS 39301**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account number **7063**<br><br>Do multiple creditors have an interest in the same property? | Describe debtor's property that is subject to a lien<br>**same collateral as Debt in 2.1**<br><br>Describe the lien<br><br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply | **Unknown** | **$0.00** |

Official Form 206D     Schedule D: Creditors Who Have Claims Secured by Property     page 1 of 3

Debtor **Rose Rental Properties, LLC**  
Name

Case number (if known) **25-03091**

☐ Contingent  
☐ Unliquidated  
☐ Disputed

■ No  
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

**2.3** **Community Bank**  
Creditor's Name

**PO Box 59**  
**Forest, MS 39074**  
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**  
**oup1**

**Do multiple creditors have an interest in the same property?**

■ No  
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**  
**20 properties**

**Describe the lien**

**Is the creditor an insider or related party?**  
■ No  
☐ Yes

**Is anyone else liable on this claim?**  
☐ No  
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**  
Check all that apply  
☐ Contingent  
☐ Unliquidated  
☐ Disputed

$233,150.00   $2,893,000.00

---

**2.4** **Community Bank**  
Creditor's Name

**PO Box 59**  
**Forest, MS 39074**  
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**  
**oup2**

**Do multiple creditors have an interest in the same property?**

■ No  
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**  
**1046 Whitworth St, Jackson, MS 39202 Hinds County**

**Describe the lien**

**Is the creditor an insider or related party?**  
■ No  
☐ Yes

**Is anyone else liable on this claim?**  
☐ No  
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**  
Check all that apply  
☐ Contingent  
☐ Unliquidated  
☐ Disputed

$169,925.00   $209,000.00

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $2,149,549.19

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

Official Form 206D   Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**   page 2 of 3

Debtor  **Rose Rental Properties, LLC**  Case number (if known)  **25-03091**
Name

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **King & Spencer**<br>**for Community Bank**<br>**1855 Crane Ridge Dr**<br>**Ste D**<br>**Jackson, MS 39216-4944** | Line __2.3__ | |
| **King & Spencer**<br>**for Community Bank**<br>**1855 Crane Ridge Dr**<br>**Ste D**<br>**Jackson, MS 39216-4944** | Line __2.4__ | |
| **Rawlings & MacInnis**<br>**for Citizens National**<br>**P.O. Box 1789**<br>**Madison, MS 39130** | Line __2.1__ | |
| **Rawlings & MacInnis**<br>**for Citizens National**<br>**P.O. Box 1789**<br>**Madison, MS 39130** | Line __2.2__ | |

**Fill in this information to identify the case:**

Debtor name: **Rose Rental Properties, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF MISSISSIPPI

Case number (if known): **25-03091**

☒ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors  12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**  |  *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Jerrick W. Rose** | **1920 Bellewood Dr**<br>**Jackson, MS 39211** | **American Express** | ☐ D _____<br>☒ E/F __3.1__<br>☐ G _____ |
| 2.2 | **Jerrick W. Rose** | **1920 Bellewood Dr**<br>**Jackson, MS 39211** | **Citizens National Bank** | ☒ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Jerrick W. Rose** | **1920 Bellewood Dr**<br>**Jackson, MS 39211** | **Citizens National Bank** | ☒ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Jerrick W. Rose** | **1920 Bellewood Dr**<br>**Jackson, MS 39211** | **Community Bank** | ☒ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Jerrick W. Rose** | **1920 Bellewood Dr**<br>**Jackson, MS 39211** | **Community Bank** | ☒ D __2.4__<br>☐ E/F _____<br>☐ G _____ |

Debtor  **Rose Rental Properties, LLC**                                  Case number *(if known)*  **25-03091**

**Additional Page to List More Codebtors**
Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Pediatric Dental Studi** | **201 Riverwind Dr**<br>**Pearl, MS 39208** | **Citizens National Bank** | ■ D  __2.2__<br>☐ E/F  ____<br>☐ G  ____ |

CERTIFICATE OF SERVICE

On February 10, 2026, a copy of this notice and amended schedule was served on each of the persons listed on the above list either by United States Mail or via electronic service through the Court's CM/ECF system at the mailing addresses and/or email addresses indicated.

Jerrick W. Rose, 1920 Bellewood Dr, Jackson, MS 39211
Pediatric Dental, 201 Riverwind Dr, Pearl, MS 39208

Craig M. Geno
cmgeno@cmgenolaw.com, kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com

Craig M. Geno on behalf of Trustee Craig M. Geno
cmgeno@cmgenolaw.com, kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com

Abigail M. Marbury on behalf of U.S. Trustee United States Trustee
abigail.m.marbury@usdoj.gov

Jeff D. Rawlings on behalf of Creditor The Citizens National Bank of Meridian
Notices@rawlingsmacinnis.net, Judy@rawlingsmacinnis.net

United States Trustee
USTPRegion05.JA.ECF@usdoj.gov

Sarah Beth Wilson on behalf of Creditor Community Bank
sarah.beth.wilson@phelps.com, 1069885420@filings.docketbird.com;robin.goodman@phelps.com;Danielle.Mashburn-Myrick@phelps.com,1069885420@filings.docketbird.com

                                             /s/ Thomas C. Rollins, Jr.
                                             *Thomas C. Rollins, Jr., Attorney for Debtor*

Thomas C. Rollins, Jr. (MSBN 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

Rose Rental Properties, LLC

CASE NO: 25-03091

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 13

On 2/10/2026, I did cause a copy of the following documents, described below,

Notice of Amendments

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/10/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>Rose Rental Properties, LLC | CASE NO: 25-03091<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 13 |

On 2/10/2026, a copy of the following documents, described below,

Notice of Amendments

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/10/2026

_[signature]_

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

```
FIRST CLASS                     FIRST CLASS

JERRICK W. ROSE                 PEDIATRIC DENTAL
1920 BELLEWOOD DR               201 RIVERWIND DR
JACKSON MS 39211                PEARL MS 39208
```