United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 25-03091-KMS
Rose Rental Properties, LLC  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3      User: mssbad      Page 1 of 2
Date Rcvd: Feb 09, 2026      Form ID: pdf012      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2026:**

**Recip ID      Recipient Name and Address**
dbpos      + Rose Rental Properties, LLC, 1920 Bellewood Rd, Jackson, MS 39211-5705

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2026 at the address(es) listed below:

**Name      Email Address**

Abigail M. Marbury
     on behalf of U.S. Trustee United States Trustee abigail.m.marbury@usdoj.gov

Craig M. Geno
     cmgeno@cmgenolaw.com  kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com

Craig M. Geno
     on behalf of Trustee Craig M. Geno cmgeno@cmgenolaw.com  kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com

Jeff D. Rawlings
     on behalf of Creditor The Citizens National Bank of Meridian Notices@rawlingsmacinnis.net  Judy@rawlingsmacinnis.net

Sarah Beth Wilson
     on behalf of Creditor Community Bank sarah.beth.wilson@phelps.com
     1069885420@filings.docketbird.com;robin.goodman@phelps.com;Danielle.Mashburn-Myrick@phelps.com,1069885420@filings.docketbird.com

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Feb 09, 2026 | Form ID: pdf012 | Total Noticed: 1 |

Thomas Carl Rollins, Jr
    on behalf of Debtor In Possession Rose Rental Properties  LLC trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 7

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

    ROSE RENTAL PROPERTIES, LLC        CASE NO. 25-03091-KMS

    **DEBTOR.**                                                     **CHAPTER 11**

To:    THOMAS CARL ROLLINS, JR, ESQ.

### Notice of Deficiency

The Amendment to Schedules D and H ("Amended Schedules") (Dkt. #101) filed on behalf of Rose Rental Properties, LLC (the "Debtor(s)") on February 5, 2026 requires the following actions:

- Give notice of the amendment to the affected creditor(s), case trustee, and U.S. Trustee.
  ☒Schedules D - *See* Fed. R. Bankr. P. 1009(a). There is no local form notice when the amendment does not add a new creditor.
  ☒Schedule H - *See* Local Form MSSB-ASCH-H

- Serve and file the notice (see below) and a certificate of service with the court. The certificate of service must provide the name and address of the parties served.

    Docket event [Bankruptcy > Notices > Notice (generic)].

**Notice is hereby given** that the Debtor(s) must give proper notice and file the Notice of Amendment **on or before February 23, 2026**. Failure to comply with this notice may result in a Show Cause Hearing or an order striking the Amended Schedules without further notice.

Date: February 9, 2026                      Danny L. Miller
                                                *Clerk of Court*

                                                By: /s/Alexis Bradley
                                                    Dan M. Russell, Jr. U. S. Courthouse
                                                    2012 15th Street, Suite 244
                                                    Gulfport, MS 39501
                                                    228-563-1790