**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    Rose Rental Properties, LLC, Debtor         Case No. 25-03091-KMS
                                                      **CHAPTER 11**

**ORDER APPROVING THE SALE OF CERTAIN REAL PROPERTY**

ON THIS DATE the Court considered the Motion to Approve the Sale of Certain Real Property (Dk # ___) and no objection to the motion was timely filed by any party. It is therefore,

**ORDERED** and **ADJUDGED** that the sale of the Real Property is approved. Debtor is allowed to sell certain real property, located at 118 Fairfax Circle #B, Brandon, MS. A copy of the full legal description is atatched as Exhibit "A".

The mortgage lien of Citizens National Bank shall be paid from the proceeds.

##END OF ORDER##

SUBMITTED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr., (MSBN103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601)500-5533

Book 2019 Page 9495
DEED 5/7/2019 10:12:02 AM

Exhibit "A"
Legal Description
Parcel H11P-10-1881 – Rankin County, Mississippi

The North part of Lot 188 Northwoods Subdivision, Part 4, a subdivision according to a map or plat thereof which is on file and of record in the office of the Chancery Clerk of Rankin County at Brandon, Mississippi in Plat Cabinet B, Slot 74, reference to which is hereby made in aid of an part of this description, and which is more particularly described by metes and bounds as follows:

Begin at the Northeast corner of Lot 188, Northwoods subdivision, Part 4, as recorded in the office of the Chancery Clerk of Rankin County, Mississippi in Plat Cabinet B, Slot 74; run thence Westerly along the North line of Lot 188 a distance of 105.50 feet; turn thence through an interior angle to the right of 90 degrees 00 minutes and run Southerly a distance of 57.00 feet, turn thence through an interior angle to the right of 74 degrees 00 minutes and run Northwesterly a distance of 21,77 feet; turn thence through an interior angle to the right of 196 degrees 00 minutes and run Easterly a distance of 84.58 feet to a point on the West right of way of Fairfax Circle; turn thence through an interior angle to the right of 90 degrees 00 minutes and run Northerly along the West right of way of Fairfax Circle a distance of 50.50 feet to the Point of Beginning.

RANKIN COUNTY, MS LARRY SWALES, CHANCERY CLERK
I CERTIFY THIS INSTRUMENT WAS FILED ON 5/7/2019 10:12:02 AM AND RECORDED IN DEED 2019 Pages 9493 - 9495