# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  ROSE RENTAL PROPERTIES, LLC                                  NO. 25-03091-JAW

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Bankruptcy Rules 1010(b) and 7007.1(a), Citizens National Bank of Meridian declares that no corporation directly or indirectly owns ten percent (10%) or more of any class of its equity interests.

DATED:  February 19, 2026.

                                        CITIZENS NATIONAL
                                        BANK OF MERIDIAN

                                        By:   /s/ Jeff Rawlings
                                                  Its Attorney

Jeff Rawlings
Rawlings & MacInnis, P.A.
P.O. Box 1789
Madison, MS 39130-1789
601-898-1180
jeff@rawlingsmacinnis.net
MSB # 4642