IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  ROSE RENTAL PROPERTIES, LLC                    NO. 25-03091-JAW

## CERTIFICATE OF SERVICE

    I hereby certify that on February 19, 2026, a copy of the Motion for Relief from Automatic Stay (Dkt #111) and Notice of Hearing and Deadlines (Dkt #116) were served by first class mail, postage prepaid, or ECF registration, to all creditors and parties in interest on the attached mailing matrix.

                                              /s/ Jeff Rawlings
                                              Jeff D. Rawlings

Jeff D. Rawlings
Rawlings & MacInnis, P.A.
P.O. Box 1789
Madison, MS 39130-1789
601-898-1180
jeff@rawlingsmacinnis.net
MSB # 4642

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0538-3<br>Case 25-03091-KMS<br>Southern District of Mississippi<br>Jackson-3 Divisional Office<br>Thu Feb 19 12:42:43 CST 2026 | (p)CITIZENS NATIONAL BANK<br>P O BOX 911<br>MERIDIAN MS 39302-0911 | Community Bank<br>PO Box 59<br>Forest, MS 39074-0059 |
| Rose Rental Properties, LLC<br>1920 Bellewood Rd<br>Jackson, MS 39211-5705 | U.S. Bankruptcy Court<br>Thad Cochran U.S. Courthouse<br>501 E. Court Street<br>Suite 2.300<br>Jackson, MS 39201-5036 | ADRIANNE NEWSOME***<br>251 MAXINE DR<br>PEARL, MS 39208-4912 |
| ASIA BASS***<br>832 SUSSEX PLACE<br>RIDGELAND, MS 39157-1232 | American Express<br>P.O. Box 981537<br>El Paso, TX 79998-1537 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 |
| CHANNING JONES***<br>689 WEST DR<br>RIDGELAND, MS 39157-4612 | CHRISTY MUNRO***<br>632 RALDE CIR<br>RIDGELAND, MS 39157-3921 | EMILY HARDEN***<br>801 PLANTERS POINT<br>CANTON, MS 39046-9467 |
| HINDS CO TAX COLLECTOR<br>P.O. BOX 1727<br>JACKSON, MS 39215-1727 | Hinds County Tax Collector<br>316 South President Street<br>Jackson MS 39201-4801 | Internal Revenue Servi<br>Centralized Insolvency<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Internal Revenue Servi<br>c/o US Attorney<br>501 East Court St<br>Ste 4.430<br>Jackson, MS 39201-5025 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Jeff D. Rawlings, Esq.<br>Rawlings & MacInnis, P.A><br>Counsel for The Citizens National Bank<br>P.O. Box 1789<br>Madison, MS 39130-1789 |
| Jerrick W. Rose<br>1920 Bellewood Dr<br>Jackson, MS 39211-5705 | KRISTIE RANCE***<br>928 GARVIN ST<br>JACKSON, MS 39206-5090 | King & Spencer<br>for Community Bank<br>1855 Crane Ridge Dr<br>Ste D<br>Jackson, MS 39216-4944 |
| MADISON CO TAX COLL***<br>P.O. BOX 113<br>CANTON, MS 39046-0113 | MS Dept of Revenue<br>Bankruptcy Section<br>PO Box 22808<br>Jackson, MS 39225-2808 | (p)MISSISSIPPI STATE TAX COMMISSION<br>P O BOX 22808<br>JACKSON MS 39225-2808 |
| Pediatric Dental Studio<br>201 Riverwind Dr<br>Pearl, MS 39208-5653 | RANKIN CO TAX COLLE***<br>211 E GOVERNMENT ST<br>BRANDON, MS 39042-3269 | Rawlings & MacInnis<br>for Citizens National<br>P.O. Box 1789<br>Madison, MS 39130-1789 |
| Sarah Beth Wilson, Esq.<br>Phelps Dunbar, LLP<br>Counsel for Community Bank<br>1905 Community Bank Way, Suite 200<br>Flowood, MS 39232-1249 | U.S. Attorney S.D. Mississippi<br>c/o Internal Revenue Service<br>501 E. Court Street, Ste. 4.430<br>Jackson, MS 39201-5025 | U.S. Attorney S.D. Mississippi<br>c/o U.S. Securities and Exchange Commiss<br>501 E. Court Street, Ste. 4.430<br>Jackson, MS 39201-5025 |

| | | |
|---|---|---|
| U.S. Securities and Exchange Commission<br>Office of Reorganization<br>950 East Paces Ferry Road, Suite 900<br>Atlanta, GA 30326-1382 | US Attorney General<br>US Dept of Justice<br>950 Pennsylvania AveNW<br>Washington, DC 20530-0001 | United States Trustee<br>501 East Court Street<br>Suite 6-430<br>Jackson, MS 39201-5022 |
| Craig M. Geno<br>Law Offices of Craig M. Geno, PLLC<br>601 Renaissance Way<br>Suite A<br>Ridgeland, MS 39157-6038 | Thomas Carl Rollins Jr<br>The Rollins Law Firm, PLLC<br>PO BOX 13767<br>Jackson, MS 39236-3767 | Victoria Prowant<br>115 Laurel Park Cv Ste 210<br>Flowood, MS 39232-8054 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Citizens National Bank<br>512 22nd Ave<br>Meridian, MS 39301 | (d)Citizens National Bank<br>512 22nd Ave<br>Meridian, MS 39301 | Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 |
| MS State Tax Commission<br>Bankruptcy Section<br>P.O. Box 23338<br>Jackson, MS 39225 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)The Citizens National Bank of Meridian | (d)Community Bank<br>PO Box 59<br>Forest, MS 39074-0059 | (u)Community Bank of Mississippi |
| (d)Hinds Co Tax Collector<br>P.O. Box 1727<br>Jackson, MS 39215-1727 | End of Label Matrix<br>Mailable recipients    35<br>Bypassed recipients     4<br>Total                  39 | |