IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Rose Rental Properties, LLC, Debtor             Case No. 25-03091-KMS
                                                          CHAPTER 11

## ORDER APPROVING THE SALE OF CERTAIN REAL PROPERTY

ON THIS DATE the Court considered the Motion to Approve the Sale of Certain Real Property (Dk # ___) and no objection to the motion was timely filed by any party. It is therefore,

**ORDERED** and **ADJUDGED** that the sale of the Real Property is approved. Debtor is allowed to sell certain real property, located at 632 Ralde Cir, Ridgeland, MS 39157 and more particularly described as:

> Lot 80, Lakeland Estates, Part III, a subdivision according to the map or plat thereof which is on file and of record in the office of the Chancery Clerk of Madison County at Canton, Mississippi recorded in Plat Cabinet A, at Slide 115, reference to which is hereby made in aid of and as a apart of this description.

IT IS FURTHER **ORDERED** AND **ADJUDGED** that Citizens National Bank's ("Creditor") lien shall not be subordinated to any costs or expenses other than ad valorem taxes paid at closing, the above provisions in paragraph 5, and any additional commercially reasonable costs approved by the Creditor.

IT IS FURTHER **ORDERED** AND **ADJUDGED** that Debtor will submit the settlement statement, deed, title commitment, and loan payoff statement to Creditor at least 48 hours prior to closing for approval. That Creditor shall approve final closing documents prior to closing date.

IT IS FURTHER **ORDERED** AND **ADJUDGED** that the property should be sold free and clear of all liens, claims, interests, and encumberances pursuant to 11 USC §363(f), with all such

liens and interests to attach to the sales proceeds in the same priority as they attached to the Property.

Th IT IS FURTHER **ORDERED** AND **ADJUDGED** that at the Creditor shall be paid from the proceeds as a condition of closing.

IT IS FURTHER **ORDERED** AND **ADJUDGED** that upon entry of an order, the automatic stay under 11 USC §362(d) shall be lifted as to the sale proceeds only to allow the Creditor to apply proceeds to the loan.

##END OF ORDER##

SUBMITTED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr., (MSBN103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601)500-5533