## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Rose Rental Properties, LLC, Debtor          Case No. 25-03091-KMS
                                                      CHAPTER 11

## NOTICE

Debtor has filed papers with the court to approve the sale of certain real property. **Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the Motion, or if you want the court to consider your views on the Motion, then on or before 21 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to the debtors' attorney:

Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion.

Date: February 19, 2026        Signature:   /s/ Thomas C. Rollins, Jr.
                                            Thomas C. Rollins, Jr. (MSBN 103469)
                                            Jennifer A Curry Calvillo (MSBN 104367)
                                            The Rollins Law Firm, PLLC
                                            PO Box 13767
                                            Jackson, MS 39236
                                            601-500-5533
                                            trollins@therollinsfirm.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Rose Rental Properties, LLC, Debtor          Case No. 25-03091-KMS
                                                                   CHAPTER 11

## MOTION TO APPROVE THE SALE OF CERTAIN REAL PROPERTY

COMES NOW, Debtor, by and through counsel, and moves this Court to approve the sale of certain real property, and in support thereof, would show the Court as follows:

1. Debtor commenced this case by filing a voluntary petition for relief under Chapter 11 of Title 11 of the United States Bankruptcy Code.
2. That Debtor has put up for sale for Certain Real Property located at 632 Ralde Cir, Ridgeland, MS 39157 ("Property"). This includes the house and land that is mortgaged by Citizens National Bank ("Creditor"), and more particularly described as:

    > Lot 80, Lakeland Estates, Part III, a subdivision according to the map or plat thereof which is on file and of record in the office of the Chancery Clerk of Madison County at Canton, Mississippi recorded in Plat Cabinet A, at Slide 115, reference to which is hereby made in aid of and as a apart of this description.

3. That Victoria Prowant has been approved by the Court as a Realtor to list the debtor's properties.
4. That Debtor wishes to sell the property for $116,950.00  That the loan with Creditor should be paid from the proceeds after all closing costs and provisions have been paid.
5. That the Debtor shall pay the following closing costs and provisions:
    a. Commission to Sellers agent in the amount of 2.5% of Gross Sales Price
    b. Commission to Buyers agent in the amount of 2.5% of Gross Sales Price
    c. Kitchen refrigerator will remain with property, at no additional value or cost.
    d. All taxes, rents, utilities, and other assessments and appropriate Property Owners Fees to be prorated as of the date of closing.
    e. All rent and security deposits to be prorated at time of closing
    f. Lease to be assumed by buyer.
6. That the Creditor's lien shall not be subordinated to any costs or expenses other than ad valorem taxes paid at closing, the above provisions in paragraph 5, and any additional commercially reasonable costs approved by the Creditor.

7. That the expected closing date is March 16, 2026.
8. That the offer is a cash offer. That if the contract were to fail, the $2,500.00 earnest money shall be forfeited to Creditor.
9. That a copy of the contract is atached as Exhibit" A."
10. That Debtor will submit the settlement statement, deed, title commitment, and loan payoff statement to Creditor at least 48 hours prior to closing for approval. That Creditor shall approve final closing documents prior to closing date.
11. That the property should be sold free and clear of all liens, claims, interests, and encumberances pursuant to 11 USC §363(f), with all such liens and interests to attach to the sales proceeds in the same priority as they attached to the Property.
12. That the Creditor shall be paid from the proceeds as a condition of closing.
13. That upon entry of an order, the automatic stay under 11 USC §362(d) shall be lifted as to the sale proceeds only to allow the Creditor to apply proceeds to the loan.

WHEREFORE, Debtor prays that this motion be approved and for such additional or alternative relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

**CERTIFICATE OF SERVICE**

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion were forwarded on February 13, 2026, to:

By USPS First Class Mail: All creditors on the attached matrix

By Electronic CM/ECF Notice:

Craig M. Geno
cmgeno@cmgenolaw.com, kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com

Craig M. Geno on behalf of Trustee Craig M. Geno
cmgeno@cmgenolaw.com, kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com

Abigail M. Marbury on behalf of U.S. Trustee United States Trustee
abigail.m.marbury@usdoj.gov

Jeff D. Rawlings on behalf of Creditor The Citizens National Bank of Meridian
Notices@rawlingsmacinnis.net, Judy@rawlingsmacinnis.net

Thomas Carl Rollins, Jr on behalf of Debtor In Possession Rose Rental Properties, LLC
trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
USTPRegion05.JA.ECF@usdoj.gov

Sarah Beth Wilson on behalf of Creditor Community Bank
sarah.beth.wilson@phelps.com, 1069885420@filings.docketbird.com;robin.goodman@phelps.com;Danielle.Mashburn-Myrick@phelps.com,1069885420@filings.docketbird.com

 

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 25-03091 |
|---|---|
| ROSE RENTAL PROPERTIES, LLC | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 11 |

On 2/19/2026, I did cause a copy of the following documents, described below,

Notice and Motion to Approve Sale

Exhibit A

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/19/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>ROSE RENTAL PROPERTIES, LLC | CASE NO: 25-03091<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 11 |

