# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Rose Rental Properties, LLC, Debtor         Case No. 25-03091-KMS
                                                     CHAPTER 11

## MOTION TO APPROVE THE SALE OF CERTAIN REAL PROPERTY

COMES NOW, Debtor, by and through counsel, and moves this Court to approve the sale of certain real property, and in support thereof, would show the Court as follows:

1. Debtor commenced this case by filing a voluntary petition for relief under Chapter 11 of Title 11 of the United States Bankruptcy Code.
2. That Debtor has put up for sale for Certain Real Property located at 105 Northtown Dr, Jackson, MS 39211 ("Property").  This includes the house and land that is mortgaged by Citizens National Bank ("Creditor"), and more particularly described as:
    Lot 3 North Brighton Subn Part 1, Hinds County, Mississippi
3. That Victoria Prowant has been approved by the Court as a Realtor to list the debtor's properties.
4. That Debtor wishes to sell the property for $128,000. That the loan with Creditor should be paid from the proceeds after all closing costs and provisions have been paid.
5. That the Debtor shall pay the following closing costs and provisions:
    a. Commission to Sellers agent in the amount of 2.5% of Gross Sales Price
    b. Kitchen refrigerator shall stay with property at no additional cost
    c. The contract is contingent upon successful inspection
    d. $3,000 towards closing costs.
    e. All taxes, rents, utilities, and other assessments and appropriate Property Owners Fees to be prorated as of the date of closing.
    f. Seller to pay difference in homestead and non-homestead taxes if not in place at time of closing.
6. That the Creditor's lien shall not be subordinated to any costs or expenses other than ad valorem taxes paid at closing, the above provisions in paragraph 5, and any additional commercially reasonable costs approved by the Creditor.
7. That the expected closing date is March 13, 2026.

8. That the offer is subject to FHA loan approval. That if the contract were to fail, the $500 earnest money shall be forfeited to Creditor.
9. That a copy of the contract is atached as Exhibit" A."
10. That Debtor will submit the settlement statement, deed, title commitment, and loan payoff statement to Creditor at least 48 hours prior to closing for approval. That Creditor shall approve final closing documents prior to closing date.
11. That the property should be sold free and clear of all liens, claims, interests, and encumberances pursuant to 11 USC §363(f), with all such liens and interests to attach to the sales proceeds in the same priority as they attached to the Property.
12. That the Creditor shall be paid from the proceeds as a condition of closing.
13. That upon entry of an order, the automatic stay under 11 USC §362(d) shall be lifted as to the sale proceeds only to allow the Creditor to apply proceeds to the loan.

WHEREFORE, Debtor prays that this motion be approved and for such additional or alternative relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

# **CERTIFICATE OF SERVICE**

      I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion were forwarded on February 19, 2026, to:

By USPS First Class Mail: All creditors on the attached matrix

By Electronic CM/ECF Notice:

    Craig M. Geno
    cmgeno@cmgenolaw.com, kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com

    Craig M. Geno on behalf of Trustee Craig M. Geno
    cmgeno@cmgenolaw.com, kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com

    Abigail M. Marbury on behalf of U.S. Trustee United States Trustee
    abigail.m.marbury@usdoj.gov

    Jeff D. Rawlings on behalf of Creditor The Citizens National Bank of Meridian
    Notices@rawlingsmacinnis.net, Judy@rawlingsmacinnis.net

    Thomas Carl Rollins, Jr on behalf of Debtor In Possession Rose Rental Properties, LLC
    trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

    United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

    Sarah Beth Wilson on behalf of Creditor Community Bank
    sarah.beth.wilson@phelps.com, 1069885420@filings.docketbird.com;robin.goodman@phelps.com;Danielle.Mashburn-Myrick@phelps.com,1069885420@filings.docketbird.com

                                           /s/ Thomas C. Rollins, Jr.
                                           Thomas C. Rollins, Jr.