## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Rose Rental Properties, LLC, Debtor         Case No. 25-03091-KMS
                                                      **CHAPTER 11**

### ORDER APPROVING THE SALE OF CERTAIN REAL PROPERTY

ON THIS DATE the Court considered the Motion to Approve the Sale of Certain Real Property (Dk # ___) and no objection to the motion was timely filed by any party. It is therefore,

**ORDERED** and **ADJUDGED** that the sale of the Real Property is approved. Debtor is allowed to sell certain real property, located at 105 Northtown Dr, Jackson, MS 39211 ("Property") and more particularly described as:

Lot 3 North Brighton Subn Part 1, Hinds County, Mississippi

IT IS FURTHER **ORDERED** AND **ADJUDGED** that Citizen National Bank's ("Creditor") lien shall not be subordinated to any costs or expenses other than ad valorem taxes paid at closing, the above provisions in paragraph 5, and any additional commercially reasonable costs approved by the Creditor.

IT IS FURTHER **ORDERED** AND **ADJUDGED** that Debtor will submit the settlement statement, deed, title commitment, and loan payoff statement to Creditor at least 48 hours prior to closing for approval. That Creditor shall approve final closing documents prior to closing date.

IT IS FURTHER **ORDERED** AND **ADJUDGED** that the property should be sold free and clear of all liens, claims, interests, and encumberances pursuant to 11 USC §363(f), with all such liens and interests to attach to the sales proceeds in the same priority as they attached to the Property.

Th IT IS FURTHER **ORDERED** AND **ADJUDGED** that at the Creditor shall be paid from the proceeds as a condition of closing.

IT IS FURTHER **ORDERED** AND **ADJUDGED** that upon entry of an order, the automatic stay under 11 USC §362(d) shall be lifted as to the sale proceeds only to allow the Creditor to apply proceeds to the loan.

##END OF ORDER##

SUBMITTED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr., (MSBN103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601)500-5533