IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Rose Rental Properties, LLC, Debtor        Case No. 25-03091-KMS
                                                     CHAPTER 11

## NOTICE

Debtor has filed papers with the court to approve the sale of certain real property. **Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the Motion, or if you want the court to consider your views on the Motion, then on or before 21 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to the debtors' attorney:

Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion.

Date: February 19, 2026        Signature:   /s/ Thomas C. Rollins, Jr.
                                            Thomas C. Rollins, Jr. (MSBN 103469)
                                            Jennifer A Curry Calvillo (MSBN 104367)
                                            The Rollins Law Firm, PLLC
                                            PO Box 13767
                                            Jackson, MS 39236
                                            601-500-5533
                                            trollins@therollinsfirm.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Rose Rental Properties, LLC, Debtor        Case No. 25-03091-KMS
                                                     CHAPTER 11

## MOTION TO APPROVE THE SALE OF CERTAIN REAL PROPERTY

COMES NOW, Debtor, by and through counsel, and moves this Court to approve the sale of certain real property, and in support thereof, would show the Court as follows:

1. Debtor commenced this case by filing a voluntary petition for relief under Chapter 11 of Title 11 of the United States Bankruptcy Code.
2. That Debtor has put up for sale for Certain Real Property located at 105 Northtown Dr, Jackson, MS 39211 ("Property"). This includes the house and land that is mortgaged by Citizens National Bank ("Creditor"), and more particularly described as:

    Lot 3 North Brighton Subn Part 1, Hinds County, Mississippi

3. That Victoria Prowant has been approved by the Court as a Realtor to list the debtor's properties.
4. That Debtor wishes to sell the property for $128,000. That the loan with Creditor should be paid from the proceeds after all closing costs and provisions have been paid.
5. That the Debtor shall pay the following closing costs and provisions:
    a. Commission to Sellers agent in the amount of 2.5% of Gross Sales Price
    b. Kitchen refrigerator shall stay with property at no additional cost
    c. The contract is contingent upon successful inspection
    d. $3,000 towards closing costs.
    e. All taxes, rents, utilities, and other assessments and appropriate Property Owners Fees to be prorated as of the date of closing.
    f. Seller to pay difference in homestead and non-homestead taxes if not in place at time of closing.
6. That the Creditor's lien shall not be subordinated to any costs or expenses other than ad valorem taxes paid at closing, the above provisions in paragraph 5, and any additional commercially reasonable costs approved by the Creditor.
7. That the expected closing date is March 13, 2026.

8. That the offer is subject to FHA loan approval. That if the contract were to fail, the $500 earnest money shall be forfeited to Creditor.
9. That a copy of the contract is atached as Exhibit" A."
10. That Debtor will submit the settlement statement, deed, title commitment, and loan payoff statement to Creditor at least 48 hours prior to closing for approval. That Creditor shall approve final closing documents prior to closing date.
11. That the property should be sold free and clear of all liens, claims, interests, and encumberances pursuant to 11 USC §363(f), with all such liens and interests to attach to the sales proceeds in the same priority as they attached to the Property.
12. That the Creditor shall be paid from the proceeds as a condition of closing.
13. That upon entry of an order, the automatic stay under 11 USC §362(d) shall be lifted as to the sale proceeds only to allow the Creditor to apply proceeds to the loan.

WHEREFORE, Debtor prays that this motion be approved and for such additional or alternative relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

# **CERTIFICATE OF SERVICE**

      I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion were forwarded on February 19, 2026, to:

By USPS First Class Mail: All creditors on the attached matrix

By Electronic CM/ECF Notice:

    Craig M. Geno
    cmgeno@cmgenolaw.com, kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com

    Craig M. Geno on behalf of Trustee Craig M. Geno
    cmgeno@cmgenolaw.com, kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com

    Abigail M. Marbury on behalf of U.S. Trustee United States Trustee
    abigail.m.marbury@usdoj.gov

    Jeff D. Rawlings on behalf of Creditor The Citizens National Bank of Meridian
    Notices@rawlingsmacinnis.net, Judy@rawlingsmacinnis.net

    Thomas Carl Rollins, Jr on behalf of Debtor In Possession Rose Rental Properties, LLC
    trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

    United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

    Sarah Beth Wilson on behalf of Creditor Community Bank
    sarah.beth.wilson@phelps.com, 1069885420@filings.docketbird.com;robin.goodman@phelps.com;Danielle.Mashburn-Myrick@phelps.com,1069885420@filings.docketbird.com

                                       /s/ Thomas C. Rollins, Jr.
                                       Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

ROSE RENTAL PROPERTIES, LLC

CASE NO: 25-03091

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 11

On 2/19/2026, I did cause a copy of the following documents, described below,

Notice and Motion to Approve Sale

Exhibit A

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/19/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>ROSE RENTAL PROPERTIES, LLC | CASE NO: 25-03091<br><br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br><br>Chapter: 11 |

