United States Bankruptcy Court
Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 25-03091-KMS |
| Rose Rental Properties, LLC | Chapter 11 |
|     Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
| Date Rcvd: Feb 19, 2026 | Form ID: n114 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | Rose Rental Properties, LLC, 1920 Bellewood Rd, Jackson, MS 39211-5705 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2026            Signature:           /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abigail M. Marbury | on behalf of U.S. Trustee United States Trustee abigail.m.marbury@usdoj.gov |
| Craig M. Geno | cmgeno@cmgenolaw.com kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com |
| Craig M. Geno | on behalf of Trustee Craig M. Geno cmgeno@cmgenolaw.com kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com |
| Jeff D. Rawlings | on behalf of Creditor The Citizens National Bank of Meridian Notices@rawlingsmacinnis.net Judy@rawlingsmacinnis.net |
| Sarah Beth Wilson | on behalf of Creditor Community Bank sarah.beth.wilson@phelps.com 1069885420@filings.docketbird.com;robin.goodman@phelps.com;Danielle.Mashburn-Myrick@phelps.com,1069885420@filings.docketbird.com |

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Feb 19, 2026 | Form ID: n114 | Total Noticed: 1 |

Thomas Carl Rollins, Jr
    on behalf of Debtor In Possession Rose Rental Properties  LLC trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 7

Form n114–4001 (Rev. 8/15/2017)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

    **Rose Rental Properties, LLC**

**CASE NO. 25–03091–KMS**

    **DEBTOR.**

**CHAPTER 11**

To: Jeff Rawlings, Esq.

**Clerk's Memorandum**

To ensure proper noticing and in compliance with Federal Rules of Bankruptcy Procedure Rule 4001(a)(1), please serve a copy of your * *Motion For Relief From Automatic Stay* filed on behalf of The Citizens National Bank of Meridian (Dkt. # 111) and the *Notice of Hearing* (Dkt. # 116 ) to all affected parties and the Twenty Largest Unsecured Creditors (or the Unsecured Creditors' Committee if one has been appointed by the United States Trustee).

The *Twenty Largest Unsecured Creditors* may be obtained *via* PACER: *Query> Creditor> Creditor Type: 20 Largest Unsecured Creditors.*

If a *Creditors' Committee* has been appointed the members may be obtained *via* PACER: *Query> Party*.

Mailings must be completed by **February 24, 2026**.

Certificate of Service must be filed with the court on or before **March 11, 2026**.

The Certificate of Service (the "Certificate") must specify the method of service, and must identify all parties served. A list containing the names and addresses of the 20 largest unsecured creditors or creditors' committee members (whichever is applicable) may be attached to the Certificate. *(Example is shown on the back of this notice).*

Dated: 2/19/26

    Danny L. Miller, Clerk of Court
    U.S. Bankruptcy Court
    Thad Cochran U.S. Courthouse
    501 E. Court Street
    Suite 2.300
    Jackson, MS 39201
    601–608–4600

**\*Note*:  If you have already served/mailed the motion it will only be necessary to serve/mail the hearing notice.

# E X A M P L E

CERTIFICATE OF SERVICE

I, _____(name), do hereby certify that I have this date transmitted *via* Electronic Case Filing, and/or *via* U.S. Mail, postage prepaid, a true and correct copy of _____ (pleadings/documents) to the below parties:

**Notice Provided *via* First Class U.S. Mail**:

20 Largest Unsecured Creditors **or** Unsecured Creditors Committee (see attachment)

Angelia Spencer
P.O. Box 17
Stonewall, MS 39363

**Service provided *via* Notice of Electronic Filing (NEF) through ECF system**:

United States Trustee;
John Doe, Esq.;
John Smith, Trustee

Dated this the \_\_\_ day of _____, 20\_\_\_.    Signature_____
                                                                                           (Attorney for Movant)

Attorney Information:

[Name]
[Address]
[Telephone No.]
[Email]
[State Bar No.]