# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Rose Rental Properties, LLC, Debtor        Case No. 25-03091-KMS
                                                    CHAPTER 11

## MOTION TO REDUCE NOTICE TIME ON DEBTORS' MOTION

COME NOW, Debtors, by and through counsel, and moves this Court to reduce the notice time on the Debtors' Motion to Approve the Sale of Certain Real Property (Dk #136), and in support thereof, would show the Court as follows:

1. The Debtor filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code on December 4, 2025.
2. The pending Sale Motion seeks approval of the sale of residential real property pursuant to 11 U.S.C. § 363.
3. The proposed purchaser is a third-party residential buyer whose offer is contingent upon consumer financing and customary contractual deadlines.
4. In residential transactions, financing commitments are time-sensitive and subject to expiration. Prolonged approval periods materially increase the risk that:
    a. the buyer's rate lock may expire;
    b. underwriting conditions may lapse or require re-approval;
    c. insurance binders may expire; and/or
5. In addition, residential contracts operate on shorter market timelines than commercial transactions. Delay increases the likelihood of:
    a. loss of the current purchaser;
    b. market deterioration or stigma associated with failed contracts;
    c. increased carrying costs to the estate (including taxes, insurance, utilities, and maintenance);
6. Each additional month of delay diminishes net proceeds available to secured creditors and the estate.
7. Shortening the notice period will not prejudice creditors. The sale is an arms-length transaction, and creditors will still receive notice and an opportunity to object within the shortened period.

8. Cause therefore exists under Bankruptcy Rule 9006(c) to reduce the twenty-one (21) day notice period to seven (7) days so that the sale may proceed within the contractual closing window and preserve maximum value for the estate.

WHEREFORE, the Debtor respectfully requests that the Court enter an Order reducing the notice period on the Sale Motion to seven (7) days, and for such other and further relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the foregoing was forwarded on March 3, 2026, to the creditor, case trustee and U.S. Trustee by cm/ecf notice.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.