

**SO ORDERED,**

*Katharine M. Samson*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: March 4, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

**ROSE RENTAL PROPERTIES, LLC,**                    **CASE NO. 25-03091-KMS**


**DEBTOR.**                                                      **CHAPTER 11**

**ORDER FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS TO THE PLAN AND FIXING TIME FOR FILING OBJECTIONS TO CONFIRMATION OF THE PLAN, COMBINED WITH NOTICE THEREOF AND OF THE HEARING ON <u>CONFIRMATION OF THE PLAN</u>**

A Chapter 11 Plan of Reorganization under Subchapter V (the "Plan") (Dkt. #139) having been filed by the Debtor on March 3, 2026.

**IT IS ORDERED, AND NOTICE IS HEREBY GIVEN, THAT**:

A.  April 8, 2026 is fixed as the last day for filing written acceptances or rejections of the Plan.

B.  Within 5 days after the entry of this order, the Debtor's attorney shall cause to be mailed to creditors, equity security holders, other parties in interest, and the United States trustee a copy of the following:

- This order;
- The Plan filed March 3, 2026;
- A ballot form for voting on the acceptance or rejection of the Plan, **which should be returned to the Debtor's attorney and not the Court.**  The Debtor's  attorney shall be served as follows: Thomas Carol Rollins, Jr., The Rollins Law Firm, PLLC, PO Box 13767 Jackson, MS  29236.

C.  After completion of the above mailing, the Debtor's attorney shall immediately file a Certificate of Service with the Court, listing the names and addresses of each party served.

D.  April 15, 2026 at 9:30 A.M., in the Thad Cochran U.S. Courthouse, Bankruptcy Courtroom 4D, 501 East Court Street, Jackson, Mississippi, is fixed for the hearing on the confirmation of the Plan.

E. April 8, 2026 is fixed as the last day for filing and serving written objections to confirmation of the Plan.  Attorneys and Registered Users of the Electronic Case Filing (ECF) System should file any response using ECF.  Others should file any response at U.S. Bankruptcy Court, Dan M. Russell, Jr. US Courthouse, 2012 15th Street, Suite 244, Gulfport, MS 39501.  If you file a response, you or your attorney are required to attend the hearing.  The hearing will be electronically recorded by the court.

##END OF ORDER##