# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Rose Rental Properties, LLC, Debtor        Case No. 25-03091-JAW
                                                     **CHAPTER 11**

## NOTICE

The undersigned counsel for Debtor has filed papers with the court to approve compensation.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the Application, or if you want the court to consider your views on the Application, then on or before 21 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201$

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to Debtor's attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Application for Compensation.

Date: March 5, 2026.        Signature:    /s/ Thomas C. Rollins, Jr.
                                          Thomas C. Rollins, Jr. (MSBN 103469)
                                          Jennifer A Curry Calvillo (MSBN 104367)
                                          The Rollins Law Firm, PLLC
                                          P.O. Box 13767
                                          Jackson, MS 39236
                                          601-500-5533
                                          trollins@therollinsfirm.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Rose Rental Properties, LLC, Debtor         Case No. 25-03091-JAW
                                                     CHAPTER 11

**FIRST APPLICATION OF THE ROLLINS LAW FIRM, PLLC FOR ALLOWANCE OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

The Rollins Law Firm, PLLC ("Applicant"), counsel for the Debtor-in-Possession, Rose Rental Properties, LLC (the "Debtor"), files this Application pursuant to 11 U.S.C. §§ 330 and 331 and Federal Rule of Bankruptcy Procedure 2016, requesting allowance of compensation for services rendered and reimbursement of expenses incurred during the period described below, and in support thereof respectfully shows the Court as follows:

1. The Debtor commenced this case by filing a voluntary petition for relief under Chapter 11 of the Bankruptcy Code on December 4, 2025. The Debtor continues to operate its business and manage its affairs as debtor-in-possession pursuant to §§1107 and 1108 of the Bankruptcy Code. The Debtor owns numerous residential rental properties located in Mississippi. The purpose of this case has been to preserve the value of those properties, stabilize operations, address disputes with secured lenders, and pursue an orderly restructuring or liquidation for the benefit of creditors.

2. The Debtor sought authority to employ The Rollins Law Firm, PLLC as counsel pursuant to §327 of the Bankruptcy Code. By Order Approving Application to Employ Counsel entered January 6, 2026 (Dkt. 75), this Court approved the employment of Applicant as counsel for the Debtor. Since that time, Applicant has represented the Debtor in connection with all aspects of the administration of this Chapter 11 case.

3. This Application covers the period from December 1, 2025 through March 3, 2026 (the "Application Period"). During that time, Applicant rendered professional services necessary to the administration of the estate and beneficial to the Debtor's efforts to reorganize or orderly liquidate its assets for the benefit of creditors.

4. During the Application Period, Applicant devoted substantial time to the initiation and administration of this Chapter 11 case. Applicant advised the Debtor regarding the filing of the bankruptcy petition, prepared and filed the petition and related initial pleadings, and assisted the Debtor in compiling and preparing the schedules and statements required by the Bankruptcy Code and Rules. Applicant also worked extensively with the Debtor to collect and review financial

information necessary to prepare the schedules, statements, and subsequent amendments required in the early stages of the case.

5.      Applicant devoted significant time to addressing issues involving the Debtor's secured lenders and the Debtor's use of rental income. These services included preparing motions related to the use of cash collateral, negotiating with secured lenders regarding adequate protection and operational issues, reviewing proposed orders and settlement proposals, and appearing at hearings before the Court concerning the Debtor's continued operation and use of estate assets.

6.      Applicant also assisted the Debtor in complying with the reporting and procedural requirements imposed by the Office of the United States Trustee. These services included preparing materials for the Initial Debtor Interview, reviewing and submitting documentation requested by the United States Trustee, assisting the Debtor with the establishment of debtor-in-possession accounts, and preparing and filing Monthly Operating Reports.

7.      Throughout the Application Period, Applicant communicated regularly with the Debtor and its creditors regarding issues affecting the administration of the estate. Applicant reviewed proofs of claim filed in the case, evaluated the Debtor's secured debt structure, and communicated with secured creditors regarding settlement proposals, sale procedures, and plan structure.

8.      Because the Debtor owns numerous residential rental properties, a significant portion of Applicant's work involved preparing for the sale of real property and coordinating those efforts with secured creditors. Applicant prepared motions to sell properties of the estate, reviewed contracts and related documents provided by the Debtor and its realtor, and addressed objections and issues raised by secured creditors regarding those proposed sales. Applicant also worked with the Debtor to develop procedures for reporting rental income and property information to creditors pursuant to orders entered in this case.

