

# The Rollins Law Firm, PLLC

## INVOICE

Invoice # 8789  
Date: 03/03/2026  
Due On: 04/02/2026

P.O. Box 13767  
Jackson, MS 39236

Rose Rental Properties, LLC

### 06090-Rose Rental Properties, LLC

**Services**

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | KR | 12/01/2025 | Incoming Call: Telephone conference with creditor Community Bank about the property the potential new client has with them requesting an update; drafted email memo to TR re: business consult | 0.20 | $155.00 | $31.00 |
| Service | KR | 12/03/2025 | Incoming Call: Telephone conference with Bellinder Law Firm about a foreclosure; drafted email memo to TR re: foreclosure | 0.10 | $155.00 | $15.50 |
| Service | JAC | 12/03/2025 | prepare Emergency Petition, add debts to case | 0.50 | $360.00 | $180.00 |
| Service | TR | 12/04/2025 | Draft Corporate Resolution | 0.30 | $400.00 | $120.00 |
| Service | TR | 12/04/2025 | Draft 4 Quitclaim Deeds | 0.30 | $400.00 | $120.00 |
| Service | TR | 12/04/2025 | Meet w/ client to discuss filing, duties and reporting requirements, review petition and supporting documents, review corporate resolution w/ client, review quitclaim deeds w/ client | 1.20 | $400.00 | $480.00 |
| Service | JAC | 12/04/2025 | Prepare petition, matrix, 20 largest creditors & corporate ownership statement and file w/the court | 0.40 | $360.00 | $144.00 |
| Service | KR | 12/04/2025 | Incoming Call: Telephone conference with King and Spencer about the filing of the Chapter 11; requested the Notice of Filing; reviewed court docket for the Notice of Filing; drafted email to King and Spencer with the Notice | 0.20 | $155.00 | $31.00 |

|  |  |  | of Filing |  |  |  |
|---|---|---|---|---|---|---|
| Service | TR | 12/04/2025 | Review email from client re: cancelling assignment of rents letter sent to tenants | 0.20 | $400.00 | $80.00 |
| Service | TR | 12/04/2025 | Draft email to Jeff Rawlings re: cancelling assignment of rents letters | 0.20 | $400.00 | $80.00 |
| Service | TR | 12/04/2025 | Draft follow up email to client re: cancelling assignment of rents | 0.20 | $400.00 | $80.00 |
| Service | TR | 12/04/2025 | Draft proposed letter from Jeff/Bank cancelling assignment of rents | 0.30 | $400.00 | $120.00 |
| Service | TR | 12/04/2025 | Email w/ Jeff Rawlings re: letter cancelling assignment of rents | 0.20 | $400.00 | $80.00 |
| Service | TR | 12/04/2025 | Review and respond to email from Bellinder Law re: applicability of automatic stay to Motion to Set Aside Default Judgment | 0.20 | $400.00 | $80.00 |
| Service | TR | 12/04/2025 | Review and respond to email from UST re: nature of ∆'s business and situation | 0.20 | $400.00 | $80.00 |
| Service | TR | 12/04/2025 | Email Jeff and Olivia re: cash collateral | 0.20 | $400.00 | $80.00 |
| Service | TR | 12/04/2025 | Research and begin outlining motion for cash collateral - message Jerrick for needed info | 0.30 | $400.00 | $120.00 |
| Service | JAC | 12/05/2025 | Review: 25-03091-JAW Notice of Appearance Document# 8 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 12/05/2025 | Review: 25-03091-JAW Hearing Set Document# 10 | 0.10 | $360.00 | $36.00 |
| Service | TR | 12/05/2025 | Review budget documents and draft Exhibit A to Cash Collateral Motion | 1.30 | $400.00 | $520.00 |
| Service | TR | 12/05/2025 | Draft Cash Collateral Motion | 0.80 | $400.00 | $320.00 |
| Service | TR | 12/05/2025 | Draft Expedited Hearing motion | 0.30 | $400.00 | $120.00 |
| Service | KR | 12/05/2025 | Reviewed email memo from TR re: Motion for Use of Collateral and Motion to Expedite Hearing; prepared both Motions for upload to the court | 0.30 | $155.00 | $46.50 |
| Service | TR | 12/05/2025 | Review: 25-03091-JAW Motion to Prohibit Cash Collateral Document# 9 | 0.30 | $400.00 | $120.00 |
| Service | TR | 12/05/2025 | Review: 25-03091-JAW Order to Debtor Regarding Taxes (Ch. 11) Document# 7 | 0.10 | $400.00 | $40.00 |

