# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Rose Rental Properties, LLC, Debtor         Case No. 25-03091-KMS
                                                      CHAPTER 11

## RESPONSE TO MOTION FOR RELIEF FROM AUTOMATIC STAY (DKT # 111)

Rose Rental Properties, LLC (the "Debtor"), by and through counsel, files this Response to the Motion for Relief from Automatic Stay filed by The Citizens National Bank of Meridian (the "Motion," Dkt. 111), and respectfully shows the Court as follows:

1. Since the filing of the Motion, the Debtor has filed a Subchapter V Chapter 11 Liquidation Plan (Dkt. 139) that establishes a structured process for the orderly marketing and sale of the Debtor's real property for the benefit of creditors.

2. The Plan provides a clear framework for listing, marketing, and selling the properties through licensed real estate brokers, with auction procedures available if properties do not sell during the marketing period. This process is designed to maximize value through competitive sales rather than foreclosure.

3. Under the Plan, secured creditors, including Citizens, will be paid from the proceeds of the sale of their collateral up to the amount of their allowed secured claims as determined by the Court. The Plan therefore provides a practical and organized method for satisfying secured debt while preserving value for all parties.

4. The Motion argues that the Debtor cannot reorganize. However, the Debtor has now proposed a liquidation plan that directly addresses the issues raised by Citizens. Courts routinely deny stay relief where a debtor demonstrates a reasonable path toward resolving creditor claims through a proposed plan or orderly liquidation process. The Debtor's Plan provides such a path.

5. Relief from stay is also inappropriate because there is sufficient equity in the real property securing Citizens' claims. The Debtor's schedules value the properties at approximately $3.1 million, while the total secured debt is significantly less. Even accounting for typical sale costs, there remains substantial equity in the portfolio.

6. The properties are also necessary to implementation of the Debtor's Plan. The Plan requires the properties to be marketed and sold through an organized process overseen by

the Court. Allowing foreclosure at this stage would disrupt that process and would likely reduce the value realized from the properties.

7. In addition, negotiations between creditors are ongoing with the goal of coordinating an orderly sale process that preserves value and avoids unnecessary litigation. Granting stay relief now would undermine those efforts.

8. For these reasons, Citizens cannot establish cause for relief from stay, nor can it show that the Debtor lacks equity in the properties or that the properties are unnecessary to the Debtor's reorganization or liquidation efforts.

WHEREFORE, PREMISES CONSIDERED, the Debtor respectfully requests that the Court deny the Motion for Relief from Automatic Stay (Dkt. 111) and grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

By:  /s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Attorney for Debtor

Of Counsel:
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Response was forwarded on March 6, 2026, to:

By USPS First Class Mail:

Citizens National Bank
P.O. Box 911
Meridian, MS 39302

By Electronic CM/ECF Notice:

Jeff Rawlings, Attorney for Creditor

Craig M. Geno, Chapter 11 Trustee

U.S. Trustee

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

Rose Rental Properties, LLC

CASE NO: 25-03091

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 11

On 3/6/2026, I did cause a copy of the following documents, described below,

Response

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/6/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

Rose Rental Properties, LLC

CASE NO: 25-03091

**CERTIFICATE OF SERVICE DECLARATION OF MAILING**

Chapter: 11

On 3/6/2026, a copy of the following documents, described below,

Response

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/6/2026

*/s/ Victoria Blake*

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

```
FIRST CLASS

CITIZENS NATIONAL BANK
P.O. BOX 911
MERIDIAN  MS 39302
```