United States Bankruptcy Court
Southern District of Mississippi

In re:     Case No. 25-03091-KMS
Rose Rental Properties, LLC     Chapter 11
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3     User: mssbad     Page 1 of 2
Date Rcvd: Mar 04, 2026     Form ID: pdf012     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| dbpos | Rose Rental Properties, LLC, 1143 Robinson Springs Rd., Madison, MS 39110 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2026     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abigail M. Marbury | on behalf of U.S. Trustee United States Trustee abigail.m.marbury@usdoj.gov |
| Craig M. Geno | cmgeno@cmgenolaw.com kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com |
| Craig M. Geno | on behalf of Trustee Craig M. Geno cmgeno@cmgenolaw.com kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com |
| Jeff D. Rawlings | on behalf of Creditor Citizens National Bank Notices@rawlingsmacinnis.net Judy@rawlingsmacinnis.net |
| Jeff D. Rawlings | on behalf of Creditor The Citizens National Bank of Meridian Notices@rawlingsmacinnis.net Judy@rawlingsmacinnis.net |
| Sarah Beth Wilson | on behalf of Creditor Community Bank sarah.beth.wilson@phelps.com 1069885420@filings.docketbird.com;robin.goodman@phelps.com;Danielle.Mashburn-Myrick@phelps.com,1069885420@filings.docketbird.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor In Possession Rose Rental Properties LLC trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea |

District/off: 0538-3  User: mssbad  Page 2 of 2
Date Rcvd: Mar 04, 2026  Form ID: pdf012  Total Noticed: 1

nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 8



SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
Date Signed: March 4, 2026

The Order of the Court is set forth below. The docket reflects the date entered.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    Rose Rental Properties, LLC, Debtor              Case No. 25-03091-KMS
                                                                                            **CHAPTER 11**

### ORDER REDUCING NOTICE TIME ON DEBTOR'S MOTION

THIS CAUSE having come on this date on the Motion to Reduce Notice Time on Debtor's Motion (DK # 135), the Court having reviewed and considered the facts herein does find as follows:

IT IS THEREFORE ORDERED the Debtor's Motion to Reduce Notice Time (Dk # 135) is hereby granted. The twenty-one (21) day notice period on the Debtor' Motion to Approve the Sale of Certain Real Property (Dk # 134) is shortened to a seven (7) day wait period. All other provisions of the Federal Rules of Bankruptcy Procedure and Local Rules not inconsistent with this Order shall remain in full force and effect..

#END OF ORDER#

AGREED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR