United States Bankruptcy Court
Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 25-03091-KMS |
| Rose Rental Properties, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
| Date Rcvd: Mar 04, 2026 | Form ID: pdf012 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| dbpos | Rose Rental Properties, LLC, 1143 Robinson Springs Rd., Madison, MS 39110 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2026          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abigail M. Marbury | on behalf of U.S. Trustee United States Trustee abigail.m.marbury@usdoj.gov |
| Craig M. Geno | cmgeno@cmgenolaw.com kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com |
| Craig M. Geno | on behalf of Trustee Craig M. Geno cmgeno@cmgenolaw.com kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com |
| Jeff D. Rawlings | on behalf of Creditor Citizens National Bank Notices@rawlingsmacinnis.net Judy@rawlingsmacinnis.net |
| Jeff D. Rawlings | on behalf of Creditor The Citizens National Bank of Meridian Notices@rawlingsmacinnis.net Judy@rawlingsmacinnis.net |
| Sarah Beth Wilson | on behalf of Creditor Community Bank sarah.beth.wilson@phelps.com 1069885420@filings.docketbird.com;robin.goodman@phelps.com;Danielle.Mashburn-Myrick@phelps.com,1069885420@filings.docketbird.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor In Possession Rose Rental Properties LLC trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea |

District/off: 0538-3 User: mssbad Page 2 of 2
Date Rcvd: Mar 04, 2026 Form ID: pdf012 Total Noticed: 1

                nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
                USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 8

___



SO ORDERED,

*Katharine M. Samson*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: March 4, 2026**

The Order of the Court is set forth below. The docket reflects the date entered.
___

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

ROSE RENTAL PROPERTIES, LLC,            CASE NO. 25-03091-KMS

DEBTOR.                                   CHAPTER 11

**ORDER FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS TO THE PLAN AND FIXING TIME FOR FILING OBJECTIONS TO CONFIRMATION OF THE PLAN, COMBINED WITH NOTICE THEREOF AND OF THE HEARING ON CONFIRMATION OF THE PLAN**

A Chapter 11 Plan of Reorganization under Subchapter V (the "Plan") (Dkt. #139) having been filed by the Debtor on March 3, 2026.

**IT IS ORDERED, AND NOTICE IS HEREBY GIVEN, THAT**:

A. April 8, 2026 is fixed as the last day for filing written acceptances or rejections of the Plan.

B. Within 5 days after the entry of this order, the Debtor's attorney shall cause to be mailed to creditors, equity security holders, other parties in interest, and the United States trustee a copy of the following:

- This order;
- The Plan filed March 3, 2026;
- A ballot form for voting on the acceptance or rejection of the Plan, **which should be returned to the Debtor's attorney and not the Court.** The Debtor's attorney shall be served as follows: Thomas Carol Rollins, Jr., The Rollins Law Firm, PLLC, PO Box 13767 Jackson, MS  29236.

C. After completion of the above mailing, the Debtor's attorney shall immediately file a Certificate of Service with the Court, listing the names and addresses of each party served.

D. April 15, 2026 at 9:30 A.M., in the Thad Cochran U.S. Courthouse, Bankruptcy Courtroom 4D, 501 East Court Street, Jackson, Mississippi, is fixed for the hearing on the confirmation of the Plan.

E.  April 8, 2026 is fixed as the last day for filing and serving written objections to confirmation of the Plan.  Attorneys and Registered Users of the Electronic Case Filing (ECF) System should file any response using ECF.  Others should file any response at U.S. Bankruptcy Court, Dan M. Russell, Jr. US Courthouse, 2012 15th Street, Suite 244, Gulfport, MS 39501.  If you file a response, you or your attorney are required to attend the hearing.  The hearing will be electronically recorded by the court.

##END OF ORDER##