# Proceeding Minutes / Proceeding Memo

**Case #:** 25-03091  **Case Name:** Rose Rental Properties, LLC

**Set:** 03/18/2026 09:00 am  **Chapter:** 11  **Type:** bk  **Judge:** Katharine M. Samson

**matter**  Motion for Relief from Stay . Filed by Creditor The Citizens National Bank of Meridian (Dkt. #111)

Response filed by the Debtor in Possession (Dkt. #149)

Response filed by the Trustee (Dkt. #156)

Response filed by Community Bank (Dkt. #157)

---

Minute Entry Re: (related document(s): [111] Motion for Relief From Stay filed by The Citizens National Bank of Meridian) Rollins to submit an Agreed Order. Order due by 04/01/2026. Email received from Rollins. (mcc)