# Proceeding Minutes / Proceeding Memo

**Case #:** 25-03091    **Case Name:** Rose Rental Properties, LLC

**Set:** 03/18/2026 09:00 am    **Chapter:** 11    **Type:** bk    **Judge:** Katharine M. Samson

**matter**   Motion For Sale of Property under Section 363(b) 118 Fairfax B Filed by Debtor In Possession Rose Rental Properties, LLC (Attachments: # 1 Proposed Order)  (Dkt. #109)

Response filed by The Citizens National Bank of Meridian (Dkt. #112)

Response and Limited Objection filed by Community Bank (Dkt. #143)

---

Minute Entry Re: (related document(s): [109] Motion for Sale of Property under Section 363(b) filed by Rose Rental Properties, LLC) Rollins to submit an Agreed Order. Order due by 04/01/2026. Email received from Rollins. (mcc)