# Proceeding Minutes / Proceeding Memo

**Case #:** 25-03091     **Case Name:** Rose Rental Properties, LLC

**Set:** 03/18/2026 09:00 am   **Chapter:** 11   **Type:** bk   **Judge** Katharine M. Samson

**matter** Motion to Use Cash Collateral Filed by Debtor In Possession Rose Rental Properties, LLC (Attachments: # 1 Exhibit A # 2 Proposed Order)  (Dkt. #13)

Objection filed by The Citizens National Bank of Meridian (Dkt. #28)

Objection filed by Community Bank (Dkt. #33)

Limited Response filed by the U.S. Trustee (Dkt. #34)

Answer and Response in Support of Motion filed by Subchapter V Trustee (Dkt. #80)

   Minute Entry Re: (related document(s): [13] Motion to Use Cash Collateral filed by Rose Rental Properties, LLC) Rollins to submit an Agreed Order. Order due by 04/01/2026. Email received from Rollins. (mcc)