# Proceeding Minutes / Proceeding Memo

**Case #:** 25-03091  **Case Name:** Rose Rental Properties, LLC

**Set:** 03/18/2026 09:00 am  **Chapter:** 11  **Type:** bk  **Judge:** Katharine M. Samson

**matter** Motion to Prohibit Use of Cash Collateral Filed by Creditor The Citizens National Bank of Meridian  (Dkt. #9)

Response filed by the Debtor In Possession (Dkt. #15)

---

Minute Entry Re: (related document(s): [9] Motion to Prohibit Cash Collateral filed by The Citizens National Bank of Meridian) Rollins to submit an Agreed Order. Order due by 04/01/2026. Email received from Rollins. (mcc)