MSSB-7007.1-Bk (11/23)

**United States Bankruptcy Court**
**Southern District of Mississippi**

In re: Rose Rental Properties, LLC

*Debtor(s)*

Case No.: 25-03091-KMS

Chapter: 11V

**Corporate Ownership Statement**

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules, Community Bank of Mississippi, a

[Name of Corporate Party]

**[Check One]**

[✓] Party to a contested matter **Miss. Bankr. L.R. 9014-1(c)**

[ ] Corporate Debtor **FRBP 1007(a)(1)**

[ ] Corporate Petitioner of an involuntary petition **FRBP 1010(b)**

[ ] Alleged Corporate Debtor **FRBP 1011(f)**

make the following disclosure(s):

[✓] The following entities owning, directly or indirectly, 10% or more of any class of the corporation's (s') equity interests, are listed below:

Community Bancshares of Mississippi, Inc.

**OR**

[ ] There are no entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interest.

Date: 03/16/2026

*Attorney Signature* (signed: Sarah Beth Wilson)

Sarah Beth Wilson
Attorney Name

103650
State Bar Number

1905 Community Bank Way, Ste 200
Address

Flowood, MS 39232
City, State, and Zip Code

601-360-9315
Telephone Number

sarah.beth.wilson@phelps.com
Email Address

**Pursuant to Miss. Bankr. L.R. 7007.1-1 the requirements for filing a Corporate Ownership Statement, under Fed. R. Bankr. P. 7007.1 shall also apply to general partnerships, limited partnerships, joint ventures, and limited liability companies.**