_____



SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: March 31, 2026**

_____
**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Rose Rental Properties, LLC, Debtor          Case No. 25-03091-JAW
                                                                                CHAPTER 11

## ORDER ALLOWING FIRST INTERIM COMPENSATION AND REIMBURSEMENT OF EXPESES

(Dkt. #148)

This matter came before the Court on the Application of The Rollins Law Firm, PLLC for Allowance of First Interim Compensation and Reimbursement of Expenses. After reviewing the Application and being otherwise fully advised in the premises, the Court finds that the Application is well taken and should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that the Application is hereby GRANTED, that The Rollins Law Firm, PLLC is allowed interim compensation for professional services in the amount of $19,657.50. The Rollins Law Firm, PLLC is allowed reimbursement of expenses in the amount of $1,898.02 and authorized to apply the $20,000 retainer currently held in trust to the allowed fees and expenses.

IT IS FURTHER ORDERED that any remaining balance of allowed fees and expenses shall be paid pursuant to the terms of a confirmed Chapter 11 plan.

#END OF ORDER#

Submitted by:
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533
trollins@therollinsfirm.com