---



SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: April 2, 2026**

The Order of the Court is set forth below. The docket reflects the date entered.

---

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

| | |
|---|---|
| **Rose Rental Properties, LLC,** | **CASE NO: 25-03091 KMS** |
| **DEBTOR(S).** | **CHAPTER 11** |

Thomas Carl Rollins, Jr., Esq.
Jeff Rawlings, Esq.
Sara Beth Wilson, Esq.
Abigail M. Marbury, Esq.
Craig M. Geno, Esq.

## ORDER TO SHOW CAUSE

YOU ARE HEREBY ORDERED TO APPEAR on April 15, 2026, at 9:30 a.m. in the United States Courthouse, Bankruptcy Courtroom 4D, 501 East Court Street, Jackson, Mississippi, to show cause why sanctions or other relief should not be imposed for failure to submit the appropriate order or judgment resulting from the hearing set on March 18, 2026, on the Motion to Use Cash Collateral filed by the Debtor In Possession (Dkt. #13) in the above-styled case.  *See* Miss. Bankr.L. R. 1001-1(f)(5) and 9013-1(e).

##END OF ORDER##