United States Bankruptcy Court

Southern District of Mississippi

In re: 

Case No. 25-03091-KMS

Rose Rental Properties, LLC

Chapter 11

Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
| Date Rcvd: Apr 02, 2026 | Form ID: pdf012 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2026:**

**Recip ID**              **Recipient Name and Address**
dbpos                     Rose Rental Properties, LLC, 1143 Robinson Springs Rd., Madison, MS 39110

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2026                     Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2026 at the address(es) listed below:**

**Name**                          **Email Address**

Abigail M. Marbury
                                  on behalf of U.S. Trustee United States Trustee abigail.m.marbury@usdoj.gov

Craig M. Geno
                                  cmgeno@cmgenolaw.com  kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com

Craig M. Geno
                                  on behalf of Trustee Craig M. Geno cmgeno@cmgenolaw.com  kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com

Jeff D. Rawlings
                                  on behalf of Creditor Citizens National Bank Notices@rawlingsmacinnis.net  Judy@rawlingsmacinnis.net

Jeff D. Rawlings
                                  on behalf of Creditor The Citizens National Bank of Meridian Notices@rawlingsmacinnis.net  Judy@rawlingsmacinnis.net

Sarah Beth Wilson
                                  on behalf of Creditor Community Bank sarah.beth.wilson@phelps.com
                                  1069885420@filings.docketbird.com;page.bridges@phelps.com;Danielle.Mashburn-Myrick@phelps.com,1069885420@filings.docketbird.com

Thomas Carl Rollins, Jr
                                  on behalf of Debtor In Possession Rose Rental Properties  LLC trollins@therollinsfirm.com,
                                  jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

District/off: 0538-3                    User: mssbad                                Page 2 of 2
Date Rcvd: Apr 02, 2026                 Form ID: pdf012                             Total Noticed: 1

United States Trustee

        USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 8

_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: April 2, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

| | |
|---|---|
| **Rose Rental Properties, LLC,** | **CASE NO: 25-03091 KMS** |
| **DEBTOR(S).** | **CHAPTER 11** |

Thomas Carl Rollins, Jr., Esq.
Jeff Rawlings, Esq.

## ORDER TO SHOW CAUSE

YOU ARE HEREBY ORDERED TO APPEAR on April 15, 2026, at 9:30 a.m. in the

United States Courthouse, Bankruptcy Courtroom 4D, 501 East Court Street, Jackson,

Mississippi, to show cause why sanctions or other relief should not be imposed for failure to

submit the appropriate order or judgment resulting from the hearing set on March 18, 2026, on the

Motion to Prohibit Use of Cash Collateral filed by The Citizens National Bank of Meridian (Dkt.

#9) in the above-styled case.    *See* Miss. Bankr.L. R. 1001-1(f)(5) and 9013-1(e).

##END OF ORDER##