United States Bankruptcy Court

Southern District of Mississippi

In re:

Rose Rental Properties, LLC

    Debtor

Case No. 25-03091-KMS

Chapter 11

# CERTIFICATE OF NOTICE

| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 02, 2026 | Form ID: pdf012 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| dbpos | Rose Rental Properties, LLC, 1143 Robinson Springs Rd., Madison, MS 39110 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2026

Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abigail M. Marbury | on behalf of U.S. Trustee United States Trustee abigail.m.marbury@usdoj.gov |
| Craig M. Geno | cmgeno@cmgenolaw.com  kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com |
| Craig M. Geno | on behalf of Trustee Craig M. Geno cmgeno@cmgenolaw.com  kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com |
| Jeff D. Rawlings | on behalf of Creditor Citizens National Bank Notices@rawlingsmacinnis.net  Judy@rawlingsmacinnis.net |
| Jeff D. Rawlings | on behalf of Creditor The Citizens National Bank of Meridian Notices@rawlingsmacinnis.net  Judy@rawlingsmacinnis.net |
| Sarah Beth Wilson | on behalf of Creditor Community Bank sarah.beth.wilson@phelps.com 1069885420@filings.docketbird.com;page.bridges@phelps.com;Danielle.Mashburn-Myrick@phelps.com,1069885420@filings.docketbird.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor In Possession Rose Rental Properties  LLC trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |

District/off: 0538-3                     User: mssbad                                Page 2 of 2

Date Rcvd: Apr 02, 2026                  Form ID: pdf012                             Total Noticed: 1

United States Trustee

          USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 8



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: April 2, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

**Rose Rental Properties, LLC,**                                     **CASE NO: 25-03091 KMS**

        **DEBTOR(S).**                                                        **CHAPTER 11**

Thomas Carl Rollins, Jr., Esq.
Jeff Rawlings, Esq.

## ORDER TO SHOW CAUSE

YOU ARE HEREBY ORDERED TO APPEAR on April 15, 2026, at 9:30 a.m. in the

United States Courthouse, Bankruptcy Courtroom 4D, 501 East Court Street, Jackson,

Mississippi, to show cause why sanctions or other relief should not be imposed for failure to

submit the appropriate order or judgment resulting from the hearing set on March 18, 2026, on the

Motion for Relief from Stay filed by The Citizens National Bank of Meridian (Dkt. #111) in the

above-styled case.     *See* Miss. Bankr.L. R. 1001-1(f)(5) and 9013-1(e).

##END OF ORDER##