## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:** **Rose Rental Properties, LLC, Debtor** **Case No. 25-03091-KMS**
**CHAPTER 11**

### <u>ORDER REDUCING NOTICE TIME ON DEBTOR'S MOTION</u>

THIS CAUSE having come on this date on the Motion to Reduce Notice Time on

Debtor's Motion (DK #___), the Court having reviewed and considered the facts herein, and

there being no objection from the Trustee or creditors, does find as follows:

IT IS THEREFORE ORDERED that the Debtor's Motino to Reduce Time (dk #___) is hereby

granted. The twenty-one (21) day notice period on the Debtor' Motion to Approve the Sale of

Certain Real Property (Dk #193) is shortened to a seven (7) day wait period. All other provisions

of the Federal Rules of Bankruptcy Procedure and Local Rules not inconsistent with this Order

shall remain in full force and effect.

#END OF ORDER#

AGREED BY:
<u>/s/ Thomas C. Rollins, Jr.</u>
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR