# Proceeding Minutes / Proceeding Memo

**Case #:**  25-03091          **Case Name:**  Rose Rental Properties, LLC

**Set:**  04/15/2026 09:30 am   **Chapter:**  11   **Type:**  bk      **Judge**  Katharine M. Samson

**matter**  Motion For Sale of Property under Section 363(b) Filed by Debtor In Possession Rose Rental Properties, LLC (Attachments: # 1 Exhibit A # 2 Proposed Order)  (Dkt. #161)

Response filed by Community Bank (Dkt. #181)

---

Minute Entry Re: (related document(s): [161] Motion for Sale of Property under Section 363(b) filed by Rose Rental Properties, LLC) Rollins to submit an Order withdrawing the Motion. Order due by 04/29/2026. Called in by Rollins. (mcc)