**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    Rose Rental Properties, LLC, Debtor        Case No. 25-03091-JAW
                                                        **CHAPTER 11**

## MOTION FOR ENTRY OF AGREED ORDER ESTABLISHING PROCEDURE FOR SALE OF REAL PROPERTY

COMES NOW the Debtor, Rose Rental Properties, LLC, by and through counsel, and files this Motion for Entry of Agreed Order Establishing Procedures for Sale of Real Property, and would respectfully show:

1. The Debtor owns approximately twenty one (21) parcels of real property that constitute the primary assets of the estate.

2. The Debtor, The Citizens National Bank of Meridian ("Citizens"), and Community Bank of Mississippi ("Community") have been engaged in ongoing negotiations regarding the orderly liquidation of these assets.

3. Motions to sell property are currently pending before the Court, including, without limitation, the Motion to Sell Property filed at Docket No. 161.

4. Filing a separate noticed motion and hearing for each individual sale would impose unnecessary delay and expense and could jeopardize otherwise viable transactions.

5. The parties have agreed to a comprehensive set of procedures (the "Procedures Order") that will govern all sales of real property in this case.

6. The Procedures Order establishes a streamlined framework under 11 U.S.C. § 363 that:

   a) allows prompt sale of properties,

   b) ensures proper application and reporting of sale proceeds, and

   c) maintains the ability of parties to object where appropriate.

PD.61301409.2

7. The Procedures Order is intended to apply to all pending and future sale motions, including Docket No. 161, and will eliminate the need for duplicative work.

WHEREFORE, the Debtor respectfully requests that the Court to Enter the Agreed Order Establishing Procedures for Sale of Real Property; Approve the application of such procedures to all pending and future sale motions, including Dkt.161; and Grant such other relief as is just proper.

Respectfully submitted,

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A. Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
PO Box 13767
Jackson, MS 39236
601-500-5533
trollins@therollinsfirm.com

PD.61301409.2

## **CERTIFICATE OF SERVICE**

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Motion were forwarded on March 24, 2026, to:

By Electronic CM/ECF Notice:

Craig M. Geno
cmgeno@cmgenolaw.com, kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com

Craig M. Geno on behalf of Trustee Craig M. Geno
cmgeno@cmgenolaw.com, kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com

Abigail M. Marbury on behalf of U.S. Trustee United States Trustee
abigail.m.marbury@usdoj.gov

Jeff D. Rawlings on behalf of Creditor Citizens National Bank
Notices@rawlingsmacinnis.net, Judy@rawlingsmacinnis.net

Jeff D. Rawlings on behalf of Creditor The Citizens National Bank of Meridian
Notices@rawlingsmacinnis.net, Judy@rawlingsmacinnis.net

United States Trustee
USTPRegion05.JA.ECF@usdoj.gov

Sarah Beth Wilson on behalf of Creditor Community Bank
sarah.beth.wilson@phelps.com, 1069885420@filings.docketbird.com;page.bridges@phelps.com;Danielle.Mashburn-Myrick@phelps.com,1069885420@filings.docketbird.com

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

PD.61301409.2