

SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: April 13, 2026**

The Order of the Court is set forth below. The docket reflects the date entered.

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

| | |
|---|---|
| ROSE RENTAL PROPERTIES, LLC, | CASE NO. 25-03091 KMS |
| DEBTOR(S). | CHAPTER 11 |

## ORDER DISMISSING ORDER TO SHOW CAUSE

There came on for consideration the Order to Show Cause (Dkt. #186) entered on April 2, 2026, to show cause why sanctions or other relief should not be imposed for failure to submit the order on the Motion to Prohibit Use of Cash Collateral filed by The Citizens National Bank of Meridian (Dkt. #9) in the above-styled case.   The Court, having considered same, finds that the Order should be dismissed.

IT IS, THEREFORE, ORDERED that the Order is hereby dismissed.

##END OF ORDER##