_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: April 13, 2026**

_____
**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**    **Rose Rental Properties, LLC, Debtor**          **Case No. 25-03091-~~JAW~~-KMS**
                                                              **CHAPTER 11**

### FINAL ORDER AUTHORIZING USE OF CASH COLLATERAL AND GRANTING ADEQUATE PROTECTION

This matter came before the Court on the Debtor's Motion for Authority to Use Cash Collateral, for Entry of Interim and Final Orders, and for Expedited Hearing (Dkt. 13), the Motion to Prohibit Use of Cash Collateral filed by The Citizens National Bank of Meridian (Dkt. 9), the Objection of The Citizens National Bank of Meridian to Debtor's Motion for Authority to Use Cash Collateral (Dkt. 28), the Response and Objection by Community Bank to Motion of Debtor for Interim and Final Order Authorizing the Use of Cash Collateral (Dkt. 33), the United States Trustee's Limited Response (Dkt. 34), and the Debtor's Response and Objection to Citizens National Bank's Motion to Prohibit Use of Cash Collateral (Dkt. 15). The Court previously entered an Interim Order Authorizing Use of Cash Collateral and Granting Adequate Protection on December 19, 2025 (Dkt. 55). Having considered the motions, the responses, the agreements of the parties, and the record in this case, the Court finds that entry of a Final Order is appropriate.

IT IS THEREFORE ORDERED:

PD.61301366.2

1. The Interim Order Authorizing Use of Cash Collateral and Granting Adequate Protection entered on December 19, 2025 (Dkt. 55) is hereby adopted and incorporated herein. Except as expressly modified by this Final Order, all provisions of the Interim Order shall remain in full force and effect.

2. The Debtor is authorized to continue to use cash collateral of The Citizens National Bank of Meridian ("Citizens") and Community Bank in accordance with the terms, limitations, and budget set forth in the Interim Order. All reporting requirements, insurance requirements, operational restrictions, and other conditions imposed by the Interim Order shall remain in effect.

3. Citizens and Community Bank shall continue to receive the adequate protection provided in the Interim Order, including replacement liens on all post-petition rents and revenues derived from the collateral properties to the same validity, priority, and extent as existed prepetition. Nothing contained in this Final Order alters the relative priority of the liens asserted by Citizens or Community Bank.

4. Since entry of the Interim Order, the Debtor has determined that the most effective means of maximizing value for creditors is to market and sell substantially all of the real property owned by the Debtor. The Debtor has therefore actively begun marketing the properties and has filed a Chapter 11 Plan providing for the orderly liquidation of the Debtor's real estate portfolio.

5. The Debtor continues to pursue sales of the properties pursuant to 11 U.S.C. §363, subject to rights of secured lienholders and approval of this Court. The Debtor represents that several sales contracts are already under negotiation or in process and that the parties

PD.61301366.2

are working cooperatively toward implementing a streamlined procedure by agreed sales procedures order to expedite approvals of all remaining property sales.

6. The Debtor shall continue to provide the reporting required by the Interim Order, including but not limited to the required rental reports and periodic updates regarding the marketing and sale efforts for the properties.

7. Nothing contained in this Order constitutes a determination of the validity, priority, or extent of any lien, the amount of any claim, the value of the collateral, or any other contested issue in this case, all of which are reserved.

8. The Court retains jurisdiction to enforce and interpret the terms of this Order.

#END OF ORDERED#

Prepared by:

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
The Rollins Law Firm, PLLC
PO Box 13767
Jackson, MS 39236
601-500-5533
trollins@therollinsfirm.com

Approved:

/s/ Jeff Rawlings
Attorney for The Citizens National Bank of Meridian

/s/ Sarah Beth Wilson
Attorney for Community Bank

/s/ Craig M. Geno
Subchapter V Trustee

/s/ Abigail M. Marbury
Assistant United States Trustee

PD.61301366.2