# Proceeding Minutes / Proceeding Memo

**Case #:** 25-03091        **Case Name:** Rose Rental Properties, LLC

**Set:** 04/14/2026 11:00 am  **Chapter:** 11  **Type:** bk     **Judge** Katharine M. Samson

**matter**  Amended Notice of Status Conference (Re: 139 Chapter 11 Subchapter V Small Business Plan filed by Debtor In Possession Rose Rental Properties, LLC) (Dkt. #206)

---

  Minute Entry Re: (related document(s): [206] Notice of Status Conference) Appearances: Craig M. Geno, Abigail M. Marbury, Jeff D. Rawlings, Thomas Carl Rollins, Sarah Beth Wilson. Status conference was held. Hearing on Chapter 11 Subchapter V Plan will be set for 5-22-26 at 9:00 am in Jackson, MS. (cwe)