**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**   **Rose Rental Properties, LLC, Debtor**        **Case No. 25-03091-KMS**
                                                                    **CHAPTER 11**

## BALLOT SUMMARY AND CERTIFICATION OF PLAN VOTING

COMES NOW the Debtor, Rose Rental Properties, LLC, by and through counsel, and

submits this Ballot Report regarding voting on the Debtor's Subchapter V Chapter 11 Plan dated

March 3, 2026 (the "Plan"), and would respectfully show:

Ballots were solicited from creditors entitled to vote in impaired classes under the Plan.

The following ballots were timely received and tabulated.

### Class 1 – Secured Claims

1.   Citizens National Bank of Meridian

   a)   Amount of Claim Voting: $1,692.271.10

   b)   Number of Ballots Accepting: 0

   c)   Amount Accepting: $0.00

   d)   Number of Ballots Rejecting: 1

   e)   Amount Rejecting: $1,692,271.10

Result: Class 1 has rejected the Plan (Supported by executed ballot).

### Class 3- General Unsecure Claims

1.   American Express National Bank (Acct. ending 2008)

   a)   Claim Amount: $4,567.66

   b)   Vote Accept

2.   American Express National Bank (Acct. ending 4009)

   a)   Claim Amount: $25,874.73

    b)  Vote: Accept

Totals for Class 3:

    a)  Amount of Claims Voting: $30,442.39

    b)  Number of Ballots Accepting: 2

    c)  Amount Accepting: $30,442.39

    d)  Number of Ballots Rejecting: 0

    e)  Amount Rejecting: $0.00

Result: Class 3 has accepted the Plan.

At least on impaired class (Class 3- General Unsecured) has accepted the Plan. Class 1 (Citizens National Bank of Meridian) has rejected the Plan. Accordingly, the Debtor will seek confirmation pursuant pursuant to 11 U.S.C. § 1191(b) (cramdown), as contemplated by the Plan.

The Debtor reserves all rights with respect to the allowance, amount, validity, priority, and secured status of any claim, including the claims of Citizens National Bank of Meridian, as expressly set forth in the Plan.

Based on the foregoing tabulation, the Plan satisfies the voting requirements necessary to proceed to confirmation under 11 U.S.C. § 1191(b), and the Debtor will request confirmation at the scheduled hearing.

Respectfully Submitted,

By: /s/ Thomas C. Rollins, Jr.
    Thomas C. Rollins, Jr. (MSBN 103469)
    Jennifer A Curry Calvillo (MSBN 104367)
    The Rollins Law Firm, PLLC
    P.O. Box 13767
    Jackson, MS 39236
    601-500- 5533

Official Form 314  (02/20)

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE Southern DISTRICT OF MISSISSIPPI

IN RE:    Rose Rental Properties, LLC, Debtor        Case No. 25-03091-KMS

CHAPTER 11

## Class 1__ Ballot for Accepting or Rejecting Plan of Reorganization

Rose Rental Properties, LLC filed a plan of reorganization dated March 3, 2026 (the Plan) for the Debtor in this case.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in class ___ under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Thomas C. Rollins, Jr. on or before April 8, 2026, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

### Acceptance or Rejection of the Plan

The undersigned, the holder of a Class 1___ claim against the Debtor in the unpaid amount of
1,692,271.10 _____Dollars ($1,692.271.10____ )

*Check one box only*

☐    **Accepts the plan**

☒    **Rejects the plan**

Dated: 4/8/2026_____        Print or type name: Citizens National Bank of Meridian_____

Signature: _____        Title Attorney_____

Address:        PO Box 1789_____

                Madison, MS 39130_____

                601-898-1180_____

**Return this ballot to:**
Thomas C. Rollins, Jr.
P.O. Box 13767
Jackson, MS 39236

Official Form 314  (02/20)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE Southern DISTRICT OF MISSISSIPPI

IN RE:    **Rose Rental Properties, LLC, Debtor**      **Case No. 25-03091-KMS**

**CHAPTER 11**

## Class _3_ Ballot for Accepting or Rejecting Plan of Reorganization

Rose Rental Properties, LLC filed a plan of reorganization dated March 3, 2026 (the Plan) for the Debtor in this case.

You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in class _3_ under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

If your ballot is not received by Thomas C. Rollins, Jr. on or before April 8, 2026, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

### Acceptance or Rejection of the Plan

The undersigned, the holder of a Class _3_ claim against the Debtor in the unpaid amount of
_____Dollars ($ 25,874.73  )    Account Ending: 4009

*Check one box only*

☒   Accepts the plan

☐   Rejects the plan

Dated: April 1, 2026            Print or type name:  American Express National Bank

Signature: _____                Title Kenneth W. Kleppinger, Attorney/Agent for creditor

Address:        c/o Becket & Lee LLP

                PO Box 3001

                Malvern, PA 19355

**Return this ballot to:**
Thomas C. Rollins, Jr.
P.O. Box 13767
Jackson, MS 39236

Official Form 314  (02/20)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE Southern DISTRICT OF MISSISSIPPI

IN RE:   **Rose Rental Properties, LLC, Debtor**      **Case No. 25-03091-KMS**

**CHAPTER 11**

## Class _3_ Ballot for Accepting or Rejecting Plan of Reorganization

Rose Rental Properties, LLC filed a plan of reorganization dated March 3, 2026 (the Plan) for the Debtor in this case.

You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in class _3_ under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

If your ballot is not received by Thomas C. Rollins, Jr. on or before April 8, 2026, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

### Acceptance or Rejection of the Plan

The undersigned, the holder of a Class _3_ claim against the Debtor in the unpaid amount of
_____Dollars ($ 4,567.66___ )   Account Ending: 2008

*Check one box only*

☒   Accepts the plan

☐   Rejects the plan

Dated: April 1, 2026          Print or type name: American Express National Bank

Signature: _____   Title Kenneth W. Kleppinger, Attorney/Agent for creditor

Address:   c/o Becket & Lee LLP

PO Box 3001

Malvern, PA 19355

**Return this ballot to:**
Thomas C. Rollins, Jr.
P.O. Box 13767
Jackson, MS 39236

## CERTIFCATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the foregoing Ballot Summary and Certification was forwarded on April 14, 2026 to:

By Electronic CM/ECF Notice:

Jeff D. Rawlings, Attorney for Citizens National Bank

Sarah Beth Wilson, Attorney for Community Bank

Craig M. Geno, Chapter 11 Trustee

Abigail M. Marbury, Assistant for U.S. Trustee

U.S. Trustee