United States Bankruptcy Court
Southern District of Mississippi

In re:                                                                                      Case No. 25-03091-KMS

Rose Rental Properties, LLC                                                                 Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3                          User: mssbad                                  Page 1 of 2

Date Rcvd: Apr 13, 2026                       Form ID: pdf012                               Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol          Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2026:**

**Recip ID                    Recipient Name and Address**
dbpos                      +  Rose Rental Properties, LLC, P.O. Box #826, Madison, MS 39130-0826

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2026                 Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2026 at the address(es) listed below:**

**Name                          Email Address**

Abigail M. Marbury
                              on behalf of U.S. Trustee United States Trustee abigail.m.marbury@usdoj.gov

Craig M. Geno
                              cmgeno@cmgenolaw.com  kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com

Craig M. Geno
                              on behalf of Trustee Craig M. Geno cmgeno@cmgenolaw.com  kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com

Jeff D. Rawlings
                              on behalf of Creditor Citizens National Bank Notices@rawlingsmacinnis.net  Judy@rawlingsmacinnis.net

Jeff D. Rawlings
                              on behalf of Creditor The Citizens National Bank of Meridian Notices@rawlingsmacinnis.net  Judy@rawlingsmacinnis.net

Sarah Beth Wilson
                              on behalf of Creditor Community Bank sarah.beth.wilson@phelps.com
                              1069885420@filings.docketbird.com;page.bridges@phelps.com;Danielle.Mashburn-Myrick@phelps.com,1069885420@filings.d

District/off: 0538-3        User: mssbad        Page 2 of 2

Date Rcvd: Apr 13, 2026        Form ID: pdf012        Total Noticed: 1

ocketbird.com

Thomas Carl Rollins, Jr

on behalf of Debtor In Possession Rose Rental Properties  LLC trollins@therollinsfirm.com,
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 8

_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: April 13, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

    **ROSE RENTAL PROPERTIES, LLC,**            **CASE NO. 25-03091 KMS**

           **DEBTOR(S).**                     **CHAPTER 11**

### ORDER DISMISSING ORDER TO SHOW CAUSE

There came on for consideration the Order to Show Cause (Dkt. #186) entered on April 2, 2026, to show cause why sanctions or other relief should not be imposed for failure to submit the order on the Motion to Prohibit Use of Cash Collateral filed by The Citizens National Bank of Meridian (Dkt. #9) in the above-styled case. The Court, having considered same, finds that the Order should be dismissed.

IT IS, THEREFORE, ORDERED that the Order is hereby dismissed.

##END OF ORDER##