United States Bankruptcy Court
Southern District of Mississippi

In re:                                                                                    Case No. 25-03091-KMS

Rose Rental Properties, LLC                                                  Chapter 11
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3                         User: mssbad                              Page 1 of 2

Date Rcvd: Apr 13, 2026                  Form ID: pdf012                        Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| dbpos | + | Rose Rental Properties, LLC, P.O. Box #826, Madison, MS 39130-0826 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2026                      Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Abigail M. Marbury | on behalf of U.S. Trustee United States Trustee abigail.m.marbury@usdoj.gov |
| Craig M. Geno | cmgeno@cmgenolaw.com  kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com |
| Craig M. Geno | on behalf of Trustee Craig M. Geno cmgeno@cmgenolaw.com  kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com |
| Jeff D. Rawlings | on behalf of Creditor Citizens National Bank Notices@rawlingsmacinnis.net  Judy@rawlingsmacinnis.net |
| Jeff D. Rawlings | on behalf of Creditor The Citizens National Bank of Meridian Notices@rawlingsmacinnis.net  Judy@rawlingsmacinnis.net |
| Sarah Beth Wilson | on behalf of Creditor Community Bank sarah.beth.wilson@phelps.com 1069885420@filings.docketbird.com;page.bridges@phelps.com;Danielle.Mashburn-Myrick@phelps.com,1069885420@filings.d |

District/off: 0538-3                                 User: mssbad                                    Page 2 of 2
Date Rcvd: Apr 13, 2026                          Form ID: pdf012                            Total Noticed: 1

                        ocketbird.com

Thomas Carl Rollins, Jr

                        on behalf of Debtor In Possession Rose Rental Properties  LLC trollins@therollinsfirm.com,
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

                        USTPRegion05.JA.ECF@usdoj.gov


TOTAL: 8

---



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: April 13, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

---

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

    ROSE RENTAL PROPERTIES, LLC,                 CASE NO. 25-03091 KMS

           DEBTOR(S).                        CHAPTER 11

### ORDER DISMISSING ORDER TO SHOW CAUSE

There came on for consideration the Order to Show Cause (Dkt. #187) entered on April 2, 2026, to show cause why sanctions or other relief should not be imposed for failure to submit the order on the Motion to Use Cash Collateral filed by the Debtor In Possession (Dkt. #13) in the above-styled case.   The Court, having considered same, finds that the Order should be dismissed.

IT IS, THEREFORE, ORDERED that the Order is hereby dismissed.

##END OF ORDER##