

**SO ORDERED,**

**Judge Katharine Samson**
**United States Bankruptcy Judge**
**Date Signed: April 20, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

    **ROSE RENTAL PROPERTIES, LLC**         **CASE NO. 25-03091 KMS**

    **DEBTOR .**         **CHAPTER 11**

### ORDER RESETTING HEARING

This matter came on this date on the Chapter 11 Subchapter V Plan filed by the Debtor In Possession (the "Chapter 11 Plan") (Dkt. #139) and the Court having considered the facts herein, finds that the hearing on May 22, 2026, should be continued and reset.

IT IS, THEREFORE, ORDERED that the hearing on the Chapter 11 Plan hereby is continued and reset for July 17, 2026, at 9:00 a.m., in the Thad Cochran U. S. Courthouse, Bankruptcy Courtroom 4D, 501 East Court Street, Jackson, Mississippi.

##END OF ORDER##

Courtroom Deputy
228-563-1797 (use to advise of settlement)
228-563-1841