_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: April 27, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:     Rose Rental Properties, LLC, Debtor**          **Case No. 25-03091-KMS**
                                                                                **CHAPTER 11**

## ORDER WITHDRAWING MOTION TO SELL

THIS CAUSE having come on for consideration on the Motion to Approve the Sale of Certain Real Property (Dk# 193), and Sale Procedure Order (Dk# 213) being entered with the court, the Motion is now moot. Accordingly, the Motion is hereby withdrawn.

###END OF ORDER###

SUBMITTED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500- 5533
trollins@therollinsfirm.com