# Proceeding Minutes / Proceeding Memo

**Case #:** 25-03091          **Case Name:**  Rose Rental Properties, LLC

**Set:**  05/08/2026 11:00 am   **Chapter:**  11   **Type:**  bk   **Judge**  Katharine M. Samson

**matter**   Notice of Telephonic Status Conference (Re: 232 Remove Debtor as Debtor in Possession filed by Creditor The Citizens National Bank of Meridian) (Dkt. #233)

---

Minute Entry Re: (related document(s): [233] Notice of Status Conference) Appearances: Craig M. Geno, Abigail M. Marbury, Jeff D. Rawlings, Thomas Carl Rollins, Sarah Beth Wilson. Status conference was held. Hearing will be set for 5-29-26. (cwe)