# Proceeding Minutes / Proceeding Memo

**Case #:** 25-03091      **Case Name:** Rose Rental Properties, LLC

**Set:** 05/29/2026 09:30 am   **Chapter:** 11   **Type:** bk      **Judge** Katharine M. Samson

**matter**   Motion for Removal of Debtor as Debtor in Possession Filed by Creditor The Citizens National Bank of Meridian  (Dkt. #232)

Response filed by the Debtor In Possession (Dkt. #239)

Response and Limtied Objection filed by Community Bank of Mississippi (Dkt. #240)

---

   Minute Entry Re: (related document(s): [232] Remove Debtor as Debtor in Possession filed by The Citizens National Bank of Meridian) Per the email received from Rawlings and other Parties, the hearing is to be reset to a later date. Tickle for date: 06/05/2026. (mcc)