# Proceeding Minutes / Proceeding Memo

**Case #:** 25-03091      **Case Name:** Rose Rental Properties, LLC

**Set:** 05/29/2026 09:30 am  **Chapter:** 11  **Type:** bk    **Judge** Katharine M. Samson

**matter** Notice of Telephonic Status Conference (Re: 232 Remove Debtor as Debtor in Possession filed by Creditor The Citizens National Bank of Meridian) (Dkt. #242)

---

Minute Entry Re: (related document(s): [242] Notice of Status Conference) Appearances: Abigail M. Marbury, Jeff D. Rawlings, Thomas Carl Rollins, Sarah Beth Wilson. Status conference was held. Matter will be reset to 7-17-26. (cwe)