United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                          Case No. 25-03091-KMS

Rose Rental Properties, LLC                                                   Chapter 11
     Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
| Date Rcvd: May 27, 2026 | Form ID: hn011kms | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2026:**

**Recip ID**     **Recipient Name and Address**
dbpos       + Rose Rental Properties, LLC, P.O. Box #826, Madison, MS 39130-0826

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2026       Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abigail M. Marbury | on behalf of U.S. Trustee United States Trustee abigail.m.marbury@usdoj.gov |
| Craig M. Geno | cmgeno@cmgenolaw.com  kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com |
| Craig M. Geno | on behalf of Trustee Craig M. Geno cmgeno@cmgenolaw.com  kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com |
| Jeff D. Rawlings | on behalf of Creditor Citizens National Bank Notices@rawlingsmacinnis.net  Judy@rawlingsmacinnis.net |
| Jeff D. Rawlings | on behalf of Creditor The Citizens National Bank of Meridian Notices@rawlingsmacinnis.net  Judy@rawlingsmacinnis.net |
| Sarah Beth Wilson | on behalf of Creditor Community Bank sarah.beth.wilson@phelps.com 1069885420@filings.docketbird.com;page.bridges@phelps.com;Danielle.Mashburn-Myrick@phelps.com,1069885420@filings.d |

District/off: 0538-3                          User: mssbad                                    Page 2 of 2
Date Rcvd: May 27, 2026                       Form ID: hn011kms                               Total Noticed: 1

    ocketbird.com

Thomas Carl Rollins, Jr

    on behalf of Debtor In Possession Rose Rental Properties  LLC trollins@therollinsfirm.com,
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
    nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

    USTPRegion05.JA.ECF@usdoj.gov


TOTAL: 8

Form hn011kms (Rev. 11/24)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

**Rose Rental Properties, LLC**

**CASE NO. 25−03091−KMS**

**DEBTOR.**

**CHAPTER 11**

### NOTICE OF TELEPHONIC STATUS CONFERENCE

You are hereby notified that the Court will hold a telephonic status conference on May 29, 2026 at 09:30 AM, in the above−styled case, on the following:

> Motion for Removal of Debtor as Debtor in Possession filed by The Citizens National Bank of Meridian (Dkt. #232)

Please call 833−990−9400 or 571−353−2301; Access Code: 1059329 at the appointed time.

If you plan to participate, please call the Courtroom Deputy at the number provided below.

Dated: 5/27/26

Danny L. Miller, Clerk of Court
U.S. Bankruptcy Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201
601−608−4600

Courtroom Deputy
228−563−1797 (use to advise of settlement)
228−563−1841

Parties Noticed:

Rose Rental Properties, LLC, Debtor In Possession

Thomas Carl Rollins, Jr., Esq.

Craig M. Geno, Esq.

Office of the US Trustee

Abigail M. Marbury, Esq.

Jeff D. Rawlings, Esq.

Sarah Beth Wilson, Esq.