**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE: ROSE RENTAL PROPERTIES,        CASE NO. 25-03091-KMS
LLC., Debtor

                             **CHAPTER 11**

## NOTICE OF PROPERTY SALE

COMES NOW, Rose Rental Properties, LLC. (the "Debtor"), Debtor and Debtor-in-Possession in the above-captioned Chapter 11 case, by and through counsel, and files this Notice of Property Sale pursuant to the Agreed Order Establishing Procedures for Sale of Real Property (the "Procedures Order"), and would respectfully show unto the Court as follows:

1. On or about June 12, 2026, the Debtor closed on the sale of the real property located at 100 Vine Lane, Brandon, Mississippi 39047 (the "Property").

2. The buyer was TC Ventures, LLC. The gross sales price for the Property was $192,500.00.

3. A summary of the closing costs and disbursements reflected on the final settlement statement is as follows:

| Item | Amount |
|---|---|
| Gross sales price | $192,500.00 |
| Seller credits/prorations | $265.92 |
| Total seller-side debits/disbursements | $192,765.92 |
| Payoff to The Citizens National Bank of Meridian | $172,876.62 |
| Other closing costs, taxes, commissions, credits, fees, and disbursements | $19,889.30 |
| Net proceeds distributed to Citizens National Bank of Meridian | $172,876.62 |
| Net proceeds distributed to Community Bank of Mississippi | $0.00 |
| Net proceeds distributed to Debtor-in-Possession | $0.00 |

4.  Consistent with the Procedures Order, the sale was free and clear of all liens, claims, encumbrances, and interests, with any such liens, claims, encumbrances, and interests to attach to the proceeds in the order of their priority, subject to further order of this Court.

5.  A copy of the final executed settlement statement/closing disclosure is attached hereto as Exhibit "A".

WHEREFORE, the Debtor files this Notice of Property Sale and provides the above post-closing report in accordance with the Procedures Order.

Respectfully submitted,

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A. Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
Telephone: (601) 500-5533
Facsimile: (601) 500-5296
Email: trollins@therollinsfirm.com
Counsel for Debtor and Debtor-in-Possession

## CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that on June 16, 2026, I electronically filed the foregoing Notice of Property Sale with the Clerk of Court using the CM/ECF system, which sent notice to all registered participants in this case.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

**EXHIBIT A**
**Final Executed Settlement Statement / Closing Disclosure**

Elliott Closings, LLC
ALTA Universal ID: 1080888
115 Laurel Park Cove
Suite 108
Flowood, MS 39232
(601) 487-4400

ALTA Combined Settlement Statement

| File #: | 26-F8111 | Property | 100 Vine Lane | Settlement Date | 06/12/2026 |
|---|---|---|---|---|---|
| Print Date & Time: | 06/12/2026 at 10:45 AM CDT | | Brandon, MS 39047 | Disbursement Date | 06/12/2026 |
| Attorney: | Shannon Elliott | Buyer | TC Ventures, LLC | | |
| Settlement Location: | 115 Laurel Park Cove | | 418 Old River Road | | |
| | Suite 108 | | Waynesboro, MS 39367 | | |
| | Flowood, MS, 39232 | Seller | Rose Rental Properties, LLC | | |
| | | | 1920 Bellewood Drive | | |
| | | | Jackson, MS 39211 | | |
| | | Lender | First State Bank | | |
| | | | 801 22nd Avenue | | |
| | | | Meridian, MS 39301 | | |

