# Proceeding Minutes / Proceeding Memo

**Case #:** 25-03091          **Case Name:**  Rose Rental Properties, LLC

**Set:**  06/16/2026 02:30 pm   **Chapter:**  11   **Type:**  bk      **Judge**  Katharine M. Samson

**matter**  Motion for 2004 Examination Filed by Creditor The Citizens National Bank of Meridian  (Dkt. #247)

Limited Objection filed by the Debtor (Dkt. #248)

---

Minute Entry Re: (related document(s): [247] Motion for Examination filed by The Citizens National Bank of Meridian) Jeff Rawlings to submit an Agreed Order. Order due by 06/30/2026. Email received from Rawlings. (mcc)