

**SO ORDERED,**

**Judge Katharine Samson**
**United States Bankruptcy Judge**
**Date Signed: July 14, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

    **ROSE RENTAL PROPERTIES, LLC**　　　　　　　**CASE NO. 25-03091 KMS**

    **DEBTOR .**　　　　　　　　　　　　　　　　　**CHAPTER 11**

## ORDER RESETTING HEARING

This matter came on this date on the Motion for Removal of Debtor as Debtor in Possession filed by The Citizens National Bank of Meridian (the "Motion") (Dkt. #232) and the Court having considered the facts herein, finds that the hearing on July 17, 2026, should be continued and reset to a telephonic hearing.

IT IS, THEREFORE, ORDERED that the hearing on the Motion hereby is continued and reset for a *Telephonic* hearing on  July 17, 2026, at 10:00 a.m..  **The dial in number for the telephonic conference is 833-990-9400 or 571-353-2301; Access Code: 1059329.**

##END OF ORDER##

Courtroom Deputy
228-563-1797 (use to advise of settlement)
228-563-1841