# Proceeding Minutes / Proceeding Memo

**Case #:** 25-03091        **Case Name:**  Rose Rental Properties, LLC

**Set:** 07/17/2026 10:00 am   **Chapter:**  11   **Type:**  bk    **Judge**  Katharine M. Samson

**matter**   Chapter 11 Subchapter V Plan filed by the Debtor In Possession (Dkt. #139)

Objection to Confirmation filed by U.S. Trustee (Dkt. #195)

Objection to Confirmation filed by Community Bank (Dkt. #196)

Objection to Confirmation filed by The Citizens National Bank of Meridian (Dkt. #197)

Objection to Confirmation filed by the Trustee (Dkt. #198)

---

Minute Entry Re: (related document(s): [139] Chapter 11 Subchapter V Small Business Plan filed by Rose Rental Properties, LLC) Appearances: Craig M. Geno, Abigail M. Marbury, Jeff D. Rawlings, Thomas Carl Rollins, Sarah Beth Wilson. Matter will be reset to 8-28-26 at 9:00 am. (cwe)