# Proceeding Minutes / Proceeding Memo

**Case #:** 25-03091          **Case Name:** Rose Rental Properties, LLC

**Set:** 07/17/2026 10:00 am   **Chapter:** 11   **Type:** bk   **Judge** Katharine M. Samson

**matter**   Motion for Removal of Debtor as Debtor in Possession Filed by Creditor The Citizens National Bank of Meridian  (Dkt. #232)

Response filed by the Debtor In Possession (Dkt. #239)

Response and Limited Objection filed by Community Bank of Mississippi (Dkt. #240)

---

Minute Entry Re: (related document(s): [232] Motion for Removal of Debtor as Debtor in Possession filed by The Citizens National Bank of Meridian) Appearances: Craig M. Geno, Abigail M. Marbury, Jeff D. Rawlings, Thomas Carl Rollins, Sarah Beth Wilson. Matter will be reset to 8-28-26 at 9:00 am. (cwe)