United States Bankruptcy Court
Southern District of Mississippi

In re:                                                                                          Case No. 25-03091-KMS

Rose Rental Properties, LLC                                                      Chapter 11
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3                         User: mssbad                                        Page 1 of 2

Date Rcvd: Jul 17, 2026                    Form ID: pdf012                              Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol         Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2026:**

**Recip ID                   Recipient Name and Address**
dbpos                    + Rose Rental Properties, LLC, P.O. Box #826, Madison, MS 39130-0826

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2026                         Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2026 at the address(es) listed below:

**Name                         Email Address**

Abigail M. Marbury
                              on behalf of U.S. Trustee United States Trustee abigail.m.marbury@usdoj.gov

Craig M. Geno
                              cmgeno@cmgenolaw.com  kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com

Craig M. Geno
                              on behalf of Trustee Craig M. Geno cmgeno@cmgenolaw.com  kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com

Jeff D. Rawlings
                              on behalf of Creditor Citizens National Bank Notices@rawlingsmacinnis.net  Judy@rawlingsmacinnis.net

Jeff D. Rawlings
                              on behalf of Creditor The Citizens National Bank of Meridian Notices@rawlingsmacinnis.net  Judy@rawlingsmacinnis.net

Sarah Beth Wilson
                              on behalf of Creditor Community Bank sarah.beth.wilson@phelps.com
                              1069885420@filings.docketbird.com;page.bridges@phelps.com;Danielle.Mashburn-Myrick@phelps.com,1069885420@filings.d

District/off: 0538-3                          User: mssbad                                    Page 2 of 2
Date Rcvd: Jul 17, 2026                       Form ID: pdf012                                 Total Noticed: 1

ocketbird.com

Thomas Carl Rollins, Jr

on behalf of Debtor In Possession Rose Rental Properties  LLC trollins@therollinsfirm.com,
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov


TOTAL: 8



**SO ORDERED,**

**Judge Katharine Samson**
**United States Bankruptcy Judge**
**Date Signed: July 17, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

  ROSE RENTAL PROPERTIES, LLC                    CASE NO. 25-03091 KMS

    DEBTOR .                                      CHAPTER 11

## ORDER RESETTING HEARING

This matter came on this date on the Chapter 11 Subchapter V Plan filed by the Debtor In Possession (the "Chapter 11 Plan") (Dkt. #139) and the Court having considered the facts herein, finds that the hearing on July 17, 2026, should be continued and reset.

IT IS, THEREFORE, ORDERED that the hearing on the Chapter 11 Plan hereby is continued and reset for August 28, 2026, at 9:00 a.m., in the Thad Cochran U. S. Courthouse, Bankruptcy Courtroom 4D, 501 East Court Street, Jackson, Mississippi.

##END OF ORDER##

Courtroom Deputy
228-563-1797 (use to advise of settlement)
228-563-1841