# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: ROSE RENTAL PROPERTIES, LLC., Debtor | CASE NO. 25-03091-KMS |
| | CHAPTER 11 |

## <u>NOTICE OF PROPERTY SALE</u>

COMES NOW, Rose Rental Properties, LLC. (the "Debtor"), Debtor and Debtor-in-Possession in the above-captioned Chapter 11 case, by and through counsel, and files this Notice of Property Sale pursuant to the Agreed Order Establishing Procedures for Sale of Real Property (the "Procedures Order"), and would respectfully show unto the Court as follows:

1.  On or about July 17, 2026, the Debtor closed on the sale of the real property located at 801 Planters Point Drive, Canton, Mississippi 39046 (the "Property").

2.  The buyer was Sarah Melton. The gross sales price for the Property was $124,900.00.

3.  A summary of the closing costs and disbursements reflected on the final closing disclosure is as follows:

| Item | Amount |
|---|---|
| Gross sales price | $124,900.00 |
| Seller credits/prorations | $206.46 |
| Total seller-side debits/disbursements | $125,106.46 |
| Payoff to The Citizens National Bank of Meridian | $91,979.07 |
| Other closing costs, taxes, commissions, credits, fees, and disbursements | $33,127.39 |
| Net proceeds distributed to The Citizens National Bank of Meridian | $91,979.07 |
| Net proceeds distributed to Community Bank of Mississippi | $0.00 |
| Net proceeds distributed to Debtor-in-Possession | $0.00 |

4   Consistent with the Procedures Order, the sale was free and clear of all liens, claims, rances, and interests, with any such liens, claims, encumbrances, and interests to attach to eeds in the order of their priority, subject to further order of this Court.

5.  A copy of the final executed closing disclosure is attached hereto as Exhibit "A".

WHEREFORE, the Debtor files this Notice of Property Sale and provides the above post-closing report in accordance with the Procedures Order.

Respectfully submitted,

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A. Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
Telephone: (601) 500-5533
Facsimile: (601) 500-5296
Email: trollins@therollinsfirm.com
*Counsel for Debtor and Debtor-in-Possession*

## CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that on July 21, 2026, I electronically filed the foregoing Notice of Property Sale with the Clerk of Court using the CM/ECF system, which sent notice to all registered participants in this case.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

# EXHIBIT A

**Final Executed Closing Disclosure**

# Closing Disclosure

## Closing Information

| | |
|---|---|
| Date Issued | 07/16/2026 |
| Closing Date | 07/17/2026 |
| Disbursement Date | 07/17/2026 |
| Settlement Agent | Purvis Law Firm, P.A. |
| File # | 26-469 |
| Property | 801 Planters Point Dr Canton, MS 39046 |
| Sale Price | $124,900.00 |

## Transaction Information

| | |
|---|---|
| Borrower | Sarah Melton 801 Planters Point Dr Canton, MS 39046 |
| Seller | Rose Rental Properties, LLC 1920 Bellewood Drive Jackson, MS 39211 |
| Lender | CrossCountry Mortgage, LLC |

## Summaries of Transactions

### SELLER'S TRANSACTION

| M. Due to Seller at Closing | $125,106.46 |
|---|---|
| 01 Sale Price of Property | $124,900.00 |
| 02 Sale Price of Any Personal Property Included in Sale | |
| 03 | |
| 04 | |
| 05 | |
| 06 | |
| 07 | |
| 08 | |
| **Adjustments for Items Paid by Seller in Advance** | |
| 09 City/Town Taxes | |
| 10 County Taxes | |
| 11 Assessments | |
| 12 HOA Assessments 07/17/2026 to 12/31/2026 | $206.46 |
| 13 | |
| 14 | |
| 15 | |
| 16 | |

| N. Due from Seller at Closing | $125,106.46 |
|---|---|
| 01 Excess Deposit | |
| 02 Closing Costs Paid at Closing (J) | $28,473.06 |
| 03 Existing Loan(s) Assumed or Taken Subject to | |
| 04 Payoff of First Mortgage Loan to Citizens National.. | $91,979.07 |
| 05 Payoff of Second Mortgage Loan | |
| 06 | |
| 07 | |
| 08 Seller Credit | $3,747.00 |
| 09 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| **Adjustments for Items Unpaid by Seller** | |
| 14 City/Town Taxes | |
| 15 County Taxes 01/01/2026 to 07/17/2026 | $245.70 |
| 16 Assessments | |
| 17 Diff. Homestead vs. Non-Homestead | $661.63 |
| 18 | |
| 19 | |

