**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE: ROSE RENTAL PROPERTIES,                  CASE NO. 25-03091-KMS
LLC., Debtor                                                         CHAPTER 11

### NOTICE OF PROPERTY SALE

COMES NOW, Rose Rental Properties, LLC. (the "Debtor"), Debtor and Debtor-in-Possession in the above-captioned Chapter 11 case, by and through counsel, and files this Notice of Property Sale pursuant to the Agreed Order Establishing Procedures for Sale of Real Property (the "Procedures Order"), and would respectfully show unto the Court as follows:

1.      On or about July 31, 2026, the Debtor closed on the sale of the real property located at 128 North Brighton Drive, Jackson, Mississippi 39211 (the "Property").

2.      The buyer was Roneda Collins. The gross sales price for the Property was $143,000.00.

3.      A summary of the closing costs and disbursements reflected on the final settlement statement is as follows:

| Item | Amount |
|---|---|
| Gross sales price | $143,000.00 |
| Seller credits/prorations | $0.00 |
| Total seller-side debits/disbursements | $143,000.00 |
| Payoff to The Citizens National Bank of Meridian | $118,866.84 |
| Other closing costs, taxes, commissions, credits, fees, and disbursements | $24,133.16 |
| Net proceeds distributed to The Citizens National Bank of Meridian | $118,866.84 |
| Net proceeds distributed to Community Bank of Mississippi | $0.00 |
| Net proceeds distributed to Debtor-in-Possession | $0.00 |

4.      Consistent with the Procedures Order, the sale was free and clear of all liens, claims, encumbrances, and interests, with any such liens, claims, encumbrances, and interests to attach to the proceeds in the order of their priority, subject to further order of this Court.

5.      A copy of the final executed settlement statement is attached hereto as Exhibit "A".

WHEREFORE, the Debtor files this Notice of Property Sale and provides the above post-closing report in accordance with the Procedures Order.

Respectfully submitted,

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A. Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
Telephone: (601) 500-5533
Facsimile: (601) 500-5296
Email: trollins@therollinsfirm.com
*Counsel for Debtor and Debtor-in-Possession*

## CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that on August 6, 2026, I electronically filed the foregoing Notice of Property Sale with the Clerk of Court using the CM/ECF system, which sent notice to all registered participants in this case.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

# EXHIBIT A

**Final Executed Settlement Statement / Closing Disclosure**

Elliott Closings, LLC
ALTA Universal ID: 1080888
115 Laurel Park Cove
Suite 108
Flowood, MS 39232
(601) 487-4400

ALTA Combined Settlement Statement

| File #: | 26-F8095 | Property | 128 North Brighton Drive | Settlement Date | 07/31/2026 |
|---|---|---|---|---|---|
| Print Date & Time: | 07/30/2026 at 12:04 PM CDT | | Jackson, MS 39211 | Disbursement Date | 07/31/2026 |
| Attorney: | Shannon Elliott | Buyer | Roneda Collins | | |
| Settlement Location: | 115 Laurel Park Cove | | 128 North Brighton Drive | | |
| | Suite 108 | | Jackson, MS 39211 | | |
| | Flowood, MS, 39232 | Seller | Rose Rental Properties, LLC | | |
| | | | 1920 Bellewood Drive | | |
| | | | Jackson, MS 39211 | | |
| | | Lender | Paramount Residential | | |
| | | | Mortgage Group, Inc | | |
| | | | 1265 Corona Pointe Court | | |
| | | | Suite 301 | | |
| | | | Corona, CA 92879 | | |

