**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: ROSE RENTAL PROPERTIES, LLC., Debtor**

**CASE NO. 25-03091-KMS**
**CHAPTER 11**

## NOTICE OF PROPERTY SALE

COMES NOW**,** Rose Rental Properties, LLC. (the "Debtor"), Debtor and Debtor-in-Possession in the above-captioned Chapter 11 case, by and through counsel, and files this Notice of Property Sale pursuant to the Agreed Order Establishing Procedures for Sale of Real Property (the "Procedures Order"), and would respectfully show unto the Court as follows:

1. On or about August 7, 2026, the Debtor closed on the sale of the real property located at 4257 Old Brandon Road, Pearl, Mississippi 39208 (the "Property").
2. The buyer was Nalja Purry Ward and Trenci LaDarold Ward. The gross sales price for the Property was $162,000.00.
3. A summary of the closing costs and disbursements reflected on the final settlement statement is as follows:

| Item | Amount |
|---|---|
| Gross sales price | $162,000.00 |
| Seller credits/prorations | $0.00 |
| Total seller-side debits/disbursements | $162,000.00 |
| Payoff to Citizens National Bank | $131,726.10 |
| Other closing costs, taxes, commissions, credits, fees, and disbursements | $30,273.90 |
| Net proceeds distributed to Citizens National Bank | $131,726.10 |
| Net proceeds distributed to Community Bank of Mississippi | $0.00 |
| Net proceeds distributed to Debtor-in-Possession | $0.00 |

4. Consistent with the Procedures Order, the sale was free and clear of all liens, claims, encumbrances, and interests, with any such liens, claims, encumbrances, and interests to attach to the proceeds in the order of their priority, subject to further order of this Court.

5. A redacted copy of the final executed settlement statement/closing disclosure is attached hereto as Exhibit "A". The redactions remove non-essential buyer loan details, contact information, and signatures.

WHEREFORE, the Debtor files this Notice of Property Sale and provides the above post-closing report in accordance with the Procedures Order.

Respectfully submitted,

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A. Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
Telephone: (601) 500-5533
Facsimile: (601) 500-5296
Email: trollins@therollinsfirm.com
Counsel for Debtor and Debtor-in-Possession

**CERTIFICATE OF SERVICE**

I, Thomas C. Rollins, Jr., do hereby certify that on August 16, 2026, I electronically filed the foregoing Notice of Property Sale with the Clerk of Court using the CM/ECF system, which sent notice to all registered participants in this case.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

**EXHIBIT A**
**Redacted Final Executed Settlement Statement / Closing Disclosure**

Elliott Closings, LLC
ALTA Universal ID: 1080888
115 Laurel Park Cove
Suite 108
Flowood, MS 39232
(601) 487-4400

ALTA Combined Settlement Statement

| | | | | | |
|---|---|---|---|---|---|
| File #: | 26-F8144 | Property | 4257 Old Brandon Road<br>Pearl, MS 39208 | Settlement Date | 08/07/2026 |
| Print Date & Time: | 08/07/2026 at 11:32 AM CDT | | | Disbursement Date | 08/07/2026 |
| | | Buyer | Najla Purry Ward and Trenci LaDarold Ward | | |
| Attorney: | Shannon Elliott | | | | |
| Settlement Location: | 115 Laurel Park Cove<br>Suite 108<br>Flowood, MS, 39232 | Seller | [redacted] | | |
| | | Lender | | | |

| Seller | | [redacted] | Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | **Financial** | [redacted] | |
| | $162,000.00 | Sale Price of Property | | |
| | | Deposit | | |
| | | Loan Amount | | |
| $7,500.00 | | Seller Credit | | |
| | | | | |
| | | **Prorations/Adjustments** | | |
| $405.15 | | County Taxes 01/01/2026 to 08/07/2026 | | |
| $775.00 | | Difference in No Homestead | | |
| | | | | |
| | | **Loan Charges** | | |
| | | 2.488% of Loan Amount (Points) | | |
| | | Origination Fee to 1st Legacy Capitol ($3,976.63 POC by Others) | | |
| | | Appraisal Fee to 1st Legacy Capitol ($700.00 POC by Borrower) | | |
| | | Credit Report Fee to 1st Legacy Capitol ($133.00 POC by Borrower) | | |
| | | Flood Certification Fee to Cardinal Financial Company, Limited Partnership | | |
| | | MERS Registration Fee to Cardinal Financial Company, Limited Partnership | | |
| | | Mortgage Insurance Premium to Cardinal Financial Company, Limited Partnership | | |
| | | Prepaid Interest ($28.33 per day from 08/07/2026 to 08/01/2026) | | |
| | | | | |
| | | **Impounds** | | |
| | | Homeowner's insurance $120.17 per month for 2 mo. | | |
| | | Property taxes $56.25 per month for 10 mo. | | |
| | | Aggregate adjustment | | |
| | | | | |
| | | **Payoff(s)** | | |
| $131,726.10 | | Payoff to Citizens National Bank | | |
| | | | | |
| | | **Government Recording and Transfer Charges** | | |
| | | Recording Fees | | |
| | | ---Deed: $26.00 | | |

| Seller | | |
|---|---|---|
| Debit | Credit | |
| | | ---Mortgage: $39.00 |
| | | |
| | | **Commission** |
| $4,050.00 | | Listing Agent Commission to Southern Homes Real Estate |
| $4,050.00 | | Selling Agent Commission to W Real Estate, LLC |
| | | |
| | | **Title Charges & Escrow / Settlement Charges** |
| | | Title - Closing Fee to Elliott Closings, LLC |
| | | Title - Courier/Wire Fee to Elliott Closings, LLC |
| | | Title - CPL (Lender) to Stewart Title Guaranty Company |
| | | Title - Document Prep Fee to Elliott Closings, LLC |
| | | Title - E-Recording to Elliott Closings, LLC |
| | | Title - Examination Fee to Elliott Closings, LLC |
| | | Title - Lender's Title Policy to Stewart Title Guaranty Company |
| | | Title - Title Binder to Elliott Closings, LLC |
| | | Title - Owner's Title Policy to Stewart Title Guaranty Company |
| | | |
| | | **Miscellaneous** |
| $1,992.61 | | 2024 Property Taxes to Rankin County Chancery Clerk |
| $1,522.47 | | 2025 Property Taxes to Rankin County Tax Collector |
| $695.00 | | Home Warranty to First American Home Warranty |
| $5,880.00 | | Invoice to Everlast Roofing and Construction |
| $2,915.00 | | Invoice to Marvelous Masonry and Remodeling |
| $425.00 | | Invoice to PLUR Home & Office Solutions, LLC |
| $63.67 | | Pest Inspection to Family Termite & Environmental, Inc. |
| | | Homeowner's Insurance Premium to Foremost Insurance Company |

| Seller | | |
|---|---|---|
| Debit | Credit | |
| $162,000.00 | $162,000.00 | **Subtotals** |
| | | Due from Buyer |
| | $0.00 | Due from Seller |
| $162,000.00 | $162,000.00 | **Totals** |

[redacted] **REDACTED**

See signature addendum