**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: ROSE RENTAL PROPERTIES, LLC., Debtor**

**CASE NO. 25-03091-KMS**
**CHAPTER 11**

# NOTICE OF PROPERTY SALE

COMES NOW**,** Rose Rental Properties, LLC. (the "Debtor"), Debtor and Debtor-in-Possession in the above-captioned Chapter 11 case, by and through counsel, and files this Notice of Property Sale pursuant to the Agreed Order Establishing Procedures for Sale of Real Property (the "Procedures Order"), and would respectfully show unto the Court as follows:

1. On or about August 10, 2026, the Debtor closed on the sale of the real property located at 111 Fairfax Circle A, Brandon, Mississippi 39047 (the "Property").
2. The buyer was Chappell Sandra Neeld and Lisa M. Neeld. The gross sales price for the Property was $147,000.00.
3. A summary of the closing costs and disbursements reflected on the final settlement statement is as follows:

| Item | Amount |
|---|---|
| Gross sales price | $147,000.00 |
| Seller credits/prorations | $900.00 |
| Total seller-side debits/disbursements | $147,900.00 |
| Payoff to Citizens National Bank | $123,743.38 |
| Other closing costs, taxes, commissions, credits, fees, and disbursements | $24,156.62 |
| Net proceeds distributed to Citizens National Bank | $123,743.38 |
| Net proceeds distributed to Community Bank of Mississippi | $0.00 |
| Net proceeds distributed to Debtor-in-Possession | $0.00 |

4. Consistent with the Procedures Order, the sale was free and clear of all liens, claims, encumbrances, and interests, with any such liens, claims, encumbrances, and interests to attach to the proceeds in the order of their priority, subject to further order of this Court.

5. A redacted copy of the final executed settlement statement/closing disclosure is attached hereto as Exhibit "A". The redactions remove non-essential buyer loan details, contact information, and signatures.

WHEREFORE, the Debtor files this Notice of Property Sale and provides the above post-closing report in accordance with the Procedures Order.

Respectfully submitted,

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A. Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
Telephone: (601) 500-5533
Facsimile: (601) 500-5296
Email: trollins@therollinsfirm.com
Counsel for Debtor and Debtor-in-Possession

**CERTIFICATE OF SERVICE**

I, Thomas C. Rollins, Jr., do hereby certify that on August 16, 2026, I electronically filed the foregoing Notice of Property Sale with the Clerk of Court using the CM/ECF system, which sent notice to all registered participants in this case.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

**EXHIBIT A**
**Redacted Final Executed Settlement Statement / Closing Disclosure**

# Closing Disclosure

[redacted]

Closing Information

| | |
|---|---|
| **Date Issued** | |
| **Closing Date** | 08/10/26 |
| **Disbursement Date** | 08/10/26 |
| **Settlement Agent** | Welch Law Firm, P.A. |
| **File #** | NEELD.CHAPPELL |
| **Property** | 111 Fairfax Circle A<br>Brandon, MS 39047 |
| **Sale Price** | $ 147,000 |

Jackson, MS 39211

## Summaries of Transactions

**SELLER'S TRANSACTION**

| | | | |
|---|---|---|---|
| **M. Due to Seller at Closing** | | | **$ 147,000.00** |
| 01 | Sale Price of Property | | $ 147,000.00 |
| 02 | Sale Price of Any Personal Property Included in Sale | | |
| 03 | | | |
| 04 | | | |
| 05 | | | |
| 06 | | | |
| 07 | | | |
| 08 | | | |
| **Adjustments for Items Paid by Seller in Advance** | | | |
| 09 | City/Town Taxes | | |
| 10 | County Taxes | | |
| 11 | Assessments | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| **N. Due from Seller at Closing** | | | **$ 147,900.00** |
| 01 | Excess Deposit | | |
| 02 | Closing Costs Paid at Closing (J) | | $ 18,333.9 |
| 03 | Existing Loan(s) Assumed or Taken Subject to | | |
| 04 | Payoff of First Mortgage Loan | Citizens | $ 123,743.3 |
| 05 | Payoff of Second Mortgage Loan | | |
| 06 | | | |
| 07 | | | |
| 08 | Seller Credit | | $ 5,000.0 |
| 09 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| **Adjustments for Items Unpaid by Seller** | | | |
| 14 | City/Town Taxes | | |
| 15 | County Taxes | 01/01/26 to 08/10/26 | $ 822.6 |
| 16 | Assessments | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| **CALCULATION** | | | |
| Total Due to Seller at Closing (M) | | | $ 147,000.00 |
| Total Due from Seller at Closing (N) | | | - $ 147,900.00 |
| **Cash** [X] **From** [ ] **To Seller** | | | **$ 900.00** |

[redacted]

## Closing Cost Details

| Loan Costs | Seller-Paid At Closing | Seller-Paid Before Closing |
|---|---|---|
| **A. Origination Charges** | | |
| 01 % of Loan Amount (Points) | | |
| 02 | | |
| 03 | | |
| 04 | | |
| 05 | | |
| 06 | | |
| 07 | | |
| 08 | | |
| **B. Services Borrower Did Not Shop For** | | |
| 01 | | |
| 02 | | |
| 03 | | |
| 04 | | |
| 05 | | |
| 06 | | |
| 07 | | |
| 08 | | |
| 09 | | |
| 10 | | |
| **C. Services Borrower Did Shop For** | | |
| 01 | | |
| 02 Pest inspection to Family Termite | $ 63.67 | |
| 03 | | |
| 04 | | |
| 05 | | |
| 06 | | |
| 07 | | |
| 08 | | |

| Other Costs | Seller-Paid At Closing | Seller-Paid Before Closing |
|---|---|---|
| **E. Taxes and Other Government Fees** | | |
| 01 Recording Fees Deed: Mortgage: | $ 104.00 | |
| 02 | | |
| **F. Prepaids** | | |
| 01 Homeowner's Insurance Premium ( mo.) | | |
| 02 Mortgage Insurance Premium ( mo.) | | |
| 03 Prepaid Interest ( per day from to ) | | |
| 04 Property Taxes to Rankin county tax collector ( mo.) | $ 1,406.29 | |
| 05 | | |
| **G. Initial Escrow Payment at Closing** | | |
| 01 Homeowner's Insurance per month for mo. | | |
| 02 Mortgage Insurance per month for mo. | | |
| 03 Property Taxes per month for mo. | | |
| 04 | | |
| 05 | | |
| 06 | | |
| 07 | | |
| 08 Aggregate Adjustment | | |
| **H. Other** | | |
| 01 2024 property taxes to Rankin county chancery clerk | $ 1,814.98 | |
| 02 Commission to Southern Homes Real Estate | $ 3,675.00 | |
| 03 Commission to McKee Realty | $ 4,410.00 | |
| 04 Home warranty to Choice Home Warranty | $ 660.00 | |
| 05 House Cleaning to PLUR Home & Office Solutions, L | $ 325.00 | |
| 06 HVAC Repair to Done Right Heating & AC LLC | $ 575.00 | |
| 07 Roof repairs to Everlast Roofing | $ 5,300.00 | |
| 08 | | |
| **J. TOTAL CLOSING COSTS** | $ 18,333.94 | |