**SO ORDERED,**

**Judge Katharine Samson**
**United States Bankruptcy Judge**
**Date Signed: August 17, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

**ROSE RENTAL PROPERTIES, LLC** **CASE NO. 25-03091 KMS**

**DEBTOR .** **CHAPTER 11**

**ORDER RESETTING HEARING TO TELEPHONIC STATUS CONFERENCE**

This matter came on this date on the Chapter 11 Subchapter V Plan filed by the Debtor (the "Chapter 11 Plan") (Dkt. #139) and the Court having considered the facts herein, finds that the hearing on August 28, 2026, should be continued and reset to a telephonic status conference.

IT IS, THEREFORE, ORDERED that the hearing on the Chapter 11 Plan hereby is continued and reset for a ***Telephonic*** status conference on August 28, 2026, at 11:00 a.m.. **The dial in number for the telephonic conference is 833-990-9400 or 571-353-2301; Access Code: 1059329.**

##END OF ORDER##

Courtroom Deputy
228-563-1797 (use to advise of settlement)
228-563-1841