**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: ROSE RENTAL PROPERTIES, LLC., Debtor**

**CASE NO. 25-03091-KMS**
**CHAPTER 11**

**NOTICE OF PROPERTY SALE**

COMES NOW, Rose Rental Properties, LLC. (the "Debtor"), Debtor and Debtor-in-Possession in the above-captioned Chapter 11 case, by and through counsel, and files this Notice of Property Sale pursuant to the Agreed Order Establishing Procedures for Sale of Real Property (the "Procedures Order"), and would respectfully show unto the Court as follows:

1. On or about August 19, 2026, the Debtor closed on the sale of the real property located at 251 Maxine Drive, Pearl, Mississippi 39208 (the "Property").

2. The buyer was Ty Bailey. The gross sales price for the Property was $109,000.00.

3. A summary of the closing costs and disbursements reflected on the final settlement statement is as follows:

| Item | Amount |
|---|---|
| Gross sales price | $109,000.00 |
| Seller credits/prorations/adjustments | $3,358.48 |
| Total seller-side debits/disbursements | $109,000.00 |
| Payoff to The Citizens National Bank of Meridian | $95,893.82 |
| Other closing costs, taxes, commissions, credits, fees, and disbursements | $13,106.18 |
| Net proceeds distributed to The Citizens National Bank of Meridian | $95,893.82 |
| Net proceeds distributed to Community Bank of Mississippi | $0.00 |
| Net proceeds distributed to Debtor-in-Possession | $0.00 |

4. Consistent with the Procedures Order, the sale was free and clear of all liens, claims, encumbrances, and interests, with any such liens, claims, encumbrances, and interests to attach to the proceeds in the order of their priority, subject to further order of this Court.

5. A copy of the final settlement statement is attached hereto as Exhibit "A". The signature addendum has been omitted from the attached exhibit for privacy/public-filing purposes.

WHEREFORE, the Debtor files this Notice of Property Sale and provides the above post-closing report in accordance with the Procedures Order.

Respectfully submitted,

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A. Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
Telephone: (601) 500-5533
Facsimile: (601) 500-5296
Email: trollins@therollinsfirm.com
Counsel for Debtor and Debtor-in-Possession

**CERTIFICATE OF SERVICE**

I, Thomas C. Rollins, Jr., do hereby certify that on August 20, 2026, I electronically filed the foregoing Notice of Property Sale with the Clerk of Court using the CM/ECF system, which sent notice to all registered participants in this case.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

**EXHIBIT A**
**Final Settlement Statement / Closing Disclosure**
*(Signature Addendum Omitted for Public Filing)*

Elliott Closings, LLC
ALTA Universal ID: 1080888
115 Laurel Park Cove
Suite 108
Flowood, MS 39232
(601) 487-4400

ALTA Combined Settlement Statement

| | | | | | |
|---|---|---|---|---|---|
| **File #:** | 26-F8173 | **Property** | 251 Maxine Dr<br>Pearl, MS 39208 | **Settlement Date** | 08/19/2026 |
| **Print Date & Time:** | 08/18/2026 at 03:27 PM CDT | **Buyer** | Ty Bailey<br>251 Maxine Dr<br>Pearl, MS 39208 | **Disbursement Date** | 08/19/2026 |
| **Attorney:** | Shannon Elliott | | | | |
| **Settlement Location:** | 115 Laurel Park Cove<br>Suite 108<br>Flowood, MS, 39232 | **Seller** | Rose Rental Properties, LLC<br>1920 Bellewood Drive<br>Jackson, MS 39211 | | |
| | | **Lender** | | | |

| Seller | | | Buyer | |
|---|---|---|---|---|
| **Debit** | **Credit** | | **Debit** | **Credit** |
| | | **Financial** | | |
| | $109,000.00 | Sale Price of Property | $109,000.00 | |
| | | Deposit | | $1,200.00 |
| $1,404.60 | | Seller Credit | | $1,404.60 |
| | | | | |
| | | **Prorations/Adjustments** | | |
| $803.88 | | County Taxes 01/01/2026 to 08/19/2026 | | $803.88 |
| $1,150.00 | | Transfer of Security Deposit for Deposit | | $1,150.00 |
| | | | | |
| | | **Payoff(s)** | | |
| $95,893.82 | | Payoff to The Citizens National Bank of Meridian | | |
| | | | | |
| | | **Government Recording and Transfer Charges** | | |
| | | Recording Fees | $26.00 | |
| | | ---Deed: $26.00 | | |
| | | | | |
| | | **Commission** | | |
| $2,725.00 | | Listing Agent Commission to Southern Homes Real Estate | | |
| $3,270.00 | | Selling Agent Commission to Exit Realty Collective | | |
| | | | | |
| | | **Title Charges & Escrow / Settlement Charges** | | |
| | | Title - Courier Fee to Elliott Closings, LLC | $25.00 | |
| | | Title - Doc Prep Fee to Elliott Closings, LLC | $170.00 | |
| | | Title - E Recording to Elliott Closings, LLC | $5.00 | |
| | | Title - Examination Fee to Elliott Closings, LLC | $175.00 | |
| | | Title - Settlement Fee to Elliott Closings, LLC | $550.00 | |
| | | Title - Owner's Title Policy to Stewart Title Guaranty Company | $479.60 | |
| | | | | |
| | | **Miscellaneous** | | |
| $1,769.14 | | 2024 Taxes to Rankin County Chancery Clerk | | |
| $1,294.89 | | 2025 Taxes to Rankin County Tax Collector | | |
| $200.00 | | Invoice for 4257 Old Brandon to House 2 Home Inspector, LLC | | |
| $63.67 | | Pest Inspection to Family Termite & Environmental, Inc. | | |
| $425.00 | | Repair Invoice to Thomas Phillips | | |

| Seller | | | Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| $109,000.00 | $109,000.00 | **Subtotals** | $110,430.60 | $4,558.48 |
| | | Due from Buyer | | $105,872.12 |
| | $0.00 | Due from Seller | | |
| $109,000.00 | $109,000.00 | **Totals** | $110,430.60 | $110,430.60 |

See signature addendum