# Proceeding Minutes / Proceeding Memo

**Case #:** 25-03091 **Case Name:** Rose Rental Properties, LLC

**Set:** 08/28/2026 11:00 am **Chapter:** 11 **Type:** bk **Judge** Katharine M. Samson

**matter** Chapter 11 Subchapter V Plan filed by the Debtor In Possession (Dkt. #139)

Objection to Confirmation filed by U.S. Trustee (Dkt. #195)

Objection to Confirmation filed by Community Bank (Dkt. #196)

Objection to Confirmation filed by The Citizens National Bank of Meridian (Dkt. #197)

Objection to Confirmation filed by the Trustee (Dkt. #198)

---

Minute Entry Re: (related document(s): [139] Chapter 11 Subchapter V Small Business Plan filed by Rose Rental Properties, LLC) Appearances: Abigail M. Marbury, Jeff D. Rawlings, Thomas Carl Rollins, Sarah Beth Wilson. Status conference was held. Another telephonic status conference will be set for 10-16-26 at 11:00 am. (cwe)