# Proceeding Minutes / Proceeding Memo

**Case #:** 25-03091 **Case Name:** Rose Rental Properties, LLC

**Set:** 08/28/2026 11:00 am **Chapter:** 11 **Type:** bk **Judge** Katharine M. Samson

**matter** Motion for Removal of Debtor as Debtor in Possession Filed by Creditor The Citizens National Bank of Meridian (Dkt. #232)

Response filed by the Debtor In Possession (Dkt. #239)

Response and Limited Objection filed by Community Bank of Mississippi (Dkt. #240)

---

Minute Entry Re: (related document(s): [232] Motion to Remove Debtor as Debtor in Possession filed by The Citizens National Bank of Meridian) Appearances: Abigail M. Marbury, Jeff D. Rawlings, Thomas Carl Rollins, Sarah Beth Wilson. Status conference was held. Another telephonic status conference will be set for 10-16-26 at 11:00 am. (cwe)