**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: ROSE RENTAL PROPERTIES, LLC., Debtor**

**CASE NO. 25-03091-KMS**
**CHAPTER 11**

# NOTICE OF PROPERTY SALE

COMES NOW, Rose Rental Properties, LLC. (the "Debtor"), Debtor and Debtor-in-Possession in the above-captioned Chapter 11 case, by and through counsel, and files this Notice of Property Sale pursuant to the Agreed Order Establishing Procedures for Sale of Real Property (the "Procedures Order"), and would respectfully show unto the Court as follows:

1. On or about September 28, 2026, the Debtor closed on the sale of the real property located at 118 Fairfax Circle A, Brandon, Mississippi 39047 (the "Property").
2. The buyer was Thomas Manos. The gross sales price for the Property was $125,000.00.
3. A summary of the closing costs and disbursements reflected on the final settlement statement is as follows:

| Item | Amount |
|---|---|
| Gross sales price | $125,000.00 |
| Seller credits/prorations | $109.74 |
| Total seller-side debits/disbursements | $125,109.74 |
| Payoff to Citizens National Bank | $101,969.59 |
| Other closing costs, taxes, commissions, credits, fees, and disbursements | $23,140.15 |
| Net proceeds distributed to Citizens National Bank | $101,969.59 |
| Net proceeds distributed to Community Bank of Mississippi | $0.00 |
| Net proceeds distributed to Debtor-in-Possession | $0.00 |

4. Consistent with the Procedures Order, the sale was free and clear of all liens, claims, encumbrances, and interests, with any such liens, claims, encumbrances, and interests to attach to the proceeds in the order of their priority, subject to further order of this Court.

5. A copy of the final settlement statement is attached hereto as Exhibit "A". The check copy and signature addendum included in the source packet have been omitted from the attached exhibit for privacy/public-filing purposes.

WHEREFORE, the Debtor files this Notice of Property Sale and provides the above post-closing report in accordance with the Procedures Order.

Respectfully submitted,

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A. Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
Telephone: (601) 500-5533
Facsimile: (601) 500-5296
Email: trollins@therollinsfirm.com
Counsel for Debtor and Debtor-in-Possession

**CERTIFICATE OF SERVICE**

I, Thomas C. Rollins, Jr., do hereby certify that on October 2, 2026, I electronically filed the foregoing Notice of Property Sale with the Clerk of Court using the CM/ECF system, which sent notice to all registered participants in this case.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

**EXHIBIT A**

**Final Settlement Statement / Closing Disclosure**

(Signature Addendum Omitted for Public Filing)

Elliott Closings, LLC
ALTA Universal ID: 1080888
115 Laurel Park Cove
Suite 108
Flowood, MS 39232
(601) 487-4400

ALTA Combined Settlement Statement

| | | | | | |
|---|---|---|---|---|---|
| File #: | 26-F8191 | Property | 118 Fairfax Cir, A<br>Brandon, MS 39047 | Settlement Date | 09/28/2026 |
| Print Date & Time: | 09/28/2026 at 10:42 AM CDT | | | Disbursement Date | 09/28/2026 |
| Attorney: | Shannon Elliott | Buyer | Thomas Manos<br>118 Fairfax Cir, A<br>Brandon, MS 39047 | | |
| Settlement Location: | 115 Laurel Park Cove<br>Suite 108<br>Flowood, MS, 39232 | Seller | Rose Rental Properties, LLC<br>1920 Bellewood Drive<br>Jackson, MS 39211 | | |
| | | Lender | Wells Fargo Home Mortgage<br>2701 Wells Fargo Way<br>Minneapolis, MN 55467-8000 | | |

