# Proceeding Minutes / Proceeding Memo

**Case #:** 25-03091 **Case Name:** Rose Rental Properties, LLC

**Set:** 10/16/2026 11:00 am **Chapter:** 11 **Type:** bk **Judge** Katharine M. Samson

**matter** Chapter 11 Subchapter V Plan filed by the Debtor In Possession (Dkt. #139)

Objection to Confirmation filed by U.S. Trustee (Dkt. #195)

Objection to Confirmation filed by Community Bank (Dkt. #196)

Objection to Confirmation filed by The Citizens National Bank of Meridian (Dkt. #197)

Objection to Confirmation filed by the Trustee (Dkt. #198)

---

Minute Entry Re: (related document(s): [279] Notice of Status Conference, [139] Chapter 11 Subchapter V Plan) Appearances: Craig M. Geno, Abigail M. Marbury, Jeff D. Rawlings, Thomas Carl Rollins, Sarah Beth Wilson. Plan hearing to be reset to 1/22/27 in Jackson. (mcc)