**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: ROSE RENTAL PROPERTIES, LLC** **NO. 25-03091-JAW**

**CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2026, a copy of the Motion to Compel Compliance With Rule 2004 Order (Dkt #290) and Notice of Hearing and Deadlines (Dkt #291) were served by first class mail, postage prepaid, or ECF registration, to all creditors and parties in interest on the attached mailing matrix.

/s/ Jeff Rawlings
Jeff D. Rawlings

Jeff D. Rawlings
Rawlings & MacInnis, P.A.
P.O. Box 1789
Madison, MS 39130-1789
601-898-1180
jeff@rawlingsmacinnis.net
MSB # 4642

Label Matrix for local noticing
0538-3
Case 25-03091-KMS
Southern District of Mississippi
Jackson-3 Divisional Office
Tue Oct 27 08:59:13 CDT 2026

(p)CITIZENS NATIONAL BANK
P O BOX 911
MERIDIAN MS 39302-0911

Community Bank
PO Box 59
Forest, MS 39074-0059

Rose Rental Properties, LLC
P.O. Box #826
Madison, MS 39130-0826

U.S. Bankruptcy Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201-5036

ADRIANNE NEWSOME***
251 MAXINE DR
PEARL, MS 39208-4912

ASIA BASS***
832 SUSSEX PLACE
RIDGELAND, MS 39157-1232

American Express
P.O. Box 981537
El Paso, TX 79998-1537

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

CHANNING JONES***
689 WEST DR
RIDGELAND, MS 39157-4612

CHRISTY MUNRO***
632 RALDE CIR
RIDGELAND, MS 39157-3921

EMILY HARDEN***
801 PLANTERS POINT
CANTON, MS 39046-9467

HINDS CO TAX COLLECTOR
P.O. BOX 1727
JACKSON, MS 39215-1727

Hinds County Tax Collector
316 South President Street
Jackson MS 39201-4801

Internal Revenue Servi
Centralized Insolvency
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Servi
c/o US Attorney
501 East Court St
Ste 4.430
Jackson, MS 39201-5025

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Jeff D. Rawlings, Esq.
Rawlings & MacInnis, P.A>
Counsel for The Citizens National Bank
P.O. Box 1789
Madison, MS 39130-1789

Jerrick W. Rose
1920 Bellewood Dr
Jackson, MS 39211-5705

KRISTIE RANCE***
928 GARVIN ST
JACKSON, MS 39206-5090

King & Spencer
for Community Bank
1855 Crane Ridge Dr
Ste D
Jackson, MS 39216-4944

MADISON CO TAX COLL***
P.O. BOX 113
CANTON, MS 39046-0113

MS Dept of Revenue
Bankruptcy Section
PO Box 22808
Jackson, MS 39225-2808

(p)MISSISSIPPI STATE TAX COMMISSION
P O BOX 22808
JACKSON MS 39225-2808

Pediatric Dental Studio
201 Riverwind Dr
Pearl, MS 39208-5653

RANKIN CO TAX COLLE***
211 E GOVERNMENT ST
BRANDON, MS 39042-3269

Rawlings & MacInnis
for Citizens National
P.O. Box 1789
Madison, MS 39130-1789

Sarah Beth Wilson, Esq.
Phelps Dunbar, LLP
Counsel for Community Bank
1905 Community Bank Way, Suite 200
Flowood, MS 39232-1249

U.S. Attorney S.D. Mississippi
c/o Internal Revenue Service
501 E. Court Street, Ste. 4.430
Jackson, MS 39201-5025

U.S. Attorney S.D. Mississippi
c/o U.S. Securities and Exchange Commiss
501 E. Court Street, Ste. 4.430
Jackson, MS 39201-5025

U.S. Securities and Exchange Commission
Office of Reorganization
950 East Paces Ferry Road, Suite 900
Atlanta, GA 30326-1382

US Attorney General
US Dept of Justice
950 Pennsylvania AveNW
Washington, DC 20530-0001

United States Trustee
501 East Court Street
Suite 6-430
Jackson, MS 39201-5022

Craig M. Geno
Law Offices of Craig M. Geno, PLLC
601 Renaissance Way
Suite A
Ridgeland, MS 39157-6038

Thomas Carl Rollins Jr
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236-3767

Victoria Prowant
115 Laurel Park Cv Ste 210
Flowood, MS 39232-8054

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Citizens National Bank
512 22nd Ave
Meridian, MS 39301

(d)Citizens National Bank
512 22nd Ave
Meridian, MS 39301

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

MS State Tax Commission
Bankruptcy Section
P.O. Box 23338
Jackson, MS 39225

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)The Citizens National Bank of Meridian

(d)Community Bank
PO Box 59
Forest, MS 39074-0059

(u)Community Bank of Mississippi

(d)Hinds Co Tax Collector
P.O. Box 1727
Jackson, MS 39215-1727

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 35 |
| Bypassed recipients | 4 |
| Total | 39 |