US BANKRUPTCY COURT
SOUTHERN DISTRICT OF MS
FILED
2026 NOV -4 PM 1:48
DANNY L. MILLER
CLERK
BY ____ DEPUTY

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 25-03091-KMS |
| ROSE RENTAL PROPERTIES, LLC, | CHAPTER 11<br>(Subchapter V) |
| Debtor. | |

**EMERGENCY MOTION TO ENFORCE AUTOMATIC STAY AND/OR REQUEST EXTENSION OF TIME TO VACATE PROPERTY**

Comes now the Tenant / Occupant, Hassan Brister, Teresa Brister (Tenant's Name), and files this Emergency Motion requesting the Court's intervention regarding property belonging to the Bankruptcy Estate, and in support thereof states as follows:

**1. Jurisdiction and Background**

The Debtor, Rose Rental Properties, LLC, filed a voluntary petition under Chapter 11 (Subchapter V) of the Bankruptcy Code in December 2025. This Court appointed Craig M. Geno as the Subchapter V Trustee to oversee the administration of the estate assets.

The Moving Party is a long-term resident who has occupied the real property located at 2069 Murray Dr. Pearl Ms. 39208 (Insert Property Address) for approximately ten (10) years. This property constitutes an asset of the Debtor's bankruptcy estate under 11 U.S.C. § 541.

**2. The Unauthorized State Court Action**

On or about July 2026, well after the commencement of this bankruptcy case and the appointment of the Subchapter V Trustee, the individual principal of the Debtor, Jerrick W. Rose, initiated an eviction action against the Moving Party in state Justice Court.

On October 15, 2026, an agreement was reached on the record in Justice Court establishing a move-out deadline of November 6, 2026. The Moving Party contends that this

agreement was entered into by legal counsel without the Moving Party's explicit authorization or consent.

**3. Grounds for Emergency Relief**

The state court eviction proceeding constitutes an unauthorized management and disposition of estate property by the individual debtor principal without the express supervision, knowledge, or signature of the appointed Subchapter V Trustee, Craig M. Geno.

The automatic removal of an occupant from an estate asset impacts the estate's status and should be within the sole purview of the Court-appointed trustee.

The Moving Party faces immediate, irreparable harm through physical removal by a county constable on November 6, 2026, and currently has no alternative housing available due to the abrupt timeline.

**4. Prayer for Relief**

WHEREFORE, the Moving Party respectfully requests that this Court:

1. Issue an emergency order staying or pausing the execution of the state court eviction order scheduled for November 6, 2026;
2. Grant the Moving Party a reasonable extension of time to safely secure alternative housing and relocate belongings; and
3. Grant such other and further relief as this Court deems just and proper.

Dated: November 4, 2026

Respectfully submitted,

Teresa Brister

Tenant / Occupant Signature

Name: Teresa Brister + Hassan Brister
Address: 2069 Murray Dr. Pearl Ms. 39208
Phone: (601) 842-6184