# Proceeding Minutes / Proceeding Memo

**Case #:** 25-03091 **Case Name:** Rose Rental Properties, LLC

**Set:** 11/06/2026 10:00 am **Chapter:** 11 **Type:** bk **Judge** Katharine M. Samson

**matter** Emergency Motion to Enforce Automatic Stay and/or Request Extension of Time to Vacate Property Filed by Interested Party Teresa Brister (kmm) (Dkt. #293)

---

Minute Entry Re: (related document(s): [293] Emergency Motion filed by Teresa Brister, Hassan Brister) Appearances: Hassan Brister, Teresa Brister, Thomas Carl Rollins. Hearing was held. Court will enter order as stated at hearing. Tickle for date: 11/13/2026. (cwe)