**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: November 6, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: ROSE RENTAL PROPERTIES, LLC** **CASE NO. 25-03091-KMS**

**DEBTOR** **CHAPTER 11**

# ORDER (DKT. NO. 293)

**THIS MATTER** came on for hearing on November 6, 2026, on the Emergency Motion to Enforce Automatic Stay and/or Request Extension of Time to Vacate Property filed by Hassan Brister and Teresa Brister. *See* Dkt. No. 293. At the hearing, T.C. Rollins represented Debtor Rose Rental Properties, LLC, and the Bristers appeared without assistance of counsel. The Bristers, lessees of real property owned by the Debtor, were evicted from their home, and pursuant to an agreement between the parties in the state court proceeding were given until November 6, 2026, to vacate the property. At the hearing, the Bristers explained their circumstances and requested they be given more time to find a place to move.

The Bristers request enforcement of the automatic stay, but the automatic stay under 11 U.S.C. § 362(a) does not apply because this is not an action against the Debtor or the Debtor's property.

At the Court's request, Rollins contacted his client during the hearing and was given authority to allow the Bristers until Friday, November 13, 2026, to vacate the property.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Motion is denied to the extent that it requests enforcement of the automatic stay, and is granted, due to the agreement of Debtor, to allow an extension of time to vacate the property until Friday, November 13, 2026.

*##END OF ORDER##*