**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: ROSE RENTAL PROPERTIES, LLC., Debtor**

**CASE NO. 25-03091-KMS**
**CHAPTER 11**

# NOTICE OF PROPERTY SALE

COMES NOW, Rose Rental Properties, LLC. (the "Debtor"), Debtor and Debtor-in-Possession in the above-captioned Chapter 11 case, by and through counsel, and files this Notice of Property Sale pursuant to the Agreed Order Establishing Procedures for Sale of Real Property (the "Procedures Order"), and would respectfully show unto the Court as follows:

1. On or about October 30, 2026, the Debtor closed on the sale of the real property located at 832A Sussex Place, Ridgeland, Mississippi 39157 (the "Property").
2. The buyer was Aleah Chanice Sutton. The gross sales price for the Property was $132,000.00.
3. A summary of the closing costs and disbursements reflected on the final settlement statement is as follows:

| Item | Amount |
|---|---|
| Gross sales price | $132,000.00 |
| Other credits/prorations to seller | $0.00 |
| Total seller-side debits/disbursements | $132,000.00 |
| Payoff to The Citizens National Bank of Meridian | $103,668.03 |
| Other closing costs, taxes, commissions, credits, fees, and disbursements | $28,331.97 |
| Net proceeds distributed to The Citizens National Bank of Meridian | $103,668.03 |
| Net proceeds distributed to Community Bank of Mississippi | $0.00 |
| Net proceeds distributed to Debtor-in-Possession | $0.00 |

4. Consistent with the Procedures Order, the sale was free and clear of all liens, claims, encumbrances, and interests, with any such liens, claims, encumbrances, and interests to attach to the proceeds in the order of their priority, subject to further order of this Court.
5. A redacted copy of the final settlement statement, with the signature addendum omitted, is attached hereto as Exhibit "A".

WHEREFORE, the Debtor files this Notice of Property Sale and provides the above post-closing report in accordance with the Procedures Order.

Respectfully submitted,

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A. Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
Telephone: (601) 500-5533
Facsimile: (601) 500-5296
Email: trollins@therollinsfirm.com
Counsel for Debtor and Debtor-in-Possession

**CERTIFICATE OF SERVICE**

I, Thomas C. Rollins, Jr., do hereby certify that on November 13, 2026, I electronically filed the foregoing Notice of Property Sale with the Clerk of Court using the CM/ECF system, which sent notice to all registered participants in this case.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

# EXHIBIT A

## Final Settlement Statement / Closing Disclosure

(Buyer Financing Details Redacted; Signature Addendum Omitted)

Elliott Closings, LLC
ALTA Universal ID: 1080888
115 Laurel Park Cove
Suite 108
Flowood, MS 39232
(601) 487-4400

ALTA Combined Settlement Statement

| | | | | | |
|---|---|---|---|---|---|
| **File #:** | 26-F8110 | **Property** | 832A Sussex Place<br>Ridgeland, MS 39157 | **Settlement Date** | 10/30/2026 |
| **Print Date & Time:** | 10/30/2026 at 03:04 PM CDT | **Buyer** | Aleah Chanice Sutton<br>[redacted] | **Disbursement Date** | 10/30/2026 |
| **Attorney:** | Shannon Elliott | **Seller** | Rose Rental Properties, LLC<br>1920 Bellewood Drive<br>Jackson, MS 39211 | | |
| **Settlement Location:** | 115 Laurel Park Cove<br>Suite 108<br>Flowood, MS, 39232 | **Lender** | The Federal Savings Bank<br>4120 West Diversey Avenue<br>Ste C501<br>Chicago, IL 60639 | | |

| Seller Debit | Seller Credit | | Buyer Debit | Buyer Credit |
|---|---|---|---|---|
| | | **Financial** | | |
| | $132,000.00 | Sale Price of Property | $132,000.00 | |
| | | Deposit | | [redacted] |
| | | Loan Amount | | |
| $6,500.00 | | Seller Credit | | $6,500.00 |
| | | Lender Credit | | [redacted] |
| | | Second Lien Principle Balance | | |
| | | Principal Curtailment | [redacted] | |
| | | | | |
| | | **Prorations/Adjustments** | | |
| $618.12 | | County Taxes 01/01/2026 to 10/30/2026 | | $618.12 |
| $827.00 | | Difference in Homestead | | $827.00 |
| | | | | |
| | | **Loan Charges** | | |
| | | Administration Fee to The Federal Savings Bank | [redacted] | |
| | | Processing Fee to The Federal Savings Bank | [redacted] | |
| | | Underwriting Fee to The Federal Savings Bank | [redacted] | |
| | | Appraisal Fee to The Federal Savings Bank [redacted] | | |
| | | Credit Report Fee to The Federal Savings Bank [redacted] | [redacted] | |
| | | eClose Fee to The Federal Savings Bank | [redacted] | |
| | | Final Inspection Fee to The Federal Savings Bank | [redacted] | |
| | | Flood Certification Fee to The Federal Savings Bank | [redacted] | |
| | | Loan Origination System Fee to The Federal Savings Bank | [redacted] | |
| | | Mortgage Insurance Premium to The Federal Savings Bank | [redacted] | |
| | | Verification Fee to the | [redacted] | |
| | | Prepaid Interest ([redacted] per day from 10/30/2026 to 11/01/2026) | [redacted] | |
| | | | | |
| | | **Impounds** | | |
| | | Homeowner's insurance [redacted] per month for 3 mo. | [redacted] | |
| | | Property taxe[redacted] per month for 12 mo. | [redacted] | |
| | | Aggregate adjustment | | [redacted] |
| | | | | |
| | | **Payoff(s)** | | |

| Seller | | | Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| $103,668.03 | | Payoff to The Citizens National Bank of Meridian | | |
| | | | | |
| | | **Government Recording and Transfer Charges** | | |
| | | Recording Fees | $92.00 | |
| | | ---Deed: $26.00 | | |
| | | ---Deed of Trust: $36.00 | | |
| | | ---Deed of Trust 2: $30.00 | | |
| | | | | |
| | | **Commission** | | |
| $3,300.00 | | Listing Agent Commission to Southern Homes Real Estate | | |
| $3,960.00 | | Selling Agent Commission to Nix-Tann & Associates, Inc. | | |
| | | | | |
| | | **Title Charges & Escrow / Settlement Charges** | | |
| | | Title - Closing Fee to Elliott Closings, LLC | $550.00 | |
| | | Title - Courier/Wire Fee to Elliott Closings, LLC | $50.00 | |
| | | Title - CPL (Lender) to Stewart Title Guaranty Company | $50.00 | |
| | | Title - Document Prep Fee for 2nd to Elliott Closings, LLC | $175.00 | |
| | | Title - Document Prep Fee to Elliott Closings, LLC | $175.00 | |
| | | Title - Electronic Recording Fee to Elliott Closings, LLC | $15.00 | |
| | | Title - Examination Fee to Elliott Closings, LLC | $175.00 | |
| | | Title - Insurance Binder Fee to Elliott Closings, LLC | $150.00 | |
| | | Title - Lender's Title Insurance Policy to Stewart Title Guaranty Company | $429.00 | |
| | | Title - Owner's Title Policy to Stewart Title Guaranty Company | $251.80 | |
| | | | | |
| | | **Miscellaneous** | | |
| $1,592.93 | | 2025 Property Taxes to Madison County Tax Collector | | |
| $220.15 | | Cleaning Invoice to Clean Up Woman | | |
| $6,330.00 | | Contractor Invoice to Everlast Roofing & Construction | | |
| $675.00 | | Home Warranty to Home Warranty of America | | |
| $63.67 | | Pest Inspection (May) to Family Termite & Environmental, Inc. | | |
| $63.67 | | Pest Inspection (Sept) to Family Termite & Environmental, Inc. | | |
| $1,381.43 | | Plumbing Invoice to Paradise Heating and Cooling | | |
| $2,800.00 | | Repair Invoice to TBD | | |
| | | Homeowner's Insurance Premium to Liberty Mutual Ins. | [redacted] | |
| | | Prepaid Interest for 2nd | [redacted] | |

| Seller | | | Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| $132,000.00 | $132,000.00 | **Subtotals** | [redacted] | |
| | | Due to Buyer | [redacted] | |
| $0.00 | | Due to Seller | | |
| $132,000.00 | $132,000.00 | **Totals** | [redacted] | |

See signature addendum