On 2/19/2026, a copy of the following documents, described below,

Notice and Motion to Approve Sale

Exhibit A

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/19/2026

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 25-03091<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>THU FEB 19 10-43-6 PST 2026 | (P)CITIZENS NATIONAL BANK<br>P O BOX 911<br>MERIDIAN MS 39302-0911 | COMMUNITY BANK<br>PO BOX 59<br>FOREST  MS 39074-0059 |
| DEBTOR<br><br>ROSE RENTAL PROPERTIES  LLC<br>1920 BELLEWOOD RD<br>JACKSON  MS 39211-5705 | ~~EXCLUDE~~<br><br>~~(U)THE CITIZENS NATIONAL BANK OF MERIDIAN~~ | ~~EXCLUDE~~<br><br>~~US BANKRUPTCY COURT~~<br>~~THAD COCHRAN US COURTHOUSE~~<br>~~501 E COURT STREET~~<br>~~SUITE 2300~~<br>~~JACKSON  MS 39201-5036~~ |
| ADRIANNE NEWSOME<br>251 MAXINE DR<br>PEARL  MS 39208-4912 | ASIA BASS<br>832 SUSSEX PLACE<br>RIDGELAND  MS 39157-1232 | AMERICAN EXPRESS<br>PO BOX 981537<br>EL PASO  TX 79998-1537 |
| AMERICAN EXPRESS NATIONAL BANK<br>CO BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN  PA 19355-0701 | CHANNING JONES<br>689 WEST DR<br>RIDGELAND  MS 39157-4612 | CHRISTY MUNRO<br>632 RALDE CIR<br>RIDGELAND  MS 39157-3921 |
| ~~EXCLUDE~~<br><br>~~(D)(P)CITIZENS NATIONAL BANK~~<br>~~P O BOX 911~~<br>~~MERIDIAN MS 39302-0911~~ | ~~EXCLUDE~~<br><br>~~(D)COMMUNITY BANK~~<br>~~PO BOX 59~~<br>~~FOREST  MS 39074-0059~~ | ~~EXCLUDE~~<br><br>~~(U)COMMUNITY BANK OF MISSISSIPPI~~ |
| EMILY HARDEN<br>801 PLANTERS POINT<br>CANTON  MS 39046-9467 | HINDS CO TAX COLLECTOR<br>PO BOX 1727<br>JACKSON  MS 39215-1727 | ~~EXCLUDE~~<br><br>~~(D)HINDS CO TAX COLLECTOR~~<br>~~PO BOX 1727~~<br>~~JACKSON  MS 39215-1727~~ |
| HINDS COUNTY TAX COLLECTOR<br>316 SOUTH PRESIDENT STREET<br>JACKSON MS 39201-4801 | INTERNAL REVENUE SERVI<br>CENTRALIZED INSOLVENCY<br>PO BOX 7346<br>PHILADELPHIA  PA 19101-7346 | INTERNAL REVENUE SERVI<br>CO US ATTORNEY<br>501 EAST COURT ST<br>STE 4430<br>JACKSON  MS 39201-5025 |
| (P)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | JEFF D RAWLINGS  ESQ<br>RAWLINGS  MACINNIS  PA<br>COUNSEL FOR THE CITIZENS NATIONAL BANK<br>PO BOX 1789<br>MADISON  MS 39130-1789 | JERRICK W ROSE<br>1920 BELLEWOOD DR<br>JACKSON  MS 39211-5705 |
| KRISTIE RANCE<br>928 GARVIN ST<br>JACKSON  MS 39206-5090 | KING  SPENCER<br>FOR COMMUNITY BANK<br>1855 CRANE RIDGE DR<br>STE D<br>JACKSON  MS 39216-4944 | MADISON CO TAX COLL<br>PO BOX 113<br>CANTON  MS 39046-0113 |

```
MS DEPT OF REVENUE                    (P)MISSISSIPPI STATE TAX COMMISSION   PEDIATRIC DENTAL STUDIO
BANKRUPTCY SECTION                    P O BOX 22808                         201 RIVERWIND DR
PO BOX 22808                          JACKSON MS 39225-2808                 PEARL   MS 39208-5653
JACKSON  MS 39225-2808



RANKIN CO TAX COLLE                   RAWLINGS  MACINNIS                    SARAH BETH WILSON  ESQ
211 E GOVERNMENT ST                   FOR CITIZENS NATIONAL                 PHELPS DUNBAR  LLP
BRANDON  MS 39042-3269                PO BOX 1789                           COUNSEL FOR COMMUNITY BANK
                                      MADISON   MS 39130-1789               1905 COMMUNITY BANK WAY  SUITE 200
                                                                            FLOWOOD  MS 39232-1249



US ATTORNEY SD MISSISSIPPI            US ATTORNEY SD MISSISSIPPI            US SECURITIES AND EXCHANGE COMMISSION
CO INTERNAL REVENUE SERVICE           CO US SECURITIES AND EXCHANGE COMMISS OFFICE OF REORGANIZATION
501 E COURT STREET  STE 4430          501 E COURT STREET  STE 4430          950 EAST PACES FERRY ROAD  SUITE 900
JACKSON  MS 39201-5025                JACKSON  MS 39201-5025                ATLANTA  GA 30326-1382



                                      EXCLUDE                               EXCLUDE

US ATTORNEY GENERAL                   UNITED STATES TRUSTEE                 CRAIG M GENO
US DEPT OF JUSTICE                    501 EAST COURT STREET                 LAW OFFICES OF CRAIG M GENO  PLLC
950 PENNSYLVANIA AVENW                SUITE 6-430                           601 RENAISSANCE WAY
WASHINGTON  DC 20530-0001             JACKSON  MS 39201-5022                SUITE A
                                                                            RIDGELAND  MS 39157-6038


EXCLUDE

THOMAS CARL ROLLINS JR                VICTORIA PROWANT
THE ROLLINS LAW FIRM  PLLC            115 LAUREL PARK CV STE 210
PO BOX 13767                          FLOWOOD  MS 39232-8054
JACKSON  MS 39236-3767
```