On 2/19/2026, a copy of the following documents, described below,

Notice and Motion to Approve Sale

Exhibit A

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/19/2026

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 25-03091<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>THU FEB 19 11-10-56 PST 2026 | (P)CITIZENS NATIONAL BANK<br>P O BOX 911<br>MERIDIAN MS 39302-0911 | COMMUNITY BANK<br>PO BOX 59<br>FOREST MS 39074-0059 |
| DEBTOR<br><br>ROSE RENTAL PROPERTIES LLC<br>1920 BELLEWOOD RD<br>JACKSON MS 39211-5705 | ~~EXCLUDE~~<br><br>~~(U)THE CITIZENS NATIONAL BANK OF MERIDIAN~~ | ~~EXCLUDE~~<br><br>~~US BANKRUPTCY COURT~~<br>~~THAD COCHRAN US COURTHOUSE~~<br>~~501 E COURT STREET~~<br>~~SUITE 2300~~<br>~~JACKSON MS 39201-5036~~ |
| ADRIANNE NEWSOME<br>251 MAXINE DR<br>PEARL MS 39208-4912 | ASIA BASS<br>832 SUSSEX PLACE<br>RIDGELAND MS 39157-1232 | AMERICAN EXPRESS<br>PO BOX 981537<br>EL PASO TX 79998-1537 |
| AMERICAN EXPRESS NATIONAL BANK<br>CO BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | CHANNING JONES<br>689 WEST DR<br>RIDGELAND MS 39157-4612 | CHRISTY MUNRO<br>632 RALDE CIR<br>RIDGELAND MS 39157-3921 |
| ~~EXCLUDE~~<br><br>~~(D)(P)CITIZENS NATIONAL BANK~~<br>~~P O BOX 911~~<br>~~MERIDIAN MS 39302-0911~~ | ~~EXCLUDE~~<br><br>~~(D)COMMUNITY BANK~~<br>~~PO BOX 59~~<br>~~FOREST MS 39074-0059~~ | ~~EXCLUDE~~<br><br>~~(U)COMMUNITY BANK OF MISSISSIPPI~~ |
| EMILY HARDEN<br>801 PLANTERS POINT<br>CANTON MS 39046-9467 | HINDS CO TAX COLLECTOR<br>PO BOX 1727<br>JACKSON MS 39215-1727 | ~~EXCLUDE~~<br><br>~~(D)HINDS CO TAX COLLECTOR~~<br>~~PO BOX 1727~~<br>~~JACKSON MS 39215-1727~~ |
| HINDS COUNTY TAX COLLECTOR<br>316 SOUTH PRESIDENT STREET<br>JACKSON MS 39201-4801 | INTERNAL REVENUE SERVI<br>CENTRALIZED INSOLVENCY<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | INTERNAL REVENUE SERVI<br>CO US ATTORNEY<br>501 EAST COURT ST<br>STE 4430<br>JACKSON MS 39201-5025 |
| (P)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | JEFF D RAWLINGS ESQ<br>RAWLINGS MACINNIS PA<br>COUNSEL FOR THE CITIZENS NATIONAL BANK<br>PO BOX 1789<br>MADISON MS 39130-1789 | JERRICK W ROSE<br>1920 BELLEWOOD DR<br>JACKSON MS 39211-5705 |
| KRISTIE RANCE<br>928 GARVIN ST<br>JACKSON MS 39206-5090 | KING SPENCER<br>FOR COMMUNITY BANK<br>1855 CRANE RIDGE DR<br>STE D<br>JACKSON MS 39216-4944 | MADISON CO TAX COLL<br>PO BOX 113<br>CANTON MS 39046-0113 |

```
MS DEPT OF REVENUE                  (P)MISSISSIPPI STATE TAX COMMISSION    PEDIATRIC DENTAL STUDIO
BANKRUPTCY SECTION                  P O BOX 22808                          201 RIVERWIND DR
PO BOX 22808                        JACKSON MS 39225-2808                  PEARL  MS 39208-5653
JACKSON  MS 39225-2808



RANKIN CO TAX COLLE                 RAWLINGS  MACINNIS                     SARAH BETH WILSON  ESQ
211 E GOVERNMENT ST                 FOR CITIZENS NATIONAL                  PHELPS DUNBAR  LLP
BRANDON  MS 39042-3269              PO BOX 1789                            COUNSEL FOR COMMUNITY BANK
                                    MADISON   MS 39130-1789                1905 COMMUNITY BANK WAY  SUITE 200
                                                                           FLOWOOD  MS 39232-1249



US ATTORNEY SD MISSISSIPPI          US ATTORNEY SD MISSISSIPPI             US SECURITIES AND EXCHANGE COMMISSION
CO INTERNAL REVENUE SERVICE         CO US SECURITIES AND EXCHANGE COMMISS  OFFICE OF REORGANIZATION
501 E COURT STREET  STE 4430        501 E COURT STREET  STE 4430           950 EAST PACES FERRY ROAD  SUITE 900
JACKSON  MS 39201-5025              JACKSON  MS 39201-5025                 ATLANTA  GA 30326-1382


                                    EXCLUDE                                EXCLUDE

US ATTORNEY GENERAL                 UNITED STATES TRUSTEE                  CRAIG M GENO
US DEPT OF JUSTICE                  501 EAST COURT STREET                  LAW OFFICES OF CRAIG M GENO  PLLC
950 PENNSYLVANIA AVENW              SUITE 6-430                            601 RENAISSANCE WAY
WASHINGTON  DC 20530-0001           JACKSON  MS 39201-5022                 SUITE A
                                                                           RIDGELAND  MS 39157-6038


EXCLUDE

THOMAS CARL ROLLINS JR              VICTORIA PROWANT
THE ROLLINS LAW FIRM  PLLC          115 LAUREL PARK CV STE 210
PO BOX 13767                        FLOWOOD  MS 39232-8054
JACKSON  MS 39236-3767
```