9.      Applicant also began the process of evaluating potential plan structures and drafting plan language addressing the treatment of secured creditors and the disposition of the Debtor's real estate assets. These efforts included reviewing proposed agreements with secured creditors, drafting proposed orders relating to settlement discussions, and preparing initial plan language addressing the liquidation or restructuring of the Debtor's properties.

10.     The services performed by Applicant during the Application Period were necessary for the administration of this case and were beneficial to the estate at the time they were rendered. The time expended was reasonable given the number of properties involved, the presence of multiple

secured lenders, and the negotiations required to allow the Debtor to continue operating while pursuing a resolution of creditor claims.

11. Applicant maintained contemporaneous time records reflecting the services rendered in this case. A detailed statement of services rendered and expenses incurred during the Application Period is attached hereto and incorporated herein by reference.

12. During the Application Period, Applicant rendered professional services with a total value of $19,657.50 and incurred actual and necessary expenses in the amount of $1,898.02.

13. Prior to the filing of this bankruptcy case, the Debtor paid Applicant a retainer in the amount of $20,000.00, which is currently being held in Applicant's trust account. Applicant requests authority to apply the retainer to the fees and expenses allowed pursuant to this Application. After application of the retainer, any remaining balance of allowed fees and expenses shall be paid pursuant to the terms of the Debtor's confirmed Chapter 11 plan.

14. Section 330 of the Bankruptcy Code authorizes the Court to award reasonable compensation for actual and necessary services rendered by professionals employed under §327 and reimbursement of actual and necessary expenses. Applicant submits that the services described herein were necessary to the administration of the estate and beneficial at the time they were rendered, and that the compensation requested is reasonable.

WHEREFORE, Applicant respectfully requests that the Court enter an order allowing interim compensation to The Rollins Law Firm, PLLC in the amount of $19,657.50, allowing reimbursement of expenses in the amount of $1,898.02, authorizing Applicant to apply the $20,000 retainer to the allowed amounts, providing that any remaining balance of allowed fees and expenses shall be paid pursuant to the terms of a confirmed Chapter 11 plan, and granting such other relief as the Court deems just and proper.

Respectfully submitted,

The Rollins Law Firm, PLLC

BY:
 /s/ Thomas C. Rollins, Jr.
Proposed Counsel for the Debtor
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533
trollins@therollinsfirm.com

**CERTIFICATE OF SERVICE**

      I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Application were forwarded on March 5, 2026, to:

By Electronic CM/ECF Notice:

    Case Trustee

    U.S. Trustee

                                                <u>/s/ Thomas C. Rollins, Jr.</u>
                                                Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

ROSE RENTAL PROPERTIES, LLC

CASE NO: 25-03091

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 11

On 3/5/2026, I did cause a copy of the following documents, described below,

Notice and Application for Compensation

Exhibit A

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/5/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 25-03091 |
|---|---|
| ROSE RENTAL PROPERTIES, LLC | **CERTIFICATE OF SERVICE** |
| | **DECLARATION OF MAILING** |
| | Chapter: 11 |

On 3/5/2026, a copy of the following documents, described below,

Notice and Application for Compensation

Exhibit A

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/5/2026

_/s/ Victoria Blake_

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 25-03091<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>THU MAR 5 12-13-27 PST 2026 | (P)CITIZENS NATIONAL BANK<br>P O BOX 911<br>MERIDIAN MS 39302-0911 | COMMUNITY BANK<br>PO BOX 59<br>FOREST MS 39074-0059 |
| DEBTOR<br><br>ROSE RENTAL PROPERTIES LLC<br>1143 ROBINSON SPRINGS RD<br>MADISON MS 39110 | ~~EXCLUDE~~<br><br>~~(U)THE CITIZENS NATIONAL BANK OF MERIDIAN~~ | ~~EXCLUDE~~<br><br>~~US BANKRUPTCY COURT~~<br>~~THAD COCHRAN US COURTHOUSE~~<br>~~501 E COURT STREET~~<br>~~SUITE 2300~~<br>~~JACKSON MS 39201-5036~~ |
| ADRIANNE NEWSOME<br>251 MAXINE DR<br>PEARL MS 39208-4912 | ASIA BASS<br>832 SUSSEX PLACE<br>RIDGELAND MS 39157-1232 | AMERICAN EXPRESS<br>PO BOX 981537<br>EL PASO TX 79998-1537 |
| AMERICAN EXPRESS NATIONAL BANK<br>CO BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | CHANNING JONES<br>689 WEST DR<br>RIDGELAND MS 39157-4612 | CHRISTY MUNRO<br>632 RALDE CIR<br>RIDGELAND MS 39157-3921 |
| ~~EXCLUDE~~<br><br>~~(D)(P)CITIZENS NATIONAL BANK~~<br>~~P O BOX 911~~<br>~~MERIDIAN MS 39302-0911~~ | ~~EXCLUDE~~<br><br>~~(D)COMMUNITY BANK~~<br>~~PO BOX 59~~<br>~~FOREST MS 39074-0059~~ | ~~EXCLUDE~~<br><br>~~(U)COMMUNITY BANK OF MISSISSIPPI~~ |
| EMILY HARDEN<br>801 PLANTERS POINT<br>CANTON MS 39046-9467 | HINDS CO TAX COLLECTOR<br>PO BOX 1727<br>JACKSON MS 39215-1727 | ~~EXCLUDE~~<br><br>~~(D)HINDS CO TAX COLLECTOR~~<br>~~PO BOX 1727~~<br>~~JACKSON MS 39215-1727~~ |
| HINDS COUNTY TAX COLLECTOR<br>316 SOUTH PRESIDENT STREET<br>JACKSON MS 39201-4801 | INTERNAL REVENUE SERVI<br>CENTRALIZED INSOLVENCY<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | INTERNAL REVENUE SERVI<br>CO US ATTORNEY<br>501 EAST COURT ST<br>STE 4430<br>JACKSON MS 39201-5025 |
| (P)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | JEFF D RAWLINGS ESQ<br>RAWLINGS MACINNIS PA<br>COUNSEL FOR THE CITIZENS NATIONAL BANK<br>PO BOX 1789<br>MADISON MS 39130-1789 | JERRICK W ROSE<br>1920 BELLEWOOD DR<br>JACKSON MS 39211-5705 |
| KRISTIE RANCE<br>928 GARVIN ST<br>JACKSON MS 39206-5090 | KING SPENCER<br>FOR COMMUNITY BANK<br>1855 CRANE RIDGE DR<br>STE D<br>JACKSON MS 39216-4944 | MADISON CO TAX COLL<br>PO BOX 113<br>CANTON MS 39046-0113 |

```
MS DEPT OF REVENUE                    (P)MISSISSIPPI STATE TAX COMMISSION    PEDIATRIC DENTAL STUDIO
BANKRUPTCY SECTION                    P O BOX 22808                          201 RIVERWIND DR
PO BOX 22808                          JACKSON MS 39225-2808                  PEARL  MS 39208-5653
JACKSON  MS 39225-2808


RANKIN CO TAX COLLE                   RAWLINGS  MACINNIS                     SARAH BETH WILSON  ESQ
211 E GOVERNMENT ST                   FOR CITIZENS NATIONAL                  PHELPS DUNBAR  LLP
BRANDON  MS 39042-3269                PO BOX 1789                            COUNSEL FOR COMMUNITY BANK
                                      MADISON  MS 39130-1789                 1905 COMMUNITY BANK WAY  SUITE 200
                                                                             FLOWOOD  MS 39232-1249


US ATTORNEY SD MISSISSIPPI            US ATTORNEY SD MISSISSIPPI             US SECURITIES AND EXCHANGE COMMISSION
CO INTERNAL REVENUE SERVICE           CO US SECURITIES AND EXCHANGE COMMISS  OFFICE OF REORGANIZATION
501 E COURT STREET  STE 4430          501 E COURT STREET  STE 4430           950 EAST PACES FERRY ROAD  SUITE 900
JACKSON  MS 39201-5025                JACKSON  MS 39201-5025                 ATLANTA  GA 30326-1382


                                      EXCLUDE                                EXCLUDE

US ATTORNEY GENERAL                   UNITED STATES TRUSTEE                  CRAIG M GENO
US DEPT OF JUSTICE                    501 EAST COURT STREET                  LAW OFFICES OF CRAIG M GENO  PLLC
950 PENNSYLVANIA AVENW                SUITE 6-430                            601 RENAISSANCE WAY
WASHINGTON  DC 20530-0001             JACKSON  MS 39201-5022                 SUITE A
                                                                             RIDGELAND  MS 39157-6038


THOMAS CARL ROLLINS JR                VICTORIA PROWANT
THE ROLLINS LAW FIRM  PLLC            115 LAUREL PARK CV STE 210
PO BOX 13767                          FLOWOOD  MS 39232-8054
JACKSON  MS 39236-3767
```

(Entries shown with strikethrough "EXCLUDE" marking: UNITED STATES TRUSTEE block and CRAIG M GENO block.)