Invoice # 8789 - 03/03/2026

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | TR | 12/05/2025 | email w/ Jeff Rawlings and Jerrick re: rent received by bank | 0.20 | $400.00 | $80.00 |
| Service | JAC | 12/08/2025 | Review: 25-03091-JAW Order on Motion to Expedite Hearing Document# 16 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 12/08/2025 | Review: 25-03091-JAW Hearing (Bk Other) Set Document# 17 | 0.10 | $360.00 | $36.00 |
| Service | BB | 12/08/2025 | Review and organize documents provided by debtor: Reviewed email from debtor providing four statements. Reviewed and organized. | 0.10 | $100.00 | $10.00 |
| Service | TR | 12/08/2025 | Call w/ Jeff Rawlings - re: lawsuit to overturn judgment - adequate protection, etc | 0.20 | $400.00 | $80.00 |
| Service | TR | 12/08/2025 | Email to Thomas Bellinder re: state court litigation | 0.20 | $400.00 | $80.00 |
| Service | KR | 12/08/2025 | Draft Notice, Motion & Order: Draft Application to Employ The Rollins Law Firm; drafted email memo to TR re: review the Application | 0.40 | $155.00 | $62.00 |
| Service | JAC | 12/10/2025 | Review: 25-03091-JAW Notice of Appearance Document# 25 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 12/10/2025 | Review: 25-03091-JAW Order Setting, Resetting, or Continuing a Hearing Document# 24 | 0.10 | $360.00 | $36.00 |
| Service | TR | 12/10/2025 | Revise application to employ drafted by KR | 0.30 | $400.00 | $120.00 |
| Service | TR | 12/10/2025 | Discuss settlement w/ Jeff Rawlings re: Cash Collateral Hearings | 0.20 | $400.00 | $80.00 |
| Service | TR | 12/10/2025 | Review proof of insurance provided by the debtor | 0.40 | $400.00 | $160.00 |
| Service | TR | 12/10/2025 | Research property taxes owed on properties | 0.60 | $400.00 | $240.00 |
| Service | TR | 12/10/2025 | Call w/ Sara Beth Wilson re: Cash Collateral hearing and plan of reorganization | 0.20 | $400.00 | $80.00 |
| Service | TR | 12/10/2025 | Review: 25-03091-JAW Objection Document# 28 | 0.40 | $400.00 | $160.00 |
| Service | TR | 12/10/2025 | Review: 25-03091-JAW Notice of Status Conference (Ch 11 Subchapter V) Document# 27 | 0.10 | $400.00 | $40.00 |
| Service | TR | 12/10/2025 | Review: 25-03091-JAW Notice | 0.10 | $400.00 | $40.00 |

Invoice # 8789 - 03/03/2026

|  |  |  | Appointing Trustee Document# 26 |  |  |  |
|---|---|---|---|---|---|---|
| Service | KR | 12/10/2025 | Drafted email memo to VM to get the affidavit signed and notarized per the Application to Employ | 0.10 | $0.00 | $0.00 |
| Service | KR | 12/10/2025 | Reviewed email memo from VM with the signed and notarized affidavit; merged with the Application to Employ; merged with Application to Employ | 0.10 | $0.00 | $0.00 |
| Service | KR | 12/10/2025 | Review email from Attorney: Reviewed email memo from TR re: Application to Employ; revised the dates on the Notice and the cos; prepared the Application and affidavit for upload to Certificate of Service | 0.30 | $0.00 | $0.00 |
| Service | TR | 12/10/2025 | Call w/ Jerrick to discuss hearing tomorrow son Cash collateral | 0.30 | $400.00 | $120.00 |
| Service | TR | 12/10/2025 | Prep call w client for cash collateral hearing | 1.10 | $400.00 | $440.00 |
| Service | TR | 12/11/2025 | Prepare binder, materials and argument for hearing ***substantial work done prior to learning that the case was transferred and changed to status conference instead of evidentiary hearing** | 1.80 | $400.00 | $720.00 |
| Service | KR | 12/11/2025 | Review email from Attorney: Received text from TC not to file the Application if I had not filed; drafted text to TC informing him I had only uploaded to cos | 0.10 | $0.00 | $0.00 |
| Service | KR | 12/11/2025 | Received and reviewed the Declaration of Mailing from Certificate of Service; merged with the Application to Employ | 0.10 | $0.00 | $0.00 |
| Service | TR | 12/11/2025 | Review: 25-03091-KMS Notice of Status Conference (Ch 11 Subchapter V) Document# 32 | 0.10 | $400.00 | $40.00 |
| Service | TR | 12/11/2025 | Review: 25-03091-KMS Order Setting, Resetting, or Continuing a Hearing Document# 31 | 0.10 | $400.00 | $40.00 |
| Service | TR | 12/11/2025 | Review: 25-03091-KMS Objection Document# 33 | 0.20 | $400.00 | $80.00 |
| Service | TR | 12/11/2025 | Review: 25-03091-KMS Minute Entry (CHAP) Document# 35 | 0.10 | $400.00 | $40.00 |
| Service | TR | 12/11/2025 | Review: 25-03091-KMS Hearing Set - | 0.20 | $400.00 | $80.00 |

Invoice # 8789 - 03/03/2026

|         |     |            |                                                                                                                                                          |      |          |          |
|---------|-----|------------|----------------------------------------------------------------------------------------------------------------------------------------------------------|------|----------|----------|
|         |     |            | Bankruptcy Document# 37                                                                                                                                  |      |          |          |
| Service | TR  | 12/11/2025 | Review: 25-03091-KMS Response Document# 34                                                                                                               | 0.20 | $400.00  | $80.00   |
| Service | TR  | 12/11/2025 | Attend settlement conference at courthouse w/ Jeff Rawlings, Craig Geno and Abigail Marbury                                                              | 0.60 | $400.00  | $240.00  |
| Service | TR  | 12/11/2025 | Attend Hearing on Cash Collateral                                                                                                                        | 0.30 | $400.00  | $120.00  |
| Service | TR  | 12/11/2025 | Review email from UST re: IDI - texted client                                                                                                            | 0.20 | $400.00  | $80.00   |
| Service | KR  | 12/11/2025 | Prepared the Notice, the Application to Employ Counsel, Exhibit A and the Proposed Order for upload to the court                                         | 0.20 | $155.00  | $31.00   |
| Service | TR  | 12/12/2025 | Review proposed order on interim cash collateral and prepare response email                                                                              | 0.60 | $400.00  | $240.00  |
| Service | JAC | 12/12/2025 | Add rental properties to schedules, research addresses to determine city of each property & add to schedules                                             | 0.40 | $360.00  | $144.00  |
| Service | TR  | 12/12/2025 | Research whether we can demand turnover to rent collected by bank through assignment of rents                                                            | 0.20 | $400.00  | $80.00   |
| Service | TR  | 12/15/2025 | Review and revise proposed AO                                                                                                                            | 0.30 | $400.00  | $120.00  |
| Service | TR  | 12/15/2025 | Review and make additional revisions to proposed AO as proposed by SBW                                                                                   | 0.30 | $400.00  | $120.00  |
| Service | SA  | 12/16/2025 | Review and organize documents provided by debtor: Converted and uploaded photos of properties                                                            | 0.40 | $100.00  | $40.00   |
| Service | KR  | 12/16/2025 | Drafted Notice,Motion to Employ Realtor, Proposed Order and the affidavit using the outline from the attorney; drafted email memo to TR re: review Motion | 0.60 | $155.00  | $93.00   |
| Service | TR  | 12/16/2025 | Review: Proof of Claim 25-03091-KMS Hinds County Tax Collector Document # 1                                                                              | 0.20 | $400.00  | $80.00   |
| Service | JAC | 12/17/2025 | Review agreed order & link properties with debts in Best Case. Update amounts owed on Schedule D                                                         | 0.20 | $360.00  | $72.00   |
| Service | TR  | 12/17/2025 | mark up schedules with info still needed form client - and draft text message to client requesting said info.                                            | 0.30 | $400.00  | $120.00  |

Invoice # 8789 - 03/03/2026

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | JAC | 12/18/2025 | Draft M Ext Tme to file schedules | 0.20 | $360.00 | $72.00 |
| Service | KR | 12/18/2025 | Prepared the Motion and the Proposed Order to Extend Time to File Schedules for upload to the court | 0.10 | $155.00 | $15.50 |
| Service | TR | 12/18/2025 | Review documents submitted by debtor for schedule completion - make list of still needed information | 0.50 | $400.00 | $200.00 |
| Service | TR | 12/18/2025 | Interview w/ client to review questions for schedules | 0.40 | $400.00 | $160.00 |
| Service | JAC | 12/19/2025 | make updates to schedules per singing appt notes, prepare & send to ∆ to review & sign | 1.00 | $360.00 | $360.00 |
| Service | KR | 12/22/2025 | Review email from Attorney: Reviewed email from TR re: Motion to Employ Realtor; reviewed Motion and Exhibits; drafted email to TR re: redaction of exhibits | 0.20 | $0.00 | $0.00 |
| Service | TR | 12/22/2025 | Review email from Jeff re: flood insurance - draft email to client re: same | 0.20 | $400.00 | $80.00 |
| Service | TR | 12/22/2025 | Review: 25-03091-KMS Meeting of Creditors Chapter 11 Document# 59 | 0.20 | $400.00 | $80.00 |
| Service | TR | 12/22/2025 | Review: 25-03091-KMS Notice of Status Conference (Ch 11 Subchapter V) Document# 58 | 0.10 | $400.00 | $40.00 |
| Service | JAC | 12/23/2025 | Review: 25-03091-KMS Notice of Status Conference (Ch 11 Subchapter V) Document# 58. Update tasks with correct dates for Pre-Status Report Due Date. Ensure hearing on calendar. | 0.10 | $360.00 | $36.00 |
| Service | KR | 12/23/2025 | Review email from Attorney: Reviewed email memo from TR re: redaction of exhibits; revised notice with correct date; reviewed ecf for Trustee; prepared the Notice, the Application to Employ, the Exhibits A, B and C for upload to Certificate of Service | 0.30 | $155.00 | $46.50 |
| Service | TR | 12/23/2025 | Email w/ client re: shedules and IDI packet | 0.20 | $400.00 | $80.00 |
| Service | KR | 12/23/2025 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Motion to Employ Realtor, Exhibits A, B, C, Notice with the Declaration attached | 0.20 | $155.00 | $31.00 |

Invoice # 8789 - 03/03/2026

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | and the Proposed Order for upload to the court | | | |
| Service | JAC | 12/29/2025 | Review: 25-03091-KMS Order Dismissing Show Cause Document# 63 | 0.10 | $360.00 | $36.00 |
| Service | TR | 12/29/2025 | Review IDI Packet provided by ∆, compile attachments and submit to UST | 0.30 | $400.00 | $120.00 |
| Service | TR | 12/29/2025 | Attend IDI | 0.80 | $400.00 | $320.00 |
| Service | JAC | 01/05/2026 | draft Notice to Amended Creditors | 0.20 | $360.00 | $72.00 |
| Service | KR | 01/05/2026 | Reviewed court docket for the Meeting of Creditors; converted the Notice of Amendments from word doc to pdf; drafted email memo to JAC re: review Notice of Amendments | 0.20 | $155.00 | $31.00 |
| Service | KR | 01/05/2026 | Reviewed email memo from JAC re: Notice of Amendments; drafted Excel spreadsheet with all notice addresses since more than 6; prepared the notice and the Excel document for upload to certificate of service; telephone conference with certificate of service to confirm all addresses were received correctly since had to upload a file | 0.40 | $0.00 | $0.00 |
| Service | TR | 01/05/2026 | Outline pre status conference report for KR to draft | 0.60 | $400.00 | $240.00 |
| Service | TR | 01/05/2026 | Draft Rental Report template for ∆ to fill in for monthly report to creditors as required by interim cash collateral order | 0.70 | $400.00 | $280.00 |
| Service | KR | 01/05/2026 | Review email from Attorney: Reviewed email memo from TR re: Pre-Status Conference Report; drafted Pre-Status Conference Report word document using outline provided by the attorney | 0.50 | $155.00 | $77.50 |
| Service | TR | 01/05/2026 | Review DIP account docs, voided check and spreadsheet of lease expirations provided by client - submit same to UST | 0.20 | $400.00 | $80.00 |
| Service | TR | 01/05/2026 | Review and revise status conference report draft | 0.30 | $400.00 | $120.00 |
| Service | KR | 01/05/2026 | Reviewed email memo from TR re: Pre-Status Report; drafted cos ; drafted memo to TR to review the cos | 0.20 | $0.00 | $0.00 |

Invoice # 8789 - 03/03/2026

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | KR | 01/05/2026 | Prepared the Pre-Status Conference report for upload to the court | 0.10 | $155.00 | $15.50 |
| Service | KR | 01/05/2026 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Notice of Amendments with the Declaration of Mailing for upload to the court | 0.10 | $155.00 | $15.50 |
| Service | JAC | 01/06/2026 | Amend Schedules A/B to add missing unit number to 1 address & missing Venmo account | 0.10 | $360.00 | $36.00 |
| Service | JAC | 01/07/2026 | Review: 25-03091-KMS Certificate of Service Document# 78 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 01/07/2026 | Review: 25-03091-KMS Order on Application to Employ Document# 75 | 0.10 | $360.00 | $36.00 |
| Service | TR | 01/07/2026 | Review: 25-03091-KMS Generic Motion Document# 76 | 0.20 | $400.00 | $80.00 |
| Service | JAC | 01/09/2026 | Amend Schedules | 0.20 | $360.00 | $72.00 |
| Service | KR | 01/12/2026 | Contact Debtor (Text/Email): Drafted email to debtor with the amended schedules to review and sign so we can file with the court | 0.10 | $155.00 | $15.50 |
| Service | KR | 01/14/2026 | Call Debtor: Called debtor left message; drafted text about the amended schedules they need to review and sign so we can file with the court | 0.10 | $155.00 | $15.50 |
| Service | KR | 01/15/2026 | Received and reviewed the amended schedules; revised amended schedules with dates and signatures; drafted notice of amendments; reviewed court docket for the Meeting of Creditors; drafted email memo to JAC re: review Notice of Amendments | 0.30 | $155.00 | $46.50 |
| Service | TR | 01/15/2026 | Review: 25-03091-KMS Answer Document# 80 | 0.10 | $400.00 | $40.00 |
| Service | JAC | 01/15/2026 | review & approve drafted notice | 0.10 | $360.00 | $36.00 |
| Service | KR | 01/15/2026 | Review email from Attorney: Reviewed email memo from JAC re: notice of amendments; prepared the amended schedules and the notice for upload to certificate of service | 0.20 | $0.00 | $0.00 |
| Service | TR | 01/16/2026 | Call w/ Jeff Rawlings re: hearing | 0.10 | $400.00 | $40.00 |
| Service | TR | 01/16/2026 | Call w/ Sarah Beth Wilson re: hearing | 0.20 | $400.00 | $80.00 |

Invoice # 8789 - 03/03/2026

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | TR | 01/20/2026 | Messages w/ client re: hearing, insurance and bank statements | 0.20 | $400.00 | $80.00 |
| Service | JAC | 01/20/2026 | Review: 25-03091-KMS Minute Entry (CHAP) Document# 81 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 01/20/2026 | Review: 25-03091-KMS Minute Entry (CHAP) Document# 82 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 01/20/2026 | Review: 25-03091-KMS Notice Converting Hearing to Telephonic Document# 83 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 01/21/2026 | Review: 25-03091-KMS Order on Application to Employ Document# 84 | 0.10 | $360.00 | $36.00 |
| Service | TR | 01/21/2026 | Review MOR and supporting documents supplied by Dr. Rose | 0.20 | $400.00 | $80.00 |
| Service | TR | 01/21/2026 | Review Rental report submitted by Dr. Rose and forwarded to Jeff Rawlings and SB Wilson | 0.20 | $400.00 | $80.00 |
| Service | TR | 01/21/2026 | Review Flood Policies requested by Community and forward same to Jeff Rawlings | 0.30 | $400.00 | $120.00 |
| Service | TR | 01/21/2026 | Prepare for Status Conference | 0.40 | $400.00 | $160.00 |
| Service | KR | 01/21/2026 | Reviewed December Monthly Operating Report; redacted all accounts and transaction numbers; prepared for upload to the court | 0.60 | $155.00 | $93.00 |
| Service | KR | 01/21/2026 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the amended schedules, Statement of Financial Affairs and the Matrix for upload to the court | 0.30 | $155.00 | $46.50 |
| Service | TR | 01/21/2026 | Attend Status Conference | 0.30 | $400.00 | $120.00 |
| Service | TR | 01/21/2026 | Review: 25-03091-KMS Minute Entry (CHAP) Document# 88 | 0.10 | $400.00 | $40.00 |
| Service | TR | 01/21/2026 | Review: 25-03091-KMS Order Setting, Resetting, or Continuing a Hearing Document# 90 | 0.10 | $400.00 | $40.00 |
| Service | TR | 01/21/2026 | Review and sign proposed scheduling order by email w/ Abby | 0.10 | $400.00 | $40.00 |
| Service | TR | 01/21/2026 | Review: Proof of Claim 25-03091-KMS American Express National Bank Document # 2 | 0.20 | $400.00 | $80.00 |
| Service | TR | 01/21/2026 | Review: Proof of Claim | 0.10 | $400.00 | $40.00 |

Invoice # 8789 - 03/03/2026

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  | 25-03091-KMS American Express National Bank Document # 3 |  |  |  |
| Service | TR | 01/23/2026 | Attend 341 Hearing | 2.30 | $400.00 | $920.00 |
| Service | JAC | 01/23/2026 | Review: 25-03091-KMS Scheduling Order Document# 92 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 01/26/2026 | Review: 25-03091-KMS Meeting of Creditors Held Document# 95 | 0.10 | $360.00 | $36.00 |
| Service | TR | 01/27/2026 | Email w/ client regarding info needed for UST | 0.10 | $400.00 | $40.00 |
| Service | TR | 01/28/2026 | Email w/ client re: upcoming hearing and realtor update | 0.20 | $400.00 | $80.00 |
| Service | TR | 01/28/2026 | Email w/ realtor re: listing properties | 0.10 | $400.00 | $40.00 |
| Service | JAC | 02/02/2026 | Draft Amended Schedules for TR review | 0.30 | $360.00 | $108.00 |
| Service | JAC | 02/04/2026 | Review: 25-03091-KMS Order on Generic Motion Document# 99 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 02/04/2026 | update & prepare Document: Draft Amendments 2-4-2026.PDF | 0.20 | $360.00 | $72.00 |
| Service | TR | 02/05/2026 | Meet w/ client to review amended schedules, upcoming deadlines, plan and cash collateral hearings | 0.40 | $400.00 | $160.00 |
| Service | TR | 02/05/2026 | Call w/ Jeff Rawlings re: settlement proposal | 0.20 | $400.00 | $80.00 |
| Service | JAC | 02/06/2026 | Review: 25-03091-KMS Order (Generic) Document# 100 | 0.10 | $360.00 | $36.00 |
| Service | TR | 02/06/2026 | Draft settlement proposal email to Jeff | 0.30 | $400.00 | $120.00 |
| Service | JAC | 02/09/2026 | Review: 25-03091-KMS Notice of Deficiency Document# 106 | 0.20 | $360.00 | $72.00 |
| Service | TR | 02/09/2026 | Call w/ realtor about offers, paying closing costs and realtors | 0.30 | $400.00 | $120.00 |
| Service | TR | 02/10/2026 | Draft email to OC and TT re: sale terms/concessions | 0.20 | $400.00 | $80.00 |
| Service | KR | 02/10/2026 | Reviewed and prepared the Notice of Amendments for upload to Certificate of Service | 0.20 | $0.00 | $0.00 |
| Service | TR | 02/10/2026 | Call w/ client re: settlement proposal | 0.20 | $400.00 | $80.00 |
| Service | TR | 02/11/2026 | Email w/ Jeff and Dr. Rose re: insurance | 0.10 | $400.00 | $40.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | TR | 02/11/2026 | Email re: settlement to Jeff | 0.30 | $400.00 | $120.00 |
| Service | KR | 02/11/2026 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Notice with the Declaration of Mailing attached for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | JAC | 02/12/2026 | draft Document: Sell Real Estate.docx | 0.20 | $360.00 | $72.00 |
| Service | JAC | 02/12/2026 | Research land records to find full legal descriptions for property at 118B Fairfax for M Sell property | 0.20 | $360.00 | $72.00 |
| Service | JAC | 02/13/2026 | Draft Motion to Approve Sale, attach exhibits A & B to motion, Exhibit A to order. | 0.50 | $360.00 | $180.00 |
| Service | TR | 02/13/2026 | Review: Proof of Claim 25-03091-KMS Citizens National Bank Document # 4 | 0.40 | $400.00 | $160.00 |
| Service | TR | 02/13/2026 | Review: Proof of Claim 25-03091-KMS Community Bank of Mississippi Document # 6 | 0.30 | $400.00 | $120.00 |
| Service | TR | 02/13/2026 | Review: Proof of Claim 25-03091-KMS Citizens National Bank Document # 5 | 0.20 | $400.00 | $80.00 |
| Service | TR | 02/18/2026 | Review: 25-03091-KMS Response Document# 112 | 0.20 | $400.00 | $80.00 |
| Service | TR | 02/18/2026 | Review: 25-03091-KMS Motion for Relief From Stay Document# 111 | 0.40 | $400.00 | $160.00 |
| Service | KR | 02/19/2026 | Drafted email memo to TR re: Monthly Operating Report | 0.10 | $155.00 | $15.50 |
| Service | JAC | 02/19/2026 | Review: 25-03091-KMS Statement of Corporate Ownership Document# 115 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 02/19/2026 | Review: 25-03091-KMS Notice to file Corporate Ownership Statement Document# 114 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 02/19/2026 | review response to motion to sale real estate, add additional details to motion to sell for future properties | 0.50 | $360.00 | $180.00 |
| Service | JAC | 02/19/2026 | Review K from realtor, draft M Sell 105 Northtown | 0.30 | $360.00 | $108.00 |
| Service | JAC | 02/19/2026 | Review K from realtor & draft M Sell 632 Ralde | 0.30 | $360.00 | $108.00 |
| Service | KR | 02/19/2026 | Prepared the Notice, the Motion to Approve Sale and the Exhibit A for | 0.20 | $0.00 | $0.00 |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  | 632 Ralde for upload to Certificate of Service |  |  |  |
| Service | KR | 02/19/2026 | Prepared the Notice, the Motion to Approve Sale and the Exhibit A for 105 Northtown for upload to Certificate of Service | 0.20 | $0.00 | $0.00 |
| Service | KR | 02/19/2026 | Received and reviewed the Declaration of Mailing from Certificate of Service; Prepared the the Motion to Approve Sale, 21 day Notice with the Declaration attached, the Exhibit A and the Proposed Order for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | KR | 02/19/2026 | Received and reviewed the Declaration of Mailing from Certificate of Service; Prepared the Motion to Approve Sale, 21 day Notice with the Declaration attached, the Exhibit A and the Proposed Order for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | JAC | 02/20/2026 | Review: 25-03091-KMS Hearing Set - Bankruptcy Document# 116 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 02/20/2026 | Review: 25-03091-KMS 4001 Memo Document# 117 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 02/20/2026 | Review: 25-03091-KMS Hearing Set - Bankruptcy Document# 118 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 02/20/2026 | Review: 25-03091-KMS Certificate of Service Document# 119 | 0.10 | $360.00 | $36.00 |
| Service | TR | 02/22/2026 | Review proposed order received from Jeff | 0.70 | $400.00 | $280.00 |
| Service | TR | 02/22/2026 | Draft response email to Jeff re: proposed order | 0.40 | $400.00 | $160.00 |
| Service | KR | 02/23/2026 | Review email from Attorney: Reviewed email memo from TR re: January Monthly Operating Report; reviewed and redacted all account numbers; prepared the January Monthly Operating Report for upload to the court | 0.30 | $155.00 | $46.50 |
| Service | JAC | 02/23/2026 | Review Claims Filed, create spreadsheet to track which claims are not filed & which have been filed. | 0.60 | $360.00 | $216.00 |
| Service | JAC | 02/23/2026 | Review: 25-03091-KMS Order Setting, Resetting, or Continuing a Hearing Document# 128 | 0.10 | $360.00 | $36.00 |

Invoice # 8789 - 03/03/2026

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | JAC | 02/23/2026 | Review: 25-03091-KMS Order Setting, Resetting, or Continuing a Hearing Document# 129 | 0.10 | $360.00 | $36.00 |
| Service | TR | 02/23/2026 | Email w/ Counsel regarding hearings | 0.30 | $400.00 | $120.00 |
| Service | TR | 02/24/2026 | Review and respond to email w/ client re: proposed AO and status of hearing | 0.40 | $400.00 | $160.00 |
| Service | KR | 02/24/2026 | Review email from Attorney: Reviewed email memo from TR to redact and upload taxes; reviewed taxes; drafted email memo to TR verifying information redacting | 0.20 | $155.00 | $31.00 |
| Service | TR | 02/26/2026 | Draft proposed AO on Motion to Sell | 0.30 | $400.00 | $120.00 |
| Service | TR | 02/26/2026 | Draft settlement summary of proposed order for client review | 0.30 | $400.00 | $120.00 |
| Service | TR | 02/26/2026 | Call w/ client to discuss settlement order and sale process | 0.40 | $400.00 | $160.00 |
| Service | TR | 02/26/2026 | Draft email to Realtor re: copying Jeff on offers and contract going forward | 0.20 | $400.00 | $80.00 |
| Service | TR | 03/02/2026 | Draft Plan | 2.80 | $400.00 | $1,120.00 |
| Service | TR | 03/02/2026 | Review email from Dr. Rose regarding revisions to proposed order | 0.30 | $400.00 | $120.00 |
| Service | TR | 03/02/2026 | Revise Jeff's proposed order | 0.30 | $400.00 | $120.00 |
| Service | TR | 03/02/2026 | Review and respond to Jeff's email re: proposed revisions to proposed AO | 0.30 | $400.00 | $120.00 |
| Service | JAC | 03/02/2026 | draft Document: M SHorten.docx | 0.20 | $360.00 | $72.00 |
| Service | JAC | 03/02/2026 | draft Document: Sell Real Estate.docx | 0.20 | $360.00 | $72.00 |
| Service | JAC | 03/02/2026 | draft Document: Sell Real Estate.docx | 0.20 | $360.00 | $72.00 |
| Service | TR | 03/02/2026 | Call w/ Sarah Beth re: value of collateral, Motion to Sell, Citizens claim amount | 0.10 | $400.00 | $40.00 |
| Service | TR | 03/03/2026 | Email w/ client re: plan revisions | 0.20 | $400.00 | $80.00 |
| Service | TR | 03/03/2026 | Email w/ Jeff re: claim amount and attorneys fees | 0.20 | $400.00 | $80.00 |
| Service | TR | 03/03/2026 | Call w/ Dr. Rose re: Plan, Reports Due, and settlement negotiations | 0.20 | $400.00 | $80.00 |
| Service | BB | 03/03/2026 | Incoming Call: Phone conference with this debtors tenant stating the debtor informed her to contact our office | 0.10 | $100.00 | $10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | inquiring where to provide her rent payment. Drafted email to KR informing. | | | |
| Service | KR | 03/03/2026 | Prepared the Motion to Approve Sale, Exhibit A and the Proposed Order for upload to the court for the property 128 N Brighton | 0.20 | $155.00 | $31.00 |
| Service | KR | 03/03/2026 | Prepared the Motion to Approve Sale, Exhibit A and the Proposed Order for upload to the court for the property 100 Vine | 0.20 | $155.00 | $31.00 |
| Service | KR | 03/03/2026 | Prepared the Motion and the Proposed Order to Shorten Time for upload to the court for the property 100 Vine | 0.10 | $155.00 | $15.50 |
| Service | KR | 03/03/2026 | Prepared the Motion and the Proposed Order to Shorten Time for upload to the court for the property 128 N Brighton | 0.10 | $155.00 | $15.50 |
| Service | KR | 03/03/2026 | Reviewed email memo from BB re: rent payment; drafted email memo to TR re: rent payment | 0.10 | $155.00 | $15.50 |
| Service | KR | 03/03/2026 | Drafted and prepared the Notice Change of Address for upload to the court | 0.10 | $155.00 | $15.50 |
| | | | | **Services Subtotal** | | **$19,657.50** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 12/04/2025 | Filing Fee | 1.00 | $1,738.00 | $1,738.00 |
| Expense | 12/05/2025 | Postage: Mailed Motion for Expedited Hearing | 2.00 | $2.17 | $4.34 |
| Expense | 12/11/2025 | Mailing Expense (certificateofservice.com) | 1.00 | $21.28 | $21.28 |
| Expense | 12/23/2025 | Mailing Expense (certificateofservice.com) | 1.00 | $33.80 | $33.80 |
| Expense | 01/05/2026 | Mailing Expense (certificateofservice.com) | 1.00 | $9.42 | $9.42 |
| Expense | 01/15/2026 | Mailing Expense (certificateofservice.com) | 1.00 | $4.98 | $4.98 |
| Expense | 02/10/2026 | Mailing Expense (certificateofservice.com) | 1.00 | $4.98 | $4.98 |
| Expense | 02/19/2026 | Mailing Expense (certificateofservice.com) | 1.00 | $40.61 | $40.61 |
| Expense | 02/19/2026 | Mailing Expense (certificateofservice.com) | 1.00 | $40.61 | $40.61 |

Invoice # 8789 - 03/03/2026

|  |  | Expenses Subtotal | $1,898.02 |
|---|---|---|---|

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Jennifer Curry Calvillo | Attorney | 9.8 | $360.00 | $3,528.00 |
| Thomas Rollins | Attorney | 37.5 | $400.00 | $15,000.00 |
| Shaton Andrews | Non-Attorney | 0.4 | $100.00 | $40.00 |
| Brooke Brueland | Non-Attorney | 0.2 | $100.00 | $20.00 |
| Kerri Rodabough | Non-Attorney | 6.9 | $155.00 | $1,069.50 |
| Kerri Rodabough | Non-Attorney | 2.3 | $0.00 | $0.00 |
|  |  |  | Subtotal | $21,555.52 |
|  |  |  | Total | $21,555.52 |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 8789 | 04/02/2026 | $21,555.52 | $0.00 | $21,555.52 |
|  |  |  | Outstanding Balance | $21,555.52 |
|  |  |  | Total Amount Outstanding | $21,555.52 |