| Seller | | | Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | Financial | | |
| | $192,500.00 | Sale Price of Property | $192,500.00 | |
| | | Deposit | | $2,000.00 |
| | | Loan Amount | | $163,625.00 |
| $2,500.00 | | Seller Credit | | $2,500.00 |
| | | | | |
| | | Prorations/Adjustments | | |
| $883.46 | | County Taxes 01/01/2026 to 06/12/2026 | | $883.46 |
| | $251.16 | Leasehold Fee 06/12/2026 to 05/01/2027 | $251.16 | |
| | $14.76 | Solid Waste 06/12/2026 to 07/01/2026 | $14.76 | |
| | | | | |
| | | Loan Charges | | |
| | | Appraisal Fee to First State Bank | $500.00 | |
| | | Appraisal Review Fee to First State Bank | $95.00 | |
| | | Flood Certification Fee to First State Bank | $18.00 | |
| | | Future Release Fee to First State Bank | $54.00 | |
| | | Loan Documentation Fee to First State Bank | $500.00 | |
| | | Origination Fee to First State Bank | $825.00 | |
| | | | | |
| | | Payoff(s) | | |
| $172,876.62 | | Payoff to The Citizens National Bank of Meridian | | |
| | | | | |
| | | Government Recording and Transfer Charges | | |
| | | Recording Fees | $83.00 | |
| | | ---Mortgage: $41.00 | | |
| | | ---Assignment: $42.00 | | |
| | | Recording Fee-Assignment of Lease to Pearl River Valley Water Supply District | $250.00 | |
| | | | | |
| | | Commission | | |
| $4,812.50 | | Listing Agent Commission to Southern Homes Real Estate | | |
| $5,775.00 | | Selling Agent Commission to Front Gate Realty, LLC | | |
| | | | | |
| | | Title Charges & Escrow / Settlement Charges | | |
| | | Title - Closing Fee to Elliott Closings, LLC | $550.00 | |

| Seller | | | Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | Title - Courier/Wire Fee to Elliott Closings, LLC | $50.00 | |
| | | Title - Document Prep Fee to Elliott Closings, LLC | $175.00 | |
| | | Title - E-Recording to Elliott Closings, LLC | $10.00 | |
| | | Title - Examination Fee to Elliott Closings, LLC | $175.00 | |
| | | Title - Lender's Title Policy to Stewart Title Guaranty Company | $541.20 | |
| | | Title - Title Binder to Elliott Closings, LLC | $150.00 | |
| | | Title - Owner's Title Policy to Stewart Title Guaranty Company | $408.00 | |
| | | | | |
| | | Miscellaneous | | |
| $2,505.41 | | 2024 Property Taxes to Rankin County Chancery Clerk | | |
| $1,994.26 | | 2025 Property Taxes to Rankin County Tax Collector | | |
| $285.00 | | Annual Lease Fee to Pearl River Valley Water Supply District | | |
| $710.00 | | Home Warranty to Home Warranty of America | | |
| $63.67 | | Pest Inspection to Family Termite & Environmental, Inc. | | |
| $360.00 | | Solid Waste to Rankin County Solid Waste | | |

| Seller | | | Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| $192,765.92 | $192,765.92 | Subtotals | $197,150.12 | $169,008.46 |
| | | Due from Buyer | | $28,141.66 |
| | $0.00 | Due from Seller | | |
| $192,765.92 | $192,765.92 | Totals | $197,150.12 | $197,150.12 |

See signature addendum

# Signature Addendum

**Acknowledgement**

We/I have carefully reviewed the Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the Settlement Statement.
We/I authorize Elliott Closings, LLC to cause the funds to be disbursed in accordance with this statement.

TC Ventures, LLC, a Mississippi Limited Liability Company

By: _____     _____
Thomas Carson Kelly, Member                                                   Date

Rose Rental Properties, LLC, a Mississippi Limited Liability Company

By: _____     _____
Jerrick Rose, Member                                                                   Date

Produced by Elliott Closings, LLC
Using Qualia

26-F8111
Printed on 06/12/2026

# Signature Addendum

**Acknowledgement**

We/I have carefully reviewed the Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the Settlement Statement.

We/I authorize Elliott Closings, LLC to cause the funds to be disbursed in accordance with this statement.

TC Ventures, LLC, a Mississippi Limited Liability Company

Rose Rental Properties, LLC, a Mississippi Limited Liability Company

By: _____          By: _____  6.15.2026

Thomas Carson Kelly, Member          Date          Jerrick Rose, Member          Date

Produced by Elliott Closings, LLC
Using Qualia