### Calculation

| | |
|---|---|
| Total Due to Seller at Closing (M) | $125,106.46 |
| Total Due from Seller at Closing (N) | -$125,106.46 |
| Cash to Close ☒ From ☐ To Seller | $0.00 |

## Contact Information

| Real Estate Broker (B) | |
|---|---|
| Name | TWade Realty LLC |
| Address | 137 Executive Drive Suite F Madison, MS 39110 |
| ST License ID | 24146 |
| Contact | Christy Taylor |
| Contact ST License ID | S-58689 |
| Email | cmtaylor.79@gmail.com |
| Phone | (601) 954-6575 |

| Real Estate Broker (S) | |
|---|---|
| Name | Southern Homes Real Estate |
| Address | 115 Laurel Park Cove Suite 210 Flowood, MS 39232 |
| ST License ID | 22816 |
| Contact | Victoria Prowant |
| Contact ST License ID | B-21679 |
| Email | victoriaprowant@yahoo.com |
| Phone | (601) 750-7151 |

| Settlement Agency | |
|---|---|
| Name | Purvis Law Firm, P.A. |
| Address | 130 Fountains Boulevard Madison, MS 39110 |
| ST License ID | 106510 |
| Contact | Tolar W. Purvis |
| Contact ST License ID | 106510 |
| Email | tpurvis@purvislaw.com |
| Phone | (601) 988-6000 |



**Questions?** If you have questions about the loan terms or costs on this form, use the contact information below. To get more information or make a complaint, contact the Consumer Financial Protection Bureau at **www.consumerfinance.gov/mortgage-closing**

# Closing Cost Details

| LOAN COSTS | | Seller Paid | |
|---|---|---|---|
| | | **At Closing** | **Before Closing** |
| **A. Origination Charges** | | | |
| 01 0% of Loan Amount (Points) | | | |
| 02 | | | |
| 03 | | | |
| 04 | | | |
| **B. Services Borrower Did Not Shop For** | | | |
| 01 | | | |
| 02 | | | |
| 03 | | | |
| 04 | | | |
| 05 | | | |
| 06 | | | |
| 07 | | | |
| 08 | | | |
| **C. Services Borrower Did Shop For** | | | |
| 01 | | | |
| 02 | | | |
| 03 | | | |
| 04 | | | |
| 05 | | | |
| 06 | | | |
| 07 | | | |
| 08 | | | |
| 09 | | | |

| OTHER COSTS | | | |
|---|---|---|---|
| **E. Taxes and Other Government Fees** | | | |
| 01 Recording Fees Deed: $26.00  Mortgage: $40.00 | | | |
| 02 Release Fees to Madison County Chancery Clerk | | $162.00 | |
| 03 | | | |
| **F. Prepaids** | | | |
| 01 Homeowner's Insurance Premium to American Strategic Insurance Corp | | | |
| 02 Mortgage Insurance Premium | | | |
| 03 Prepaid Interest | | | |
| 04 Property Taxes | | | |
| 05 | | | |
| **G. Initial Escrow Payment at Closing** | | | |
| 01 Homeowner's insurance | | | |
| 02 Mortgage insurance | | | |
| 03 Property taxes | | | |
| 04 | | | |
| 05 | | | |
| 06 | | | |
| 07 | | | |
| 08 | | | |
| **H. Other** | | | |
| 01 2025 Property Taxes to Madison County Tax Collector | | $1,149.09 | |
| 02 Courier Fee - Payoff to FedEx | | $50.00 | |
| 03 HOA Estoppel Fee Reimbursement to Purvis Law Firm, P.A. | | $127.00 | |
| 04 HOA Lien/Dues to Deerfield Property Owners Association | | $16,875.00 | |
| 05 Home Warranty to First American Home Warranty | | $610.00 | |
| 06 Listing Agent Commission to Southern Homes Real Estate | | $3,122.50 | |
| 07 2024 Property Taxes to Madison County Chancery Clerk | | $1,477.47 | |
| 08 2023 Property Taxes to Madison County Chancery Clerk | | $1,089.33 | |
| 09 Pest Inspection to Family Termite | | $63.67 | |
| 10 Selling Agent Commission to TWade Realty LLC | | $3,747.00 | |
| 11 | | | |
| 12 | | | |
| **J. TOTAL CLOSING COSTS** | | $28,473.06 | |

Confirm Receipt

Rose Rental Properties, LLC, a Mississippi Limited Liability Company

By: _____     7-17-26
Jerrick W. Rose, Member                          Date