| Seller | | | Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | **Financial** | | |
| | $143,000.00 | Sale Price of Property | $143,000.00 | |
| | | Deposit | | $500.00 |
| | | Loan Amount | | $140,409.00 |
| $8,580.00 | | Seller Credit | | $8,580.00 |
| | | Applce Card/GS Bank USA | $223.00 | |
| | | | | |
| | | **Prorations/Adjustments** | | |
| | | Capital One | $66.00 | |
| $1,579.40 | | County Taxes 01/01/2026 to 07/31/2026 | | $1,579.40 |
| | | Credit One Bank NA | $117.00 | |
| | | JPMCB Card | $87.00 | |
| | | | | |
| | | **Loan Charges** | | |
| | | 1.662% of Loan Amount (Points) | $2,333.60 | |
| | | Broker Compensation to Private Mortgage Advisors, LLC ($3,861.25 POC by Others) | | |
| | | Underwriting Fee to Paramount Residential Mortgage Group, Inc | $1,245.00 | |
| | | Appraisal Fee to Paramount Residential Mortgage Group, Inc ($600.00 POC by Borrower) | | |
| | | Appraisal Re Inspection to Paramount Residential Mortgage Group, Inc | $175.00 | |
| | | Credit Report Fee to Private Mortgage Advisors, LLC | $117.50 | |
| | | Employment Fee to Paramount Residential Mortgage Group, Inc | $75.00 | |
| | | Mortgage Insurance Premium to Paramount Residential Mortgage Group, Inc | $2,414.91 | |
| | | Prepaid Interest ($24.04 per day from 07/31/2026 to 08/01/2026) | $24.04 | |
| | | | | |
| | | **Impounds** | | |
| | | Homeowner's insurance $169.33 per month for 3 mo. | $507.99 | |
| | | Property taxes $226.45 per month for 9 mo. | $2,038.05 | |
| | | Flood Insurance $73.25 per month for 3 mo. | $219.75 | |
| | | Aggregate adjustment | | $1,358.70 |
| | | | | |
| | | **Government Recording and Transfer Charges** | | |
| | | Recording Fees | $67.00 | |

| Seller | | | Buyer | |
| Debit | Credit | | Debit | Credit |
| | | ---Deed: $26.00 | | |
| | | ---Mortgage: $41.00 | | |
| | | | | |
| | | Commission | | |
| $3,575.00 | | Listing Agent Commission to Southern Homes Real Estate | | |
| $3,575.00 | | Selling Agent Commission to Roby Realty | | |
| | | | | |
| | | Title Charges & Escrow / Settlement Charges | | |
| | | Title - Closing Fee to Elliott Closings, LLC | $550.00 | |
| | | Title - Courier/Wire Fee to Elliott Closings, LLC | $50.00 | |
| | | Title - CPL (Lender) to Stewart Title Guaranty Company | $50.00 | |
| | | Title - Document Prep Fee to Elliott Closings, LLC | $175.00 | |
| | | Title - E-Recording to Elliott Closings, LLC | $10.00 | |
| | | Title - Examination Fee to Elliott Closings, LLC | $175.00 | |
| | | Title - Lender's Title Policy to Stewart Title Guaranty Company | $465.30 | |
| | | Title - Title Binder to Elliott Closings, LLC | $150.00 | |
| | | | | |
| | | Miscellaneous | | |
| $3,700.00 | | 2024 Property Taxes to Hinds County Chancery Clerk | | |
| $3,000.00 | | 2025 Property Taxes to Hinds County Tax Collector - 1st Judicial District | | |
| $118,866.84 | | Payoff to Citizens National Bank, N.A. | | |
| $64.26 | | Pest Inspection to Family Termite & Environmental, Inc. | | |
| $59.50 | | Pest Inspection to Family Termite & Environmental, Inc. | | |
| | | Homeowner's Insurance Premium to State Farm | $2,032.00 | |
| | | Flood Insurance to National Flood Insurance Program ($637.00 POC by Borrower) | $242.00 | |

| Seller | | | Buyer | |
| Debit | Credit | | Debit | Credit |
| $143,000.00 | $143,000.00 | Subtotals | $156,610.14 | $152,427.10 |
| | | Due from Buyer | | $4,183.04 |
| $0.00 | | Due to Seller | | |
| $143,000.00 | $143,000.00 | Totals | $156,610.14 | $156,610.14 |

See signature addendum

# Signature Addendum

**Acknowledgement**

We/I have carefully reviewed the Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the Settlement Statement.
We/I authorize Elliott Closings, LLC to cause the funds to be disbursed in accordance with this statement.

_Roneda Collins_                    7/31/26
Roneda Collins                        Date

Rose Rental Properties, LLC, a Mississippi Limited Liability Company

By: _____          7/31/26
Jerrick Rose, Member                  Date

Produced by Elliott Closings, LLC
Using Qualia

26-F8095
Printed on 07/30/2026