| Seller | | | Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | Financial | | |
| | $125,000.00 | Sale Price of Property | $125,000.00 | |
| | | Deposit | | $500.00 |
| | | Loan Amount | | $100,000.00 |
| $5,000.00 | | Seller Credit | | $5,000.00 |
| | | Lender Credit | | $696.00 |
| | | | | |
| | | Prorations/Adjustments | | |
| $409.21 | | County Taxes 01/01/2026 to 09/28/2026 | | $409.21 |
| $720.00 | | Difference in Homestead | | $720.00 |
| | $108.10 | HOA 09/28/2026 to 01/01/2027 | $108.10 | |
| | $1.64 | Solid Waste 09/28/2026 to 10/01/2026 | $1.64 | |
| | | | | |
| | | Loan Charges | | |
| | | Processing Fee to Wells Fargo Home Mortgage | $1,360.00 | |
| | | Tax Service Fee to Wells Fargo Home Mortgage | $78.00 | |
| | | Appraisal Fee to Wells Fargo Home Mortgage ($711.00 POC by Borrower) | | |
| | | Credit Report Fee to Wells Fargo Home Mortgage ($88.00 POC by Borrower) | | |
| | | MERS Registration Fee to Wells Fargo Home Mortgage | $24.95 | |
| | | Prepaid Interest ($18.15 per day from 09/28/2026 to 10/01/2026) | $54.45 | |
| | | | | |
| | | Impounds | | |
| | | Homeowner's insurance $160.67 per month for 3 mo. | $482.01 | |
| | | Property taxes $104.29 per month for 12 mo. | $1,251.48 | |
| | | Aggregate adjustment | | $482.05 |
| | | | | |
| | | Payoff(s) | | |
| $101,969.59 | | Payoff to Citizens National Bank | | |
| | | | | |
| | | Government Recording and Transfer Charges | | |
| | | Recording Fees | $69.00 | |
| | | ---Deed: $26.00 | | |

| Seller | | | Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | ---Mortgage: $43.00 | | |
| | | | | |
| | | Commission | | |
| $3,125.00 | | Listing Agent Commission to Southern Homes Real Estate | | |
| $3,750.00 | | Selling Agent Commission to Local Real Estate | | |
| | | | | |
| | | Title Charges & Escrow / Settlement Charges | | |
| | | Title - Closing Fee to Elliott Closings, LLC | $550.00 | |
| | | Title - Courier/Wire Fee to Elliott Closings, LLC | $50.00 | |
| | | Title - Document Prep Fee to Elliott Closings, LLC | $175.00 | |
| | | Title - E-Recording to Elliott Closings, LLC | $10.00 | |
| | | Title - Examination Fee to Elliott Closings, LLC | $175.00 | |
| | | Title - Title Binder to Elliott Closings, LLC | $150.00 | |
| | | Title - Lender's Title Policy to Stewart Title Guaranty Company | $330.00 | |
| | | Title - CPL (Lender) to Stewart Title Guaranty Company | $50.00 | |
| | | Title - Owner's Title Policy to Stewart Title Guaranty Company | $320.00 | |
| | | | | |
| | | Miscellaneous | | |
| $1,699.16 | | 2024 Taxes to Rankin County Chancery Clerk | | |
| $1,538.11 | | 2025 Property Taxes to Rankin County Chancery Clerk | | |
| $2,160.00 | | HOA Dues to Northwoods Subdivision HOA | | |
| $2,600.00 | | Invoice to TBD | | |
| $1,400.00 | | Joist Invoice to Everlast Roofing and Construction | | |
| $63.67 | | Pest Inspection to Family Termite & Environmental, Inc. | | |
| $675.00 | | Solid Waste to Rankin County Solid Waste | | |
| | | Homeowner's Insurance Premium to Homesite Insurance Comp | $1,928.00 | |

| Seller | | | Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| $125,109.74 | $125,109.74 | Subtotals | $132,167.63 | $107,807.26 |
| | | Due from Buyer | | $24,360.37 |
| | $0.00 | Due from Seller | | |
| $125,109.74 | $125,109.74 | Totals | $132,167.63 | $132,167.63 